1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CASEY BOOME (NYBN 5101845)
   Assistant United States Attorney
5
            450 Golden Gate Avenue, Box 36055
6           San Francisco, California 94102-3495
            Telephone: (415) 436-6627
7           FAX: (415) 436-7234
            Email: casey.boome@usdoj.gov
8
   Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 21-mj-71315-MAG** |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | EXCLUDING SPEEDY TRIAL TIME AND |
| v. ) | EXTENDING TIME FOR PRELIMINARY |
| ) | HEARING |
| BERNARD CURRAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

STIPULATION AND [PROPOSED] ORDER
21-mj-71315-MAG

During an initial appearance hearing held on September 24, 2021, undersigned counsel for the defendant and the government agreed to waive time under the Speedy Trial Act and to extend the time within which a preliminary hearing must be held.  At the conclusion of the hearing, the Court set the matter for status regarding a preliminary hearing on October 27, 2021.  This continuance will provide defense counsel with needed time for effective preparation of counsel, including reviewing discovery and investigating the facts and circumstances surrounding the allegations in the complaint.  The parties agree to waive time for both the preliminary examination and under the Speedy Trial Act.  The defendant consents to an extension of the time for a preliminary hearing.  Fed. R. Crim. P. 5.1(d).  The parties stipulate that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases in this instance.  Fed. R. Crim. P. 5.1(d).  Therefore, the parties respectfully request that the time between September 24, 2021 and October 27, 2021 be excluded from computation under the Speedy Trial Act and that the time within which a preliminary hearing must be held be extended until October 27, 2021.

DATED:  September 24, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_/s/_____
CASEY BOOME
Assistant United States Attorney

DATED:  September 24, 2021

_/s/_____
PHILIP J. KEARNEY
Counsel for Defendant

STIPULATION AND [PROPOSED] ORDER
21-mj-71315-MAG

**[PROPOSED] ORDER**

For the reasons stated above, the Court finds that the interest of justice served by granting a continuance outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further that good cause outweighs the public's interest in the prompt disposition of criminal cases in this instance.  Fed. R. Crim. P. 5.1(d).  Accordingly, the Court extends the time for a preliminary hearing and excludes time under the Speedy Trial Act from September 24, 2021 to October 27, 2021.  Based on the stipulation of the parties, the Court finds this exclusion necessary to allow for the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: _____

HON. SALLIE KIM
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
21-mj-71315-MAG