| | |
|---|---|
| 1  STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney | **FILED**<br>Nov 28 2022<br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD CURRAN,<br><br>Defendant. | CASE NO. CR-21-453-SI-1<br><br>VIOLATIONS:<br><br>18 U.S.C. § 666(a)(1)(B) – Accepting Illegal Gratuities (2 Counts);<br>18 U.S.C. §§ 981(a)(1)(C) and 982; 28 U.S.C. § 2461 – Forfeiture Allegation. |

SUPERSEDING INFORMATION

The United States Attorney Charges:

Introductory Allegations

At all times relevant to this Information:

1. Defendant Bernard CURRAN was a Senior Building Inspector at the San Francisco Department of Building Inspection ("DBI") where CURRAN had been employed since 2005. CURRAN was an agent of DBI whose official duties included conducting physical inspections of buildings and construction sites in San Francisco to verify that construction and/or renovation work had been completed according to the approved permit and plans.

1

2. DBI was an agency of a local government, that being the City and County of San Francisco, which received federal financial assistance in excess of $10,000 during each fiscal year between 2017 and 2020.

COUNT ONE: (18 U.S.C. § 666(a)(1)(B) – Accepting Illegal Gratuities)

3. On or about and between March of 2017 and March of 2018, in the Northern District of California, the defendant,

BERNARD CURRAN,

corruptly solicited, accepted, and agreed to accept a thing of value from a person, intending to be rewarded in connection with a transaction and series of transactions of DBI involving $5,000 or more. Specifically, the defendant corruptly solicited, accepted, and agreed to accept $30,000 from DEVELOPER-1 in connection with physical property inspections, which were official acts that the defendant conducted in his capacity as an agent of DBI.

COUNT TWO: (18 U.S.C. § 666(a)(1)(B) – Accepting Illegal Gratuities)

4. Starting on a date unknown, but by no later than May of 2017, and continuing until at least April of 2020, the defendant,

BERNARD CURRAN,

corruptly solicited, accepted, and agreed to accept a thing of value from a person, intending to be rewarded in connection with a transaction and series of transactions of DBI involving $5,000 or more. Specifically, the defendant corruptly solicited, accepted, and agreed to accept donations to SFGGR totaling $9,600 from clients of RODRIGO SANTOS in connection with physical property inspections, which were official acts that the defendant conducted in his capacity as an agent of DBI.

FORFEITURE ALLEGATION: (18 U.S.C. §§ 981(a)(1)(C) and 982; 28 U.S.C. § 2461)

5. Upon conviction of the offense alleged in Counts One and Two of this Information, the defendant,

BERNARD CURRAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a) and Title 28, United States Code, Section 2461, any property, real and personal, which constitutes or is derived from proceeds traceable to said violation, including but not limited to a forfeiture money judgment in the amount of $30,000.

6. If, as a result of any act or omission of the defendant, any of said property

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to or deposited with a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty;

the United States shall, pursuant to 21 U.S.C. § 853(p) (as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c)), seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

7. All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982; Title 28, United States Code, Section 2461(c); and Federal Rule of Criminal Procedure 32.2.

DATED: November 28, 2022

STEPHANIE M. HINDS
United States Attorney

*Casey Boome*
CASEY BOOME
Assistant United States Attorney

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. 666(a)(1)(B) - Accepting Illegal Gratuities (2 Counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: For each count: up to 10 years in prison, a $250,000 fine; 3 years' supervised release; $100 special assessment per count; forfeiture.

### DEFENDANT - U.S

▶ BERNARD CURRAN

DISTRICT COURT NUMBER
CR 21-453-SI-1

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☒ person is awaiting trial in another Federal or State Court, give name of court
NDCA Indictment No. CR 21-453-SI-1

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form
Stephanie M. Hinds
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)
Casey Boome

## DEFENDANT

### IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
NCDA

### IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT
Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:   Before Judge:

Comments: