```
 1  PHILIP J. KEARNEY - 114978
        PKearney@mpbf.com
 2  THOMAS P. MAZZUCCO - 139758
        TMazzucco@mpbf.com
 3  MURPHY, PEARSON, BRADLEY & FEENEY
    580 California Street, Suite 1100
 4  San Francisco, CA  94104-1001
    Telephone:    (415) 788-1900
 5  Facsimile:    (415) 393-8087

 6  Attorneys for Defendant
    BERNARD CURRAN
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 3:21-cr-00453-SI |
|---|---|
| Plaintiff, | **DECLARATION OF RETIRED DBI DEPUTY DIRECTOR DANIEL P. LOWREY IN SUPPORT OF DEFENSE SENTENCING MEMORANDUM** |
| v. | |
| BERNARD CURRAN, | |
| Defendants. | |

I, Daniel P. Lowery, declare:

1. I am a Retired Deputy Director of the City and County of San Francisco Department of Building Inspection ("DBI"). I make this Declaration in support of Defendant Bernie Curran's Sentencing Memorandum. The facts set forth herein are true based on my own knowledge except where stated to be on information and belief, and as to those I believe such facts to be true.

2. I was employed at DBI in various capacities during an approximate twenty-one-year period from 2000 to February 2021. During my career at DBI I served as a Building Inspector, Senior Building Inspector, Chief Building Inspector, and finally Deputy Director for both Inspection Services and Plan Check Services of the Agency. I served as a DBI Deputy Director for approximately eight

years. Before my career at DBI, I worked as a union carpenter in San Francisco from 1974-1999, and before that as a commercial fisherman.

3. During my term as a DBI Deputy Director, I supervised Bernard Curran for approximately ten years. Mr. Curran's evaluations were always extremely positive, and I never heard or was aware of any allegations of corruption surrounding him. He was a hard worker who knew what he was doing; when he was a Senior Inspector, it was common for other Senior Inspectors to ask him for help with their jobs. In the parlance of DBI, Bernie always 'knew what he was looking at.'

4. When emergencies happened, like a car driving into a building or a structure sliding down a hill, it was common to call Mr. Curran. He was a valued member of DBI's Emergency Response Team, a team comprised of hand-picked, competent inspectors. Bernie received municipal awards during his tenure at DBI for emergency responses, including from the Mayor of San Francisco.

5. In response to allegations of impropriety involving 'out-of-district' inspections, I would say it was a regular occurrence for inspectors—and Senior Inspectors—to go outside their own districts to perform inspections. This was especially true during busy times or due to personnel shortages. If a particular district was backed-up with inspections, it was sometimes necessary to 'open-up' the district to anyone who was able to help with the workload. During those times, inspectors could conduct as many as twenty inspections per day.

6. It was also common for contractors to call inspectors directly if they were unable to wait for a scheduled inspection or due to hazardous conditions of the scope of work, such as excavation below grade of an adjoining property which could undermine a neighboring foundation. DBI was essentially a service enterprise and preventing contractors and work crews from sitting idle waiting for an inspection was a goal of the Department. Mr. Curran was known as an inspector who 'always answered the phone.' Far from a sign of corruption, this was a sign of his superior work ethic and willingness to help someone in need.

7. Regarding the accusations of shortcomings on a small number of Mr. Curran's tens of thousands of lifetime inspections, I would note that all construction work projects are inherently imperfect; the failure to order the removal of a non-bearing wall or check that a sprinkler permit was obtained by an architect after the fact, are not necessarily signs of corruption, but signs of the day-to-

1 | day judgement calls, accommodations, and even mistakes, that were made by inspectors at DBI.

2 |     I declare under penalty of perjury under the laws of the United States of America that the
3 | foregoing is true and correct.
4 |     Executed this __7__ day of May 2023 at __Los Angeles__, California.

*[signature]*

Daniel P. Lowrey

AGM.4632214.docx