## USA v. Curran – *3:21-cr-00453-VC-1*

### Index of Character Letters

| # | Last Name | First Name |
|---|-----------|------------|
| 1. | Bradford | Chuck |
| 2. | Curran | Kevin |
| 3. | Curran | Siofra |
| 4. | Dekker | Jim |
| 5. | Devlin | Richard (Rhett) |
| 6. | Drypolcher | William & Trudy |
| 7. | Faliano | Matthew |
| 8. | Frost | Liam |
| 9. | Gallagher | Conal |
| 10. | Hession | Gary |
| 11. | House | Jerry Lee |
| 12. | Keith | Jim |
| 13. | Kinahan | Karen |
| 14. | LaRocca | Richard |
| 15. | Lewin | Lysa |
| 16. | Lifsitz | Frederick |
| 17. | Maguire | John |
| 18. | McCloskey | Joseph |
| 19. | Medrano | Mateo |
| 20. | Murphy | Marty |
| 21. | Myrold | Erik |

| 22. | Nazzal | Steve |
|---|---|---|
| 23. | O'Connor | Kevin |
| 24. | O'Connor | Thomas |
| 25. | Page | Forrest |
| 26. | Pannelli-Powell | Suzanne |
| 27. | Powell | Dylan |
| 28. | Powell | Kyra |
| 29. | Roddy | Eileen |
| 30. | Shannon | James |
| 31. | Sheppard | William |
| 32. | Sicord | William |
| 33. | Sweeney | Edward |
| 34. | Velasquez | Fred |
| 35. | Wells | Anthony |
| 36. | Wilson | Rick |
| 37. | Ziegler | Robert |
| 38. | Zinchini | Dianne |

February 1, 2023

**Re:    Curran, Bernie**
       **Case No.:        3:21-cr-00453-VC-1**
       <u>**Our File No.:  XBCR.120355.1**</u>

Dear Honorable Judge Susan Illston:

        I am writing on behalf of my dear friend Bernie. I have been friends with Bernie for over 46 Years. our journey has been one of living and learning as we grow and mature. Bernie has always been a stand-up Man always willing to share his time and energy to his family and friends, teammates and all who have come under his supervision. All of us who have shared this journey have the utmost respect and admiration for Bernie and his journey and achievements. without a doubt his family dedication and commitment to his children and their education is his priority above and beyond as with all parents who strive to contributing citizens with the values he would, or any parent would be proud of. He is extremely remorseful for his participation and involvement in the matter before the court. I would appreciate your consideration and mercy for a probated judgement for Bernie.

        Thank You for your Consideration Honorable Judge Susan Illiston

                Sincerely Chuck Bradford
                817-899-8180


AGM.4472396.docx

Dear Judge Susan Illston:

I am writing this letter on the behalf of my brother, Bernie Curran. He is the oldest of four boys, I am the last remaining brother of his. Our two brothers, Mike and John, passed away too young. Mike died in a construction/roofing accident and John died due to complications with having Diabetes. I will be the only immediate family member writing, as my father passed and my mother has Dementia.

Bernie is the oldest of the boys and I am the second youngest. Growing up, Bernie was he best athlete and smartest person in my eyes. He was the perfect older brother. If I needed help or guidance, he was there for me – always. As I grew up, I found that he was not perfect, but when he messed up he would not run or hide from it. He would face the consequences and learn from them. This carried on into his adult life. Bernie has been an active member of Alcoholics Anonyms for about thirty-five years. When our youngest brother, Mike, passed, Bernie was my strength at the lowest time in my life. In fact, he brought me to my first A.A. meeting. On January 28, 2023, I will be eighteen years sober due in large part to Bernie.

When Mike died, Bernie and I both had small construction companies. Bernie noticed how much I was struggling with trying to put Mike's death into some kind of perspective, so Bernie suggested that we combine our companies to work together. In 1998 we started Curran and Associates. We hired up to thirty-five employees and took on bigger projects. The company was doing well, then we received another shock – Bernie had been diagnosed with Stage IV Melanoma with not a very promising prognosis. He had to take time off for chemotherapy and radiation. During this time of his life, Bernie was more concerned about me – my sobriety and well being. That is just the kind of older brother he is.

I am very aware of the charges brought up against Bernie. In fact, I talked to the US Attorney Casey Boome, about my brother. This has affected Bernie, his family, myself, and my family a great deal. As his brother, I am his biggest supporter, but, also his harshest critic. I pulled no punches in letting Bernie know exactly where I stand on this situation and the implications this has placed on his family. Bernie's lack of judgment, lack of foresight, and gullibility upset me, but I know Bernie and I know he is not a criminal. He has some very redeeming qualities. He works with youth sports teams as a strength and conditioning coach. I was with Bernie the other day when he received a call from the athletic director of a local high school asking him if he could help the school with their strength and conditioning program, because they heard good things about him. That is the Bernie I grew up admiring.

Earlier I mentioned our mother has Dementia. It became obvious to us that her illness was getting serious and she needed help. Bernie found caregivers through his connections with the youth rugby team and went to Petaluma to pick up the new caregiver. Both Bernie and myself share the care of our mother.

Please take Bernie's character as a brother, son, and friend into consideration when imposing his sentence. Thank you for your time and consideration. If you have any questions, I would be more than happy to accommodate you.

Very truly yours,


Kevin P. Curran
Curran and Associates General Contractors, Inc.

**Siofra Curran**

11933 Darlington Ave.
Los Angeles, CA 90049
(415) 741-4241
siofraacurran@gmail.com

19th January 2023

To Whom It May Concern,

My father has asked me to write a letter concerning my current employment at Atlas Property Group, Inc. in San Francisco.

I have worked for the Tahbazof family for almost 7 years now. My father and Sia Tahbazof had been friends since before I was born and my father asked Sia if he would allow me to work part-time for them while I was in high school.

Over the years, I have held many different positions and worked for both their residential and commercial divisions. I am very appreciative of the opportunities the entire Tahbazof family has given me and I continue to have a wonderful working relationship with them.

Sincerely,

Siofra Curran

Philip J. Kearney Esq.
c/o Anne Montastier
580 California Street
Suite 1100
San Francisco, CA 94104

Dear Judge Susan Illston,

By way of intro, my name is Jim Dekker, and I am a retired English teacher, born and raised in San Francisco. I attended Holy Name Grammar School (64') Saint Ignatius High School ('68) and Santa Clara University ('72). A large portion of my teaching career of forty years was spent at Saint College Preparatory. In addition to teaching English (all levels including Advanced Placement) during those years, I served sixteen seasons as head coach of the varsity baseball team and eight seasons coaching in the women's basketball program. I also spent seventeen years in Development work as SI's alumni Director, primarily as a fundraiser.

My relationship with Bernie Curran spans at least fifty years and began when I was in college and on weekends hanging out and playing sports at Francis Scott Key School Playground in the Sunset District. Bernie was just a kid, but he spent a good deal of time at the "Key" where he was surrounded by some of the most respected guys in the city, and I'm proud to say I was one of them. Bernie often mentions to me how much those days and experiences meant to him because he was influenced by genuine role models whom he could look up to.

I taught Bernie in an English class early in my career when SI was comprised of 1100 male students. As I recall, he worked hard in class, and his spirited personality was quite evident. Even then he and I got along very well, as we both came from similar backgrounds, and I loved teaching young men who were energetic but also possessed character and integrity. Then, as is still the case, Bernie was outgoing and loyal to his school and his friends.

After his SI days, Bernie and I remained friends and regularly kept track of one another. When I was the Alumni Director, Bernie would often drop by my office for a chat and a cup of coffee, bringing me up to speed on what was happening in his life. It is worth noting that Bernie was close with SI's President at the time, Anthony Sauer, SJ, a man whom I greatly admired. After visiting me, Bernie would

go down the hall to Father Sauer's office and spend time with him. It was during these visits that I first learned of Bernie's divorce and his bout with cancer. These two events were tough on Bernie, but I mention them to you because of the way Bernie handled adversity, especially the cancer. True to Bernie's nature he met his illness head on, remaining positive and flatly refusing to let the disease beat him.

Just a few years ago, Bernie asked me to work with his daughter, Siofra, on her writing. I met about once a week with her for nearly two years while she attended SI. She ended up matriculating to UCLA where she has been a consistent honor student. Even from college she'd send me her work to proofread and comment upon. I mention this to you because I experienced firsthand Bernie's absolute love for his family. Siofra was Bernie's top priority and although being a single parent had its challenges, he strove to make sure she was well educated and had her priorities in order.

Bernie is well known throughout SF for his willingness to help young athletes, primarily regarding physical fitness. He is currently the health and fitness coach for the Golden Gate Rugby Club, and I have watched Bernie in action because my grandson Jamison was a member of last spring's squad, and I went to many games and several practices. Jamison absolutely loved Bernie, as did many of the other players, despite the fact that he was definitely a tough task master.

Currently, Bernie is a fitness coach in the Balboa High football program. He told me he finds working with the Balboa players gratifying because many of them have not had the advantages of kids from private schools or wealthier families.

Allow me to conclude. I am not particularly well versed with the issues now confronting Bernie, but I do know what kind of a person he is. Whenever Bernie's name comes up in conversation with any of my acquaintances throughout SF, he is spoken highly of, and I have never heard anyone say anything negative about him. People respect him and they respect what he stands for: loyalty, honesty and hard work. I would trust him with just about any aspect of my life.

If for whatever reason you have further questions about my assessment of Bernie Curran's character, please don't hesitate to contact me directly.

Sincerely,

Jim Dekker
650-296-7544/jdekker@siprep.org



580 California Street, Suite 1100
San Francisco, CA 94104
Telephone  415.788.1900
www.mpbf.com

February 1, 2023

**Via Email Only / U.S. Mail**

> Re: **Curran, Bernie**
> **Case No.:     3:21-cr-00453-VC-1**
> **Our File No.:  XBCR.120355.1**

Honorable Judge Susan Illston:

I've known Bernie Curran for over forty years we grew up in the building trades together, both working side by side and later helping each other on various building projects. Bernie got his contractor's license early on and myself and other friends would always go over after our regular jobs to work with him usually 4 pm till sundown, to help Bernie get ahead. Bernie was the only contractor that I would refer to other clients when the scope of work was too big for me. He encouraged me to get my license which I did in 1989..

Bernie quietly sobered up and began a life of helping others and giving back to the community, which he has done since. He bravely weathered the storm that cancer can bring to our lives and has always had a positive outlook. He helped many in recovery and sponsored men that needed care in the beginnings of their sobriety. He continues to mentor young men and make sure that they have the skills to make decisions and show up with integrity for their communities and families.

His career in the City of San Francisco as a building inspector our paths would cross occasionally, we always have stayed close and I cannot say how much respect I have for Bernie and the way he has conducted his life throughout life's ups and downs, he continues to be an inspiration to myself and others with his selflessness, steadfast demeanor and positive attitude towards this chaotic world we live in. Bernie is someone who I would trust with my life.

I haven't heard from Bernie in regards to these proceedings and my only knowledge is what I've seen online.

> Very truly yours,
> Richard (Rhett) Devlin

AGM.4460768.docx
Re:  Bernie Curran

William and Trudy Drypolcher
518 Fitch Street
Healdsburg, CA 95448
(415) 515-1770

September 8, 2022

Mr. Phil Kearney
Murphy Pearson Bradley and Feeney
580 California Street, Suite 1100
San Francisco, CA 94104

Dear Sir:

My wife and I have known Bernie Curran since the mid-1990's. His construction company was recommended to us for a large construction project in San Francisco (at the time I was the majority owner of Zephyr Real Estate). The project, a second-floor addition to my commercial building on 24th Street, was completed on time and within budget. Over the next years I used his firm to do other projects and recommended him to other clients.

We became business friends and enjoyed a semi-regular lunch to just catch up. Over these years I found him to be hard working, honest, congenial, and a friend easy to know and like.

After joining the SF Building Department, Bernie was diagnosed with stage four cancer, and I was diagnosed with prostate cancer. Through it all his will to live every day and to succeed for his family helped him to beat his disease. During the time I was sick he gave me support and tools to fight my cancer. I greatly appreciated that he helped me in my fight as well.
Bernie has something left to give for himself, his family and friends and our community. We feel that incarceration is not appropriate but feel that probation is more suitable.
If anyone would like to contact us, we are available.

Sincerely,

*William Drypolcher*

*Trudy Drypolcher*

Willian and Trudy Drypolcher.



580 California Street, Suite 1100
San Francisco, CA 94104
Telephone 415.788.1900
www.mpbf.com

September 12, 2022

**Via Email Only / U.S. Mail**

> Re: **Curran, Bernie**
> **Case No.:   3:21-cr-00453-VC-1**
> **Our File No.:  XBCR.120355.1**

Dear Judge Susan Illston:

I am writing on the behalf of my great friend Bernie Curran who I have had the pleasure to know for over 40 years. Bernie is truly the most honest and hard working person I have ever known. As a retired San Francisco Police Officer (26 years) I was truly shocked and very skeptical about the charges brought against Bernie. In the 40 plus years I have known him, he has never once done anything that he is accused of now. Like I said at the beginning, his honesty is his trademark. I know him well enough to know he would not have done anything illegal intentionally. In my 26 years as a police officer, I have dealt with every type of crime and every type of criminal, Bernie Curran is not that type of person. Having some knowledge of the case, I believe the FBI made a grave mistake in pursuing charges against Bernie only to see if he would as the say "role over" on someone else. The FBI spent years pursuing an honest hardworking father, ended up with nothing but to save face they want him to do time in jail. As one public official to another, I ask that you please spare Bernie the shame of prison time just to appease an investigation that had nothing to do with Bernie from the start.

Thank you for taking the time to read and contemplate this statement, your time and consideration are greatly appreciated.

Respectfully,

Matthew Faliano

San Francisco | Sacramento | Los Angeles | Seattle

Dear Judge Susan Illston,

I am writing on behalf of my great friend Bernard Curran who I have know for over 54 years. My name is Liam F. Frost, I am a native and current resident of San Francisco and a retired San Francisco Police Department Lieutenant after serving for over 31 years. I serve on 3 community Boards and since 2013 have served as President of the United Irish Societies of San Francisco representing over 100,000 Irish Americans in the Bay Area. I am a past member of the San Francisco Entertainment Commission and volunteer at the Veteran's Administration Hospital at Fort Miley. I write this letter representing my personal opinion only and not that of any of the organizations I belong to. I have known Bernie Curran since we were children of about 8 or 9 years old and grew up in the Sunset District of San Francisco. We attended Holy Name Grammar school together with him being 1 year behind me. We continued our friendship into high school, while he went to Saint Ignatius and I went to Abraham Lincoln. We played on the same sports teams and continued to socialize together until early adulthood when we both went to work full time. For the past 40 years I would run into Bernie in the neighborhood and at the get togethers, weddings and funerals of family and friends. I saw how he lived his life and raised his family. He always acted in the manner of a true gentleman.

I have found Bernie to be of excellent character and above reproach. He enjoyed a larger than life standing in the community and he is known city wide. I would trust him with the lives of my children and grandchildren. I was shocked to learn of the charges against him. I believe that his actions were a temporary lack of good judgement. Even though San Francisco is a big City, news such as the charges against Bernie spread like wild fire through our community. Being as outgoing and popular that Bernie is, is a blessing and a curse. There is no place that Bernie can go in the City where he is not known. I know that Bernie will take responsibility for his actions and will want to be given the opportunity to earn back the sterling reputation that he once had. I ask that you sentence him to the lowest term possible.

I know that when given the chance Bernie will prove to everyone that his actions were an anomaly. I am confident that he will not repeat the actions of his past and that we will never see his name on a criminal court document in the future.

I appreciate you taking the time to read this. If you have any questions regarding me or Bernie please feel free to contact me.


Sincerely,
Liam F. Frost
LiamFrost@sbcglobal.net
145 Denslowe Dr.
San Francisco Ca 94132
(415)412-9020



580 California Street, Suite 1100
San Francisco, CA 94104
Telephone 415.788.1900
www.mpbf.com

February 1, 2023

**<u>Via Email Only / U.S. Mail</u>**

      **Re:**    **Curran, Bernie**
             **Case No.:**     **3:21-cr-00453-VC-1**
             **<u>Our File No.: XBCR.120355.1</u>**

Dear Judge Susan Illston:

      I am writing to you on behalf of my good friend Bernie Curran. I have known Bernie for close to forty years as our fathers come from the same part of rural West Donegal in Ireland. He has been a good coach and mentor to kids of all background. He certainly has been an excellent coach and advisor to my children. Bernie is always quick to lend a hand whether it was moving, work, or a sporting event. Please see Bernie as I see him as a really good, caring person. I hope you can express leniency in this case and sentence Bernie to the lowest possible sentence.

                 Very truly yours,
                 Conal Gallagher
                 4156997255

AGM.4460768.docx
Re: Bernie Curran

**From:** Gary Hession
**Sent:** Wed, 14 Sep 2022 18:08:31
**To:** Anne Montastier
**Subject:** Bernie Curran character letter
**Importance:** Normal
**Sensitivity:** None
**Archived:** Wednesday, February 1, 2023 12:20:16 PM

---

Dear Judge Susan Illston,

I'm writing on behalf of my friend Bernie Curran ,I've known Bernie for over 45 years ,we grew up in the sunset district of San Francisco together. What I know about Bernie completely contradicts everything I've heard the last year about him , growing up together he was always the most energetic ,positive and giving person you could have known and he continues with those traits to this day .

Talking with him recently it was all about family ,youth sports (which he coaches) and working back in the carpenter trade which is his real passion.

His life has been simplified these days by working hard ,supporting others thru AA which he has been a member for over 32 years.

Bernie's is remorseful and has been humbled by the last few years, his punishment has been the embarrassment he has brought to his family which he tells me about every time we talk ,Bernie's positive attitude is truly infectious he doesn't speak of himself thru his problem or blame others but has taken responsibility for his life. My name is Gary Hession and I have worked for ACCO property management for 10 years . I would not hesitate to call Bernie for anything and it would not be about business it would be about friendship.

I'm asking for leniency for Bernie Curran ,anything less would be a great injustice to so many people in his life.

Respectfully
Gary Hession
Ghesh2660@gmail
650 703-3591


Sent from my iPhone

February 1, 2023

Re:      **Curran, Bernie**
         **Case No.:        3:21-cr-00453-VC-1**
         **Our File No.:  XBCR.120355.1**

Dear Judge Illston:

      Your Honor my name is Jerry Lee House. and I hope you will take the time to read this letter I am writing on behalf of my good friend Mr. Bernie Curran I have had the pleasure of knowing Mr. Curran and his family for more than 35 years Bernie is a very kind and honest man great father good son and a wonderful friend. I worked as a plumber  for the city and county of San Francisco and Bernie's father was my foreman we became friends am he introduced me to his wife Noreen and 4 sons  Bernie ,Kevin John and Mikey over those 35 years I have known Bernie he has had to deal with the loss of his father and two of his brothers Mikey and john .john was my best friend and Bernie help me with the pain while he dealt with his own. recently Bernie's mother Noreen has developed Alzheimer's disease and Bernie has cared for her. making sure she is never alone and always taken care of. He is a good son and a great father to his children. Bernie has help many of us get sober thru AA .and started his own AA group in the sunset district in San Francisco. he has battled cancer twice and took on the fight in a very Bernie way never feeling sorry for himself and even while sick helping others I am very proud to be able to call Bernie curran my friend. I don't believe the charges against Mr. Curran but if he is found guilty. please look at all he has done that is good in his life and give him the lowest possible sentence.

                thank you for your time judge
                jerry lee house

AGM.4472582.docx

 

November 6, 2022

Re:    **Curran, Bernie**
        **Case No.:    3:21-cr-00453-VC-1**
        **Our File No.: XBCR.120355.1**

Dear Judge Susan Illston:

My name is James Keith. I will be 62 on November 10, 2022 I am a lifelong San Francisco resident. I first met Bernie in kindergarten; I guess I was 5 years old. I was small for my grade and I wore glasses. I suffered from dyslexia, but back then they had another name for it "stupid". I endured enormous ridicule. School was tough for me, but there was one person in my class who always had my back who stood up for me. That was Bernard J Curran. Bernie was then and is now my best friend!

We went to high school together. We worked together as union carpenters building houses throughout the bay area. We were partners in the construction business for a while. Our children attended the same grammar school. It is fair to say I know Bernie very well.

I called Bernie when I heard news of his arrest. I could tell Bernie was down. We went to grab a bite to eat and we talked. It's a difficult situation but Bernie met it square on. It was clear he knew he had made a terrible mistake. He told me how hard it was to talk with his kids, and with his brother. He told me he was glad his dad had past because the shame of it would be too much for him to bear. Bernie carries the weight of his actions. His children's friends and other acquaintances read the accounts of Bernie's actions in the paper. His children questioned their Bernie about it. This tore Bernie up. He knows that his reputation in many folks' eyes has been diminished, probably irreparably. Bernie has already suffered greatly.

To be sure Bernie has been hit hard by the consequences of his actions. But he has not stopped caring about others. He continues to be there for his children and others in the community training kids for youth sports. Bernie is back working in construction. He was running some work and asked me if I wanted to stack the roof on the project he was working on. I said yes. It was great to be working alongside Bernie again. What really stood out to me though, was during the time I was working with Bernie, was watching how he treated and instructed the young carpenters that were working for him. Bernie is a truly special man.

What is the appropriate sentence for the mistakes Bernie has made? Bernie has taken full responsibility for his actions. He has suffered financially. His reputation has been damaged. His family is impacted. Despite all this Bernie has directed his efforts to live a productive life. To take care of his family. To help all those around him from student athletes to carpenters on his

job site. I do not know what sentencing guidelines call for, but I do know putting Bernie in prison is not justice. Judge Ilston I believe that no just purpose will be served by incarcerating Bernie. He is a good man who made a mistake. He has taken responsibility for his actions and is an asset to society. I pray you give Bernie the minimum sentence allowable under the law. I believe that is the right and just thing to do.

Thank you for taking the time to read this statement, your time and consideration are greatly appreciated.

Respectfully,

James Keith
Jimkeith132@yahoo.com
415-317-2039

September 20, 2022

Murphy, Pearson
Bradley & Feeney
580 California Street; Suite 1100
San Francisco, CA 94104

RE:     Curran, Bernie
        Case No. 3:21-cr-00453-VC-1
        Our File No. XBCR.120355.1
        AGM .4460768

Dear Judge Susan Illston,

My name is Karen Kinahan and I am fortunate to be friends with Bernie Curran. I have been a Senior Permit Technician with the Building Department in South San Francisco for over 15 years, previously I worked for Public Work in SSF, employed with the City of SSF for almost 30 years now. I was born and raised in San Francisco. I have known Bernie since grammar school attending Holy Name of Jesus in the Sunset District of SF. Bernie was the best man in my wedding some 35 years ago and is the God Father to my son Gavin, 25 yrs. old. I believe I know Bernie extremely well and know how sound his character is.

Through all these years we have kept in close touch. I see Bernie regularly at Safeway as we live very close by each other. Not only do I speak to and see Bernie, but my grown children also speak with Bernie regularly, Nicole, my oldest looks at Bernie as her favorite Uncle and Gavin, the youngest. has always turned to Bernie for advice on things he could not even discuss with us. We are grateful for the love, guidance, encouragement and love he has shown not only us but all four of my children; Bernie is more than a friend to us, he is FAMILY.

Bernie has shared his troubles of late with us; we know how deeply he has been affected by the accusations against him and we 100% stand with Bernie. The Bernie I know is generous and kind, always looking out for others. Bernie has 2 children that he dotes on, a mother that requires 24-hour care that he helps provide for. It has not been easy, Bernie lost 2 brother and his father, so his mother's care falls solely to Bernie and his brother Kevin. Bernie a "take charge" kind of person. He has always supported the underdog, always there to lend a hard to anyone (even strangers) in need. He is the most giving person I know, never spending on himself, always taking care of others. Bernie has lent a hand to us several times when we were doing our addition; even taking it upon himself to tarp the open roof when a spring shower came though and we were out of town, but that's the kind of person he is.

I know Bernie will come through this situation and he will move forward with positivity and grace. He is not a person to feel sorry for himself, (he fought Stage 4 cancer and BEAT it!). but to push forward and carry on! Bernie takes life lessons and becomes a better person for them, which is why I am asking for mercy and leniency on his behalf, he is not the kind to ask for himself.

Thank you for taking your time to read this; it is greatly appreciated.

Respectfully,

Karen Kinahan
sfkinahan@aol.com
415-867-2745



580 California Street, Suite 1100
San Francisco, CA 94104
Telephone 415.788.1900
www.mpbf.com

February 22, 2023

**<u>Via Email Only / U.S. Mail</u>**

> **Re: Curran, Bernie**
> **Case No.: 3:21-cr-00453-VC-1**
> **<u>Our File No.: XBCR.120355.1</u>**

Dear Judge Susan Illston:

Over the past few years, Bernie Curran has become like a brother to me. I met him in 2013 through my work as a personal trainer and while our relationship started out on a professional level, we quickly became family.

In addition to my regular clients, I train several members of a high school rugby team, including Bernie's son. Not only is Bernie a dedicated father, always advocating for and encouraging his son's interests, but he also acts as a support system for all the boys on the rugby team—on and off the field. Whether he was helping me train the boys at the gym, training them during rugby practice, or attending every game no matter which city, state, or country they were playing in, Bernie was there cheering them on through every win and encouraging them after every loss.

Bernie's dedication to the team went beyond the sport and extended to each player as an individual. I remember when one of the boys was having problems at school, but didn't have parents that were around much. Instead of leaving him to fend for himself and navigate things on his own, Bernie went to the school to speak to the teacher with the kid. He didn't have to get involved, but it was important for him to show the child that he had someone to rely on and that family doesn't always have to be the one you're born into.

The example Bernie sets as a father and father figure extends to his efforts as a friend. I'm an amputee, having lost my leg due to complications from a rare blood disease. Along with my health, it's impacted my mobility and ability to train clients like I used to. These are the kinds of situations where you find out who your true friends are and I learned that Bernie is a friend like no other. In addition to building a ramp for me so it's easier for me to get in and out on my wheelchair, Bernie helped set up my new training facility when I had to move locations. He was there, late into the night, helping me assemble and organize equipment, and making sure everything was reinforced and easily accessible for me.

I've seen and experienced first hand how much Bernie gives back to the people and community around him. He dedicates his life to helping others and is so welcoming to everyone he meets—if you give him the lowest sentence possible, I know he'll continue to do so and share the lessons he's learned through this whole process.

Thank you for reading this and for your time and consideration.

Respectfully,


Richard LaRocca
richard.larocca@gmail.com
(510) 684-7325

September 11, 2022

Lysa Lewin
39 Escondido Avenue
San Francisco, Ca 94132

Re:     Curran, Bernie
        Case No: 3:21-cr-00453-VC-1

Judge Susan Illston
c/o Murphy Pearson Bradley & Feeney
580 California Street, Suite 1100
San Francisco, Ca 94104

Dear Judge Illston,

My name is Lysa Lewin and I am writing you today on behalf of my long time neighbor and friend, Bernie Curran. I have known Bernie for over 20 years. Living two doors away from one another our children grew up together and our families became very close friends.

Bernie is a wonderful father, a kind and considerate neighbor, he is dedicated to his community and always willing to jump in and help others. His children are his heart and sole and even as Bernie battled cancer years ago, I was amazed at how he maintained the strength and composure to ensure they didn't suffer with him. He never missed an opportunity to be there for his family. He is a supportive neighbor, always willing to lend a helping hand when needed.

While I have not spoken to Bernie regarding the details of the charges he is facing, I have an understanding based on various news stories I have read. I have been in communication with Bernie and know that this situation has taken a toll on him and his family over the last several months.

Bernie is a good man and I am certain that he has learned from any mistakes he may have made. I hope that you will consider my letter and the others you will receive and understand that Bernie Curran is the kind of person that people jump in to support.

Thank you!

Sincerely,

Lysa Lewin

September 20, 2022

   Re: Curran, Bernie

   Case No:     3:21-cr-00453-VC-1
   Our File No: XBCR.120355.1

Dear Judge Susan Illston,

Your Honor. I am writing on the behalf of my very dear friend Bernie Curran. I have known
Bernie since the day in May of 2002 that I and my family moved into our San Francisco home
on Escondido Avenue, across the street from Bernie and his family. He was, from the start, one
of the kindest people I've ever met. Over the first week alone we established that we were born
only a few months apart and that we shared a love of family, a variety of sports and music and
both had a strong ecumenical appreciation for a broad spectrum of philosophies and spiritual
practices. I am a Performing Violinist and also have just retired from teaching at San Francisco
State University after 33 years. Bernie had a Mandolin and said humorously that it was good to
have someone close by who could help him keep it in tune.

Our house hadn't been lived in for a couple years and within the first few weeks I got a call
from my wife telling me there was a great deal of water leaking through a wall. Bernie arrived
home at the same time and seeing that I was running into the house he asked what was going
on. He had his own contracting business at that point and within a minute had accessed the
foundation area of our home and was checking everything out. When he came out he said he'd
spotted the problem and it was just one big pipe. He went to his truck, made a call for a pipe
and connectors, came back with some tools, opened up the wall, replaced the pipe, (which
was much bigger than he'd led me to believe), and sealed everything up. The next day I went
over to thank Bernie and write a check for all of the work he had spent hours doing. Bernie
refused to accept anything for this extraordinary action. I'll never forget his words: Fred, this is
what one does for neighbors- I can't accept anything for my helping you guys out. When I need
something for my Mandolin I'll ask you."

We have remained friends, as have our kids and families, for all of these 20 years. There's
hardly a day when I am home that we don't catch up a bit and often send various food dishes
across to one another. Bernie is a person who exudes positivity and support for everyone in his
sphere. We have been there for one another through health emergencies. When my wife was in
the hospital for surgeries, over a period of nearly a year, Bernie was there, often in the middle
of the night, to assist with the kids and make sure everything was covered at our home. We talk
often about the joys and the stresses of raising kids in this city. The day we moved in I could
hardly have imagined that we'd gain a new extension of our immediate family- but that's what
Bernie means to us- and we are not alone.

Bernie has spoken with me a bit about a few aspects of this case. I keep most of our
conversation focused on how he's doing as my friend. I don't know a great deal about the
details involved, aside what I saw in an early news article. Bernie has expressed very deeply
his sense of remorse and introspection about what transpired to bring him to this point. Bernie
is a person whom I have always pointed out to my kids as someone to emulate in terms of his
ethical center and his unending fountain of goodwill, positivity and generosity to others. He
has been so supportive of them and others in our neighborhood who have found themselves in
emotional distress and depression. My children and their friends who know Bernie all adore
him and for good reason. There are so many young people he has coached in sports and even

just learning how to stay in shape for their life, both of my children have been the recipient of Bernie's endless energy.  He has been And remains a blessing in the lives of so many.

I hope that what I have expressed here can factor in the undoubtedly difficult decision in the sentencing process your Honor is making. If you do need to speak with me in person please do not hesitate to reach me.
Thank You for taking the time to read this letter.

Most Sincerely,

Frederick Lifsitz
fredliffy@gmail.com
415-317-3999

October 17, 2022

Your Honor,

I am writing you today to respectfully request leniency in the case of Bernie Curran.

I am a recently retired firefighter with the San Francisco Fire Department. I have known Bernie and the Curran family for over fifty years. I grew up very close to the entire family and have maintained this friendship ever since.

Bernie was always a kind of big brother to me. I started working with him at the age of 18. He was always a very dedicated, talented, and efficient carpenter.

Bernie's life has had its ups and downs: losing two of his three brothers much too soon in life, the death of his father, a battle with alcohol and drugs, a bout with a deadly, advanced cancer, and now caring for his elderly mother as her health declines.

In spite of all these hardships, Bernie never gave up. He is now clean and sober for more than thirty years. He has beaten cancer and does all he can to stay healthy. Bernie is a dedicated father to his two children: his son is currently attending college, and his daughter is a recent graduate. Bernie dedicates much of his time to coaching and mentoring young people, and sponsoring others who are currently struggling with addiction.

A lifelong athlete, avid surfer and martial artist, Bernie lives life to the fullest. He is always there to help a friend or a stranger in need. His good nature, sense of humor, and friendship to all people is legendary in San Francisco.

It is my belief that Bernie has been through enough, and prison is not the place for him. If probation could be an alternative, please consider showing him this mercy.

Thank you for taking the time to read my letter.

Sincerely,

John Maguire

John Maguire

Your Honor,

I am writing to you today to respectfully request leniency in the Bernie Curran case.

I'm a retired San Francisco Police Sargent, and I have known Bernie since the early 1980's as we both played on the same rugby team. Bernie was one the older players and became a great friend and mentor. This friendship continued as we both become union carpenters with Bernie becoming the youngest union contractor in the state.

Bernie took on many responsibilities as two of his younger brothers and father were taken from us. He is currently the primary caregiver for his elderly mother. Bernie has also battered cancer during this time and he is still fighting that fight.

In spite of these hardships Bernie has put two his two kids through college and is a remarkable father.

As a police officer in San Francisco for over 30 years I have encountered many people who belong in jail. Bernie is not one of these. You would be hard pressed to find anyone who has a bad thing to say about him.

Your Honor, please consider him for leniency

Sincerely

Sgt. Joseph McCloskey (Ret)



580 California Street, Suite 1100
San Francisco, CA 94104
Telephone 415.788.1900
www.mpbf.com

February 1, 2023

<u>**Via Email Only / U.S. Mail**</u>

Re:    **Curran, Bernie**
         **Case No.:     3:21-cr-00453-VC-1**
         <u>**Our File No.:  XBCR.120355.1**</u>

Dear Judge Susan Illston:

I am writing on the behalf of my friend and colleague, Bernie Curran.

My name is Mateo Medrano, and I have coached, as a volunteer, with Mr. Curran at the San Francisco Golden Gate High School Rugby Club since 2017. I have been involved in coaching high school rugby since 2008, and am currently a member of the Rugby NorCal board, our local governing body. In addition to my current role on the RNC Board, I am also a past Vice President of Rugby NorCal, and I hold a USA Rugby Level 300 Coaching Certification. In professional life, I am currently a Business-to-Business Sales Account Executive with Sail Internet. Over the past 18 years, I have been involved in wireless technology sales, either Motorola two-way radio systems or wireless internet service. Please see a link to my LinkedIn profile at the end of this letter.

I have known Bernie for five years; we have volunteered together as coaches at San Francisco Golden Gate High School Rugby. As I mentioned earlier, we are volunteers, and make no money from coaching, even though we dedicate a significant amount of time to the team (3 practices per week in season and 1 game per week in season). We volunteer because we love the sport, and we want to make sure that we provide the current high school players with a level of support that allows them to learn and grow as young men. It is very important to understand that, as volunteers, we all lose money coaching (lost wages due to travel/practice attendance, spending money on travel) and we also lose time with our families. It is more important to understand that

we, and our families, accept these sacrifices because we volunteer for the good of the players. Quite simply, Bernie and the rest of us, sacrifice because we believe that service to our fellow humans, in this case young men, is one of the greatest actions we can undertake in life.

I know from many conversations with Bernie over the years that he is a recovering alcoholic, and that he has turned his life around in that regard and is now clean and sober. As someone with a family member who passed away from the complications of alcoholism, I can attest to the challenging nature of sobriety and how it is a daily struggle. Bernie has succeeded in this struggle, even through the challenges of this case.

Bernie has informed me of the charges against him, and I can state with certainty that this case has caused him severe financial and emotional distress and that he is remorseful for his actions. I know that Bernie has had to take an early retirement, has had property seized and has had his reputation sullied. In spite of all this, he has continued to volunteer and be an excellent role model to the young men on our team. If Bernie did not actually tell you what he is going through, you may not even know. His ability to withstand such a heavy hit to his career, finances and reputation while still serving in his role as a volunteer coach shows a level of character and perseverance that is highly commendable.

My hope is Bernie is provided some level of leniency in this matter, and I am certain that, no matter what happens, he will continue to be an excellent role model to the young men of our team.

Thank you for taking the time to read and contemplate this statement, your time and consideration are greatly appreciated.

Respectfully,

Mateo Medrano

mhmedrano@yahoo.com
415-336-2923

9/11/22

To: Judge Susan Illston

My name is Marty Murphy, and I am a 65-year-old retired Firefighter. I have surfed Ocean Beach and swam in The Bay for over 50 years.   I have known Bernie Curran for almost 50 years. He was in my brother's class at Saint Ignatius, a few years behind me and he attended Holy Name Grammar School where my mother was principal for 25 years.

Bernie as always been a great guy and an asset to the community.  He is one of the reasons I have been sober for 30 years.  His example and character were one of the biggest reasons that I joined AA.

He was very, very good to my son and wife while we were raising him.  He would always encourage my son Matt and that is one of the reasons Matt got into martial arts which was wonderful for him and later for the community, as he opened a martial arts studio catering to young kids.

Throughout the years surfing in The City, Bernie has always been a leader by example.  Always positive and stoked.  He has enjoyed a great reputation in the Irish Catholic community in the Sunset.  He has been looked up to by many for the help and friendship he readily gives to others.

I have discussed with Bernie the situation he is going through.  He acknowledges that his reputation has been damaged; he is remorseful regarding his situation.  However, and I feel this is what speaks to his character, he is more concerned about how this might affect his ability to help others.  This is the kind of guy he is: kind, generous and thoughtful of others.

Over the years Bernie has sponsored many alcoholics in AA.  This means spending hours and hours taking guys through the book and the steps, talking to them and taking them to meetings. I have personally witnessed numerous guys from the sunset get sober because of Bernie and go on to lead productive lives in the community.

After talking to Bernie, I know he has learned his lesson.  I also know he has suffered a great deal and is remorseful regarding his conduct.  Not my call but if ever there was a person that deserved mercy, it is Bernie.

Sincerely,
Marty Murphy



580 California Street, Suite 1100
San Francisco, CA 94104
Telephone 415.788.1900
www.mpbf.com

September 14, 2022

Dear Judge Susan Illston:

I am writing on the behalf of my dear friend Bernie Curran. I have known Bernie for over twenty-eight years; we are very close, intimate friends. I was there for every milestone event in his life; meeting Una; getting married; having his children Siofra and Mike; losing his father; leaving his construction business and starting his job with the city building department; separation with Una; getting and beating cancer; financial struggles with taking care of Una and putting the kids through private school.

I feel I can say I am one of Bernie's closest, personal friends and we have seen each other through both difficult and prosperous times. My wife (of 29 years) Jamie Myrold and I have been fortunate to have wonderful careers in Technology. She a VP of Design at Adobe for 17 years and now with Apple for almost 2 years. I on the systems engineering / cloud business automation. We have shared a common spiritual path with Bernie and both families have been there for each other over the years.

Bernie is one of the most honest and trustworthy persons I know. I have and will continue to trust him whole heartedly because he says what he means, does not lie and keeps every promise he makes. When he makes a mistake, he owns up to it and holds himself accountable never blaming others or being a victim of circumstance. He always holds himself accountable first even if others are to blame; he will only focus on his contributing actions.

I remember one time I met him for lunch in Sunset District and I walked him back to his truck and there was a box of gifts in his front seat; flowers for his wife and a few bottles and fancy snacks – basically a care package from a General Contractor. Bernie looked at me, shrugged and smiled and then picked up the box and placed it on the sidewalk and left it there. He looked at me and said, you do not know how many times these guys try to get on my good side, I just have to politely decline and if they don't stop, I usually have to let them know I will have to report it and then they stop. Bernie is a straight shooter and I have experienced this first-hand multiple times. When I heard about the accusations of bribery I actually had to laugh, because I know that would never, ever be Bernie.

I know Bernie told on himself for something he was not even being investigated for, this is how he is in terms of being honest. If he did something wrong, he will admit it, if he did not, he will deny it whole heartedly. He has solid integrity which is becoming more and more rare today.

When Bernie and I first met he was already clean and sober and he has kept his sobriety this whole time. When he puts his mind and heart to something it is forever! He has had his share of ups and downs and has had an excuse or two to start drinking but Bernie did not. During his separation with Una, he did not finalize the divorce because he wanted to be able to

take care of her and provide her with benefits. It would have been much easier to just finalize the divorce and let her fend for herself, but that is not how Bernie is built, he has to care for others. I think he is one of the most chivalrous persons I know, always putting others needs before his own. He picks people up, is always for the underdog and teaches his children – including my own son, right from wrong and how to work hard.

We have worked on many volunteer projects for a handful of non-profit organizations we help. Our close group of friends all share the same commitment to volunteering and service. We all have children close in age, and have included them in our community services. All the Kids lovingly refer to Bernie as "Uncle Softie". Big, strong Bernie would hang out with the kids after a long day of volunteer work and watch corny Bollywood movies and all the kids would just love hanging out with him because of his kind heart and infectious laugh.

I bet if you interviewed 500 people who knew Bernie – all 500 would have nothing but good things to say about him – that is a rare thing these days.

He lost his job with the city, and instead of being overwhelmed and give up, he has put his tool belt back on and is now running a large remodel job in South Bay. The General Contractor that hired him stays up in Norther California and basically has left the entire responsibility of the job, the crew, the subs in Bernie's hands. Bernie does not just fulfill the role of Forman, he also client faces with the owner of the home, ensuring communication is open, and progress and expectations are managed. People just trust Bernie; they know they can rely on him to take care of things.

In terms of the mistakes, he has made as it relates to this case – I know he is absolutely ashamed of the things he has acknowledged doing. This investigation has gone on for a long time and he endured blame and false reporting from the media and he has not lost his faith, rather keeps his head down, works hard and grasps to his spiritual beliefs and faith in God and remains steadfast to face whatever is handed his way. We have had several conversations and it continues to impress me that he continues to show gratitude for the life he has had and his desire to pay his dues and move on the best he can.

We are requesting you sentence Bernie to the lowest sentence possible because we are confident this will not happen again. Thank you for taking the time to read and contemplate this letter, your time and consideration are greatly appreciated.

Very truly yours,

Erik Myrold
emyrold@me.com
(773) 750-7597

September 7, 2022

Re: Bernie Curran

Dear Judge Susan Illston:

I am writing in behalf of my good and lifelong friend Bernie Curran. Shortly after Bernie joined the carpenters union (after hearing stories that compelled me) I followed his footsteps, we both became journeymen carpenters. I have known Bernie for nearly fifty years and is my oldest friend, growing up in the Sunset in San Francisco together.

I have traveled on many surf trips with Bernie, Costa Rica, Nicaragua, and Mexico, no matter where we are its in Bernies' nature to talk to everyone, strangers and local people, and it is evident that he is friend maker. People are amazed to hear his story about his battle with stage four melanoma, the courage and resiliency of his survival. Bernie never gave up a fight. Bernie always one to lend a hand....we were in Puta de Mita Mexico when a local was having great difficulty backing his trailer containing a freshly repaired fishing boat into a narrow key hole path down to the harbor. Bernie stopped and help the local back the trailer into a sliver of a road and into the harbor (which took over an hour). The local has been our friend ever since. Without Bernies help I feel the local would not have succeeded.

Bernie is the most unselfish man I know, giving endless amount of time to help others and his family. Bernie is a very devoted parent. Bernies number one job has always been to take care of his kids. His kids have never taken second place in his life, taking time to coach their teams, driving the teams hundreds of miles to sporting events, he is dedicated to other sports teams and volunteers his time training kids and rehabilitates their sport injuries.

Bernie is a great friend of mine, friends like him are not easy to come by these days. Bernie is well known in his community and is well liked by all. I know Bernie is ashamed and truly sorry, he feels he let his kids down, he has learned from his experience, and I know for certain that he will not to let it happen again. Thank you for taking the time to read this statement.

Respectfully,

Steve Nazzal

Stevenazzal@gmail.com

408 656 5784



February 1, 2023

<u>Via Email Only / U.S. Mail</u>

Re:     **Curran, Bernie**
        **Case No.:      3:21-cr-00453-VC-1**
        <u>**Our File No.:  XBCR.120355.1**</u>

AGM.4460768.docx

Re:  Bernie Curran

Dear Judge Susan Illston:

I am writing on the behalf of my great friend, Bernie Curran. I have known Bernie for nearly fifteen years and he is one of the most thoughtful and endearing people I have ever known.

Upon meeting Bernie when I was just in high school, I was immediately overcome with his compelling, grounded, and full-of-life sense of humor. From then and until we started coaching together this past season as volunteers, his personality and relentlessness to see younger kids better themselves hasn't changed. There are many stories that come to mind when I think about Bernie's positive effect on others. However, there is one story, in particular, I feel speaks volumes to the person he has always been.

Upon conclusion of one the practices at Galileo High School in San Francisco, Bernie was putting away some of the gear he used with the football players when one of the athletes approached him a bit dejected. He began to explain to Bernie that he had recently been diagnosed with a rare disorder called, "kyphosis," or the hunching and rounding of the spine. It had affected his confidence and self-esteem for years, often to the brinks of depression. At that point, he had had enough and saw Bernie as an outlet for hope. With Bernie's extensive knowledge in strength and wellness, he knew exactly how and where to address the issue. And as Bernie does, he empathized with the young man, and made a promise to work out with him before every practice, vowing to help strengthen his upper back, in effort to relieve the symptoms of the disorder. Upon hearing this offer, the young man's eyes glistened, and his smile was overwhelming. What was once a despondent adolescent without a path for hope moments before, was then an optimistic student-athlete with a vision when he walked away.  That's the man Bernie is – an altruist.

Bernie is a dear friend to me and my family. We have all seen him move forward with his life in a powerful way, always considerate of others, sharing his love with everyone he comes into contact with. I know he learned a good lesson through this process, one that he will never make again.  We are requesting you sentence Bernie to the lowest sentence possible because we are confident this will not happen again.

Thank you for taking the time to read and contemplate this statement, your time and consideration are greatly appreciated.

Respectfully,

Kevin O'Connor
Koconnor1234@gmail.com
650-863-7305

September 13, 2022

Dear Judge Susan Illston,

I am writing on behalf of my great friend Bernie Curran. I have known him for 47 years, and he is one of the most generous and unselfish people I know.

I am a San Francisco native, and a Father of 3 children. I have been working as a Plumber since 1980, and I have been a Plumbing & Fire Protection Contractor since 1987.

Bernie and I attended the same grammar school, and played sports together growing up. We would see each other from time to time on different job sites throughout San Francisco. Bernie and I cross paths throughout the year at sports games, restaurants, and religious gatherings.

Bernie has not discussed any of his legal allegations with me; I have learned through the newspaper about what is going on with his case. From a young age, Bernie always proved himself to have integrity. I feel that if Bernie made any wrong decisions in his role as an inspector, he did not do it for any selfish reason, but more so to help people out.

Bernie is a dear friend, a husband, and a son. We have all seen him move forward with his life in a powerful way, always considerate of others, sharing his love with everyone he comes into contact with. I know he learned a good lesson through this process, one that he will never make again. We are requesting you lower his sentence to the lowest possible, because we are confident this will not happen again.

Thank you for taking the time to read and contemplate this statement, your time and consideration are greatly appreciated.

Respectfully,
Thomas O'Connor

Dear Judge Susan Illston,


My name is Forrest Page. I am currently a student at Saint Mary's College of California.  I have known Bernie Curran for many years due to my involvement with the San Francisco Golden Gate Rugby Club (SFGG).  I really got to know Bernie well when I transitioned into the high school level of rugby at SFGG around six years ago.  When one enters a conversation with Bernie for the first time he makes you feel heard.  He is an excellent listener and advisor.  After just one conversation with him it is obvious that he is a loving person, speaks from the heart, and is passionate about his values.  Everybody loves Bernie, it's his smile, his good character, positive attitude, humor, and ability to be there for you when you need it.  Bernie runs the strength and conditioning, along with being a trainer and recovery coach for the San Francisco Golden Gate Highschool Rugby Club (SFGG).  If you are not familiar with SFGG it is a non profit rugby club that relies mainly on volunteers to stay running which allows kids and men to get together for a greater cause and most importantly stay out of trouble.  Bernie Curran is one of those dedicated volunteers who has proven to be there rain or shine for kids that don't have many other places to go.  I have played with Bernie's son Mike at SFGG for many years and despite Mike graduating and moving on to a higher level of rugby Bernie continues to volunteer and coach at SFGG.  This shows his true dedication to helping the community and the kids. It is rare to find someone so dedicated to helping a community that they would utilize all of their free time away from work, in order to volunteer for highschool kids.    Many of the kids involved with SFGG rugby may not have many other positive role models, communities, or outlets in their life to be involved with.  It shows a lot about Bernie's strong character and good morals that he shows up every day for these kids as a positive male role model.  Not only does Bernie volunteer

at SFGG he also works with many underprivileged highschool kids at Balboa Highschool in San Francisco.  Bernie is able to connect with them on a different level than many teachers.  He keeps them motivated to do positive things in and out of school by helping them stay active and healthy in the gyms and on the field.  Without Bernie many highschoolers, athletes, and entire communities would be lacking such a powerful resource.  Taking Bernie away from the many communities that need him would not only do no good, it would cause harm to the kids that need his positive influence.  Bernie is an incredible person, mentor and citizen.  I have rarely seen him without a smile on his face.   Without his knowledge, persistence, strong mindset and extremely positive attitude endless communities would be lacking in all the amazing traits he has to offer.  Bernie has the kindest heart and the biggest smile.  He brings so much joy and humor to such a rough world.  Bernie attracts good people and gives good advice.  Without him many kids would be lost.

Sincerely,

Forrest Page


September 11, 2022

**Via Email Only / U.S. Mail**

<div style="margin-left:2em">

Re:    **Curran, Bernie**
        **Case No.:    3:21-cr-00453-VC-1**
        **Our File No.:  XBCR.120355.1**

</div>

AGM.4460768.docx
Re:  Bernie Curran

Dear Judge Susan Illston:

My name is Suzanne Panelli-Powell. I am a journeyman sheet metal worker with over 38 years in the construction trades and hold a bachelor's degree from San Francisco State University (Summa Cum Laude).  I am a native San Franciscan and have also raised two children in San Francisco.  I am writing on the behalf of my great friend Bernie Curran, who I have known for nearly 45 years. We grew up together in the same district and attended teen club together.  Our families see each other about once every month and he and I speak on the phone about every other week. Bernie keeps in touch with my adult children, who are now in college, and has been their mentor, helping them stay focused and loved, since they were in middle school.  He is one of the most upstanding individuals I have ever known.

Bernie and I have discussed the serious predicament he's in numerous times since he was charged and it has made him depressed, distressed and continually pondering what events led to these charges he's going to court for and which cost him his job.  These charges and the cruel unrelenting press, which seems to have decided he's guilty before being proven innocent, have humiliated him to the degree that he's oftentimes too embarrassed to see his friends and rarely leaves his house.  Since losing his City inspector job, he has had to make ends meet to continue to pay tuition for his two students who are in college and find health care to cover them.  He actually had no choice except to accept a job doing physical labor again, at 62 years of age, as a construction worker. He's survived major cancer once and I worry that the stress from this prolonged probe and trial may negatively impact his health. He is the main caretaker for his aged mother, who has advanced state of dementia and he treats her with the utmost, patience, love and respect.

I'm not aware of Bernie having any personal problems or being of bad moral character. He has always worked hard for anything he's achieved in life.  In his early twenties he spent years perfecting his boxing skills and was victorious at the Northern California Golden Gloves tournament.  His great generosity with his skills, time, help and mentoring, in his immediate community, has endeared him to both older and newer friends alike.  I suffer from a few physical

issues and Bernie has consistently helped me perform the required physical therapy, whenever I ask him for help.

He spends much of his free-time volunteering at high school strength and conditioning coaching and is a mentor to many young men.  I know for a fact that he's helped with the physical therapy of injured friends, supported friends going through chemotherapy and rehabilitation and comforted the family of close friends who've died.  He quit drinking alcohol over 30 years ago and mentors friends with both alcohol and drug problems as well.  His door is always open to his community who would suffer without his presence.  He helps, without question, because he is, and has always been, a very trusting and caring man.  I have never witnessed Bernie asking others for help in return.  He has spent most of his time raising his son and daughter to be upstanding, educated, and loving human beings. He doesn't feel he's committed any crimes, but, if he could go back in time, would not make the same choices that culminated in being indicted on federal criminal charges.

Bernie is a dear friend to me, my mother, my husband, my daughter and my son. We have all seen him continually be a valuable and productive man, always considerate of others, sharing his love with everyone he comes into contact with. I know he learned a good lesson through this process, and will henceforth remain hyper-cognizant to ensure that he is never again in this position.  I implore you to sentence Bernie to the lowest sentence possible because I am confident this will not happen again.

Thank you for allowing me to share this information with you. Your time and consideration are greatly appreciated.

Respectfully,

Suzanne Panelli-Powell
Panelli.powell@gmail.com
(415)731-9372



November 11, 2022

**Via Email Only / U.S. Mail**

> Re:   **Curran, Bernie**
> **Case No.:     3:21-cr-00453-VC-1**
> **Our File No.:  XBCR.120355.1**

AGM.4460768.docx
Re: Bernie Curran

Honorable Judge Illston:

My name is Dylan Powell. I am a full-time student, pursuing my Master of Finance degree at the University of California, Irvine, and hold a bachelor's degree from the University of California, Santa Cruz (Cum Laude). In addition to attending college, I also work part time for Berkeley Investment Advisors. I am a San Francisco native and have known Bernie for over eight years. My mother introduced me to Bernie when I was in high school and we became good friends; we both trained Jiu Jitsu at the same academy. Bernie has always made himself available to me, especially when I have problems in school or life. Bernie has been like a second father figure as well as a caring mentor. In past years he always invited our family to join his family on vacations, which brought our families close together. Bernie is an honorable man, who drops whatever he is doing to help me, even if he is swamped and stressed. A few years ago he made time, in his busy schedule, to help me rehabilitate my knee, which was injured in a cycling accident. When I was trying to get back into physical shape, Bernie consistently trained and coached me for nearly a year. His caring and concern even went as far as him bringing me special herbal teas, that would quickly get me back on my feet, when I got sick. I know first-hand that he is also a great and loving father to his two terrific children, ensuring they go to decent schools and get academic support when they need it, to improve their chances of future success.

Recently my grandmother had significant pain in her deteriorating spine that radiated into her arm and immobilized her to remain in bed most of the time, for over three months, causing her major depression. In addition to phoning my grandmother often to converse with her, Bernie also offered to take her to her doctor's appointments when no one else could. I'm aware that Bernie is also the main caretaker for his aging mother, who has advanced dementia. He has given so much of his time and energy to help my family and has never asked me for anything in return. He is a very giving person who values helping others often.

Although I haven't spoken to him about the charges against him and why he is going to court, I've noticed that he seems depressed and anxiety-ridden often, since being charged and since leaving the job he truly enjoyed at the San Francisco Building Department. Both experiences are negatively impacting his life. I know that he is a cancer survivor and I worry that this predicament has already negatively impacted his health and well-being. In speaking with him, I know that he dwells on the importance of this case, feels strongly he is not a criminal, and moving forward will be very aware of work, or other, situations that could compromise his life, reputation and people's opinion of him, in any way. If he must be given a sentence, please give him the lightest sentence possible because of all the grief and loss he's already experienced from this case and because of how valuable and wonderfully-supportive he is to both me, my entire family and everyone else in our community that I've witnessed and continue to witness him helping. Thank you for allowing me the opportunity to write this letter on behalf of Bernie Curran and for considering leniency in imposing any criminal sentence.

Respectfully yours,

*Dylan Powell*

Dylan Powell
Powelldl@uci.edu
(415)716-7283



October 21, 2022

<u>**Via Email Only/ U.S Mail**</u>

>       Re:     **Curran, Bernie**
>               **Case No.:       3:21-cr-00453-VC-1**
>               <u>**Our File No.: XBCR.120355.1**</u>

AGM.4460768.docx
Re: Bernie Curran

Dear Honorable Judge Susan Illston:


     My name is Kyra Powell. I was born and raised in San Francisco and have attended school here all my life. I am a twenty-one-year-old full-time student completing my Associate in Art for Transfer in Business at City College of San Francisco. I work part-time at a local bar and teach dance classes weekly at a local dance studio. I am writing on behalf of Bernie Curran. Bernie is the father of one of my best friends, the partner of my aunt, and a dear friend to me and my family. I've known Bernie since I was about twelve years old and have never questioned his character or moral compass. He is a significant person in my life and someone I have always looked up to as a father figure and sought out for guidance.

     Bernie has always invited me on family ski trips, surf trips, holiday events, and dinners. These last few years have been very challenging for me, and Bernie has been kind enough to make space in his life to help me through them. He has mentored me through life challenges, work difficulties, the importance of my education, exercise plans, and meditation tools that have significantly helped me in my daily life. On days when I was crippled with anxiety, Bernie went out of his way to take me surfing or guide me through meditation. For the last year and a half, I would talk to Bernie weekly, or, have dinner with him every few weeks. Lately, I message him once a month and have been trying to give him space, because I've noticed how exhausted and overwhelmed he has become in recent months, and I didn't want to burden him more. He is the most positive, non-judgmental and keenly alive person I've ever known, but that light has significantly dimmed since charges were filed against him in this case.

     I don't know much regarding the charges against him, or, this case, but after reading a pre-trial news article about him, I am quite upset with how journalists, who do not know him, have written so critically about him and slandered his character. When I speak with Bernie, he confides in me that this ongoing case has affected most of his daily life, thoughts, spirit and some friendships. After leaving his job with the San Francisco Building Department, he had to accept a job that seems too physically demanding for someone his age and with his health history, but he has been left no other choice to continue taking care of his family. He has survived cancer that's

maimed his body, the physical complications resulting from it, and is very proud of his decades-long sobriety and being a sponsor to others needing his support.

I worry that his strenuous new construction laborer job and depression over this court case, are taking a toll on his physical and mental health and his ability to continue helping all the people that regularly rely on him for patient and respectful support: most importantly his two children and his mother who has advanced dementia. His two children attend college and rely solely on him for support.  Growing up with his kids, I've witnessed him help his son overcome personal challenges and blossom into a confident and fine young man and seen how he has strived to empower his daughter through an equally strong bond, encouraging her to pursue her dream of attaining a law degree. Bernie spends every ounce of effort to teach his son and daughter to believe in themselves.

He has a unique role as a mentor in the lives of children, youth, octogenarians and everyone in-between, whether or not his own family.  I have never seen him ask anyone for anything except to ask my mom to bring him her famous fresh cranberry mold for Thanksgiving.  He is the kindest, most selfless, hardworking person, I have ever known in my community and I am honored to be his friend. It is my hope that if he must be sentenced you take all this important information into consideration for a lenient sentence, knowing that the lives of so many decent people might deteriorate without him. I am available to talk if any further information is needed.

Sincerely yours,

Kyra Powell
Kyrapowell2012@gamil.com
(415) 786-6967

# EILEEN D. RODDY

2163 – 26th Avenue
San Francisco, California 94116
(415) 665-6171
eileendroddy@gmail.com

September 16, 2022

AGM 4460768.docx
Re: Bernie Curran

Dear Judge Illston:

I've known Bernie Curran almost my entire life having attended grammar school with him in the Sunset District of San Francisco. We had something in common: we both suffered a disability. Mine was that my parents were blind. His was that he had flaming red hair and tons of freckles. The friendships forged in elementary school are ones that we return to throughout our lives and our friendship with Bernie has done that.

When Bernie was diagnosed with cancer, he met that illness with resolve and an unbelievable positivity. He spoke only of what he was doing to battle the disease and never about what it was doing to him. My husband, also a classmate of Bernie's, was diagnosed with leukemia a few years later. Bernie was one of the first to reach out to us and offer help. When my husband died, Bernie was in contact with me immediately, offering prayers and assistance with anything I might need. Having endured the loss of his brother at an early age, Bernie was easy to speak with and I appreciated his candor and support.

While I am aware of the issues that Bernie is dealing with, they don't seem to fit with the Bernie that I know. I have never known Bernie to be involved with anything other than activities that benefit many. When I organized a class reunion, Bernie was the first one to jump in not only contacting classmates but making a donation to the event. Bernie mentions his children often, speaking of the schools they're attending and the activities they're involved in. When possible, Bernie has coached their teams, always providing that same gusto and positivity we've always known as his way. When a neighbor proposed a large construction project next to our home, we asked Bernie for any advice he could offer. He informed us of the process and the departments in the City that would be involved and encouraged us to reach out to them for guidance. He acted in an extremely professional manner.

As we travel this path we call life, we encounter adversity. It's what we do with that adversity that is the real test. I know Bernie will use this experience to further his resolve to move forward and past this incident while continuing to be the upstanding guy that we know and love.

Thank you for reading this. Your consideration for a light sentence is greatly appreciated.

Respectfully,

Eileen Roddy

Dear Judge Susan Illston:

My name is James Shannon. I am writing this letter on behalf of my friend and current employee, Bernard Curran.

My understanding is he is appearing before you in Court to enter into a plea agreement as a result of an investigation of the San Francisco Department of Building Inspection. That is the extent of my knowledge as far as the legal aspect, but what I would like to convey to the Court is my knowledge of Bernie as a person.

I have known Bernie for close to 30 years. I have come to know him as someone who puts others before himself. In addition to always working full-time to provide for his family and put his two children through college, he coaches young athletes and mentors adults. He is the first person to offer help to a friend in need. In my case, when I was struggling through a difficult divorce, Bernie opened his home to me and allowed me to stay there while I figured out new living arrangements.

Over the past 18 months I have observed the toll that the investigations and resulting legal cases have had on Bernie. He has struggled both mentally and financially. Above all Bernie has struggled with the deep disappointment of his friends and family, most importantly his two adult children.

I understand the Court is bound by sentencing guidelines. It is my hope the Court recognizes Bernie's value to the community and his history of service to others and allows those attributes to influence the Court's decision on sentencing.

Thank you for your time and consideration.

*James Shannon*

James Shannon
650.771.0985
sierrasherpas@gmail.com

William Sheppard
2000 Post Street #261
San Francisco, CA 94115
October 6, 2022

Re:   Curran, Bernie
       Case No:  3:21-cr-00453-VC-1

Dear Judge Susan Illston:

My name is William Sheppard. I live in San Francisco and I am currently self employed as a Personal Coach and Writer. I own and maintain the website The Wrektangle.com.

I am writing on behalf of my close friend Bernie Curran. I have known and been friends with Bernie for over fifty years. We grew up together in the Sunset District of San Francisco and attended Holy Name Grammar School and Saint Ignatius College Preparatory. We have played on the same soccer teams and we both have worked in and around the construction industry for most of our lives.

It is not often that you get a chance to stand up for a friend who has found some trouble. I consider this a golden opportunity for me to bring the concept of friendship out of the abstract and into the concrete. I can think of no person more deserving of my loyalty in their time of need than Bernie. Growing up and throughout my life he has always been there for me and I now relish the opportunity to be there for him.

I would like to start by saying that I do not know the specifics of the trouble that Bernie is in other than it is related to his work as a building inspector. So I have no statement to make regarding his legal circumstances; however I have extensive knowledge of Bernie's character. Bernie has always been a person who is loyal to those he cares for and giving to those who need help. He has a very strong work ethic and a magnetic personality that draws many to him. He has been an inspiration and guiding force for many young men through his involvement with the sport of rugby. He is a strongly committed father and a mentor to many who have battled and subsequently conquered drug and alcohol addictions.

In regard to his recent troubles, I am sure he would freely admit that they are of his own doing and I know that he feels deep regret. He realizes that his character did not completely hold up when immersed in, what has been described and proven through court proceedings to be an environment filled with many forms of corruption from top to bottom. He also is aware that there are consequences for his inability to stay free of the corrosive nature of that environment. But along with regret and the accompanying remorse I know that he feels a sense of relief that it is over. That now that this singular demon has been exercised from his life he will be free to return to being the complete man that he fundamentally is; an honest man of strong character who cares for others and is motivated by his strong sense of empathy to help all who need his assistance.

I have never been asked to write a statement like this and so I can only hope that I have been able to shed some light on the true character of Bernie. But just to be clear, this is not a letter written by a friend who completes the task of favorably embellished description in the safety of relative anonymity. On the contrary, I am willing to come speak to anyone regarding my friend Bernie. If there are questions that you have or you feel a need to hear specifics regarding Bernie please feel free to contact me.

Thank you for taking the time to read and contemplate this statement, your time and consideration are greatly appreciated.

Respectfully,
William Sheppard
7sheppard7@gmail.com
(415) 994-0567

October 9, 2022

Re: Curran, Bernie

Case No.: 3:21-cr-00543-VC-1


Dear Judge Susan Illston,

I am writing this letter on behalf of my dear friend Bernard Curran. I have known Bernie for approximately eight years. In that time, I have known Bernie to be one of the kindest, most generous and positive individuals in our San Francisco community.

I first met Bernie when he started coaching my son, Liam, for the Golden Gate Rugby Club while in middle school. Bernie volunteered his time during the week and on the weekends to work with, coach and mentor hundreds of young men over the years. I know he tried to instill a strong work ethic that centered on eating right, fitness, and team work. I saw Bernie welcome boys from all social-economic and ethnic groups and they all responded to his having a positive upbeat attitude. They all love Bernie.

On a personal note, in addition to coaching at the rugby club, Bernie also worked on the side to train and rehab my son after he suffered a serious injury. My wife, son and I will all be forever grateful to him. As a retired DEA Agent who spent over 26 years here in San Francisco, I would not write this letter for everyone, but I will for Bernie Curran. I think that much of him and his family. I have spoken with Bernie on several occasions about the charges in this case and I know he is truly remorseful. I have no doubt Bernie has learned his lesson and will come out of this as the same trusted and valued member of our San Francisco Community.

In closing, Your Honor, I know he is sorry for his crimes, he has the support of his family and friends and he will not repeat his offenses. I respectfully ask that you treat Bernie with leniency and grant him the lightest possible sentence in your power.


Respectfully Yours,

William F. Sicord

WFSicord@GMAIL.COM

415.680.0965

Edward Sweeney
206 Acadia St
San Francisco CA
415 359-3033

Sept 6, 2022
Re Curran
3:21-cr00453
VC 1

Dear Judge Susan Illston,

I am writing on the behalf of my friend Bernie Curran. I have known Bernie for his entire life as our fathers were good friends and were from the same area of CO. Donegal Ireland. My father was from a small island and Bernies Grandfather delivered the mail by boat from the mainland.

Bernie and I worked together at the Department of Building Inspection. I was the Deputy Director for 14 years at the Department. Bernie was a very good hard working employee. Bernie come to the DBI after recovering from stage 4 cancer. He was a licensed General Contractor specializing in mostly residential construction.

Bernie is a long time sober member of AA and is active helping young men and women try and overcome the scurge of substance abuse. Bernie has counseled my son Michael who is still battleing drugs and alcohol as I write this. Bernie has spoken to Michael money times, given him reading material and introduced him into the rooms of A.A. Bernie has been very helpfull to our family with advise on how to deal with a family member with substance abuse problems.

Bernie is a legend in the San Francisco Surfing community as he has surfed the Bay Areas breaks since he was in Grade School at Holy Names grammer school. He is a long time strength coach to countless young athlets in the

Bay Areas Rugby, Football and weight lifters. Bernies sub basement is know as "Bernie's house of Pain"

As I have written my relationship with Bernie is very long. Bernie Cannon has never been in any trouble with the law before and I am confident that Bernie will never again be involved with any mis deed. Bernie has lost his job and his reputation has suffered as a result. Bernie has learn a difficult lesson, one that he will never make again.

I am requesting that you sentence Bernie Cannon to the lowest possible sentence because I am certain that this will never happen again and that his children need Bernie to be at home for them.

Thank you for taking the time to read and consider this statement, your time and consideration are greatly appreciated.

Respectfully

Edward Sweeney
415 359-3033



Edward Sweeney
206 Acadia St.
San Francisco, CA

(415) 339-3033

September 6, 2022

Re Bernard Curran - 3:21-cr00453

Dear Judge Susan Illston,

I am writing on the behalf of my friend Bernie Curran. I have known Bernie for his entire life as our fathers were good friends and were from the same area of Co. Donegal Ireland. My father was from a small island and Bernie's Grandfather delivered the mail by boat from the mainland.

Bernie and I worked together at the Department of Building Inspection. I was the Deputy director for 14 years at the Department. Bernie was a very good hard-working employee. Bernie came to the DBI after recovering from stage 4 cancer. He was a licensed General Contractor specializing in mostly residential construction.

Bernie is a long-time sober member of AA and is active in helping young men and women try and overcome the scourge of substance abuse. Bernie consoled my son Michael who is still battling drugs and alcohol as I write this. Bernie has spoken to Michael many times, given him reading material and introduced him into the rooms of A.A. Bernie has been very helpful to our family with advice on how to deal with a family member with substance abuse problems.

Bernie is a legend in the San Francisco Surfing community as he has surfed the Bay Areas breaks since he was in Grade School as Holy Names grammar school. He is a long-time strength coach to countless young athletes in the Bay Areas, Rugby, Football and weightlifters. Bernie's sub-basement is known as "Bernie's house of Pain"

As I have written my relationship with Bernie is very long. Bernie Curran has never been in any trouble with the law before and I am confident that Bernie will never again be involved with misdeed. Bernie has lost his job and his reputation has suffered as a result. Bernie has learned a difficult lesson, one that he will never make again.

I am requesting that you sentence Bernie Curran to the lowest possible sentence because I am certain that this will never happen again and that his children need Bernie at home for them.

Thank you for taking the time to read and consider this statement, your time and consideration are greatly appreciated.

<div align="right">
Respectfully,
Edward Sweeney
415 359 3033
</div>

CLW.4464139.docx



Fred Velasquez | Balboa High School | (415) 469-4090 Ext. 3232
Head Football Coach | 1000 Cayuga Avenue | (415) 469-0859 Fax
| San Francisco, CA 94112 |

November 2, 2022

To Whom It May Concern:

I am writing in regards to Coach Bernie Curan. I met Coach Bernie in 2016 at Riordan High School where I coached his son on the Freshman football team. Since then, we have been working together off and on in the community. Coach Bernie and I have collaborated in Football, Rugby, and personal training. In addition, Coach Bernie has been active with different communities in the City of San Francisco, including Riordan High School's greater student-athlete community as well as the San Francisco Golden Gate Rugby teams, helping with the Balboa Football Program. Coach has been faithfully working with the student athletes, teaching them the proper way to stretch, workout, and take care of their bodies to prevent injuries.

Coach Bernie Curan has been a great help to our program and the Athletes really respect him. The communities have been a better place with Coach Bernie devoting his time to help Student Athletes. I am grateful he has faithfully been at our practices helping our players. Please reach out to me if you have any other questions about this phenomenal human being.

Sincerely,


Fred L. Velasquez
Head Football Coach
coachvelasquez@gmail.com



September 8, 2022

<u>**Via Email Only / U.S. Mail**</u>

　　　　　**Re:** 　　**Curran, Bernie**
　　　　　**Case No.:** 　　**3:21-cr-00453-VC-1**
　　　　　<u>**Our File No.: XBCR.120355.1**</u>

AGM.4460768.docx
Re: Bernie Curran

Dear Judge Susan Illston:

　　I am writing on the behalf of my great friend Bernie Curran. I have known Bernie for more than three decades and he is one of the nicest and giving people I have ever known.

　　I share many great memories with Bernie in our Rugby community. One of them is having voluntarily coached High School Rugby together. Our passion for this sport is the foundation our friendship. We have coached together for 10 years and it has been an honor to work beside him.

　　Bernie is an integral part of our High School Rugby community. His involvement showed young athletes life skills and led by a positive example. He is one to inspire and illustrate good work ethic in all aspects of life. He taught the athletes to take care of themselves and had tremendous knowledge on fueling your body by proper nutrition and making sure rest days are vital for recovery and overall wellness.

　　Bernie has been a dear friend to myself, my wife Deborah, and our 4 children. He truly is one of a kind and will always put others first before himself. We hope after this that his life will resume back to normalcy because he is such a pillar in our community and the people in his life. My family and I are requesting that you sentence Bernie to the lowest sentence possible. He is an incredible human being. I'm confident that with this experience he will take this lesson and not let history repeat itself.

　　Thank you for taking the time to read and contemplate this statement, your time and consideration are greatly appreciated.

　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　Anthony Wells
　　　　　　　　　　　　tony@wellselectricalinc.org
　　　　　　　　　　　　415-819-8340



580 California Street, Suite 1100
San Francisco, CA 94104
Telephone 415.788.1900
www.mpbf.com

9/12/2022

<u>Via Email Only / U.S. Mail</u>

Re: **Curran, Bernie**
Case No.: **3:21-cr-00453-VC-1**
<u>Our File No.: XBCR.120355.1</u>

Dear Judge Susan Illston,

I am writing this letter on behalf of my dear friend, Bernie Curran. Bernie and I met over 20 years ago when I moved to San Francisco from New York. It was at a time of my life when I was trying to decide what I wanted to do as a career: I had graduated college completed my premeds and was a credentialled high school English teacher but wasn't sure if any of those professions suited me. At the time Bernie had a construction business and since I had some construction experience, he gave me a job. I worked for Bernie a couple years and because of his fair and honest demeanor a friendship formed that has lasted to this day. Bernie has one of the biggest hearts I've ever met and is one of those people who is not blind to the suffering of others, he always makes time for a kind word or to help anyone, including perfect strangers.

I went through very difficult times in 2010-12 when my wife was very ill and in bed 24/7 for the better part of two years straight. Bernie was always there with whatever I needed, always bringing a smile and laughter to my kids and me.

When I was traveling for work in June of 2021, I got a call from a friend of mine who was threatening suicide; Bernie was the first person I thought of to intercede. I called Bernie immediately while keeping my other friend on the phone. It was 10pm and despite already being, in bed Bernie raced to that person's house and successfully "talked them off the ledge," staying there until a family member arrived later that night. No complaints and no questions.

I share those two examples in an attempt to describe the character of the person I know very well and is now going through a tough time of his own. Bernie is a strong, straightforward, honest man that would never intentionally hurt or cheat another person. In fact, I know that his creed is to live a life of service to others, and he prides himself on his hard work. Bernie is a worker and a doer and from what I've seen in over two decades of being close to him, he has worked very hard in life and never expected anyone just to give him anything. Knowing what kind of person Bernie Curran is, it has pained me to watch him suffer for the last couple years as this has hung over him. I can only hope that I have conveyed this well and convincingly enough here and that you see Bernie for the good person he truly is.

Very truly yours,

Rick Wilson
rick.wilson@cbre.com
415.786.7611

Dear Judge Susan Illston:

I am writing you to share some opinions of and examples of the person my good friend Bernie Curran. I have had the pleasure of knowing Bernie for approximately 40 years. Knowing Bernie for all these years I have unfortunately witnessed him deal with many of life's hardships that people have to deal with. Bernie lost family members way too soon including two younger siblings. Bernie's love for his family and friends, strength and faith were inspirational and comforting to all during these sad times. I will never forget Bernie's concerns for the mourners letting them know that he and his family were going to be OK and the lost family members were not suffering anymore and in a better place. Bernie comforted everyone and tried to help lessen everyone's suffering.

I have watched and admired Bernie for the way he has dealt with other hardships in his life. Bernie has embraced sobriety for many years. Bernie is very active in the program and has helped countless people. I'm sure many would credit Bernie with helping save their lives. I watched Bernie battle cancer with courage and faith. Bernie fought hard and always kept a positive outlook so those around him didn't feel sorry for him. Unfortunately, years back, Bernie and his wife separated and divorced. Throughout this process Bernie's main concerns were for his children and ex-wife. His love and caring for them helped everyone thru these trying times. Bernie has a great relationship with his ex and his children have grown to be compassionate caring well adjusted young adults.

Bernie has touched so many lives with his generosity, caring and kindness. Bernie stands up for those who can't stand up for themselves always ready to lend a hand. Bernie is a selfless man who has a genuine concern and care for people. To know Bernie is to be his friend he is a friend to the friendless. Bernie has been such a positive example and influence in my life. I have been lucky to know Bernie for all these years and am proud to call him my friend.

Thank you for your time

Respectfully,

Robert Ziegler

rbziegler@yahoo.com

415-290-9753



580 California Street, Suite 1100
San Francisco, CA 94104
Telephone 415.788.1900
www.mpbf.com

September 7, 2022

**Re:** **Curran, Bernie**
**Case No.:** **3:21-cr-00453-VC-1**
<u>**Our File No.: XBCR.120355.1**</u>

Dear Judge Susan Illston,

    I have known Bernie Curran for over 10 years, and he is considered a member of my family, which I say proud fully. He puts his family at the top of his list, and has made raising his children, his top priority in life. He is proud of his work ethic and how hard he works, just ask him and he will tell you, I was surprised to hear about his case, as he has always been a solid man. Its for this reason, I am more than happy to write a letter of reference for Mr. Curran regarding this matter. I do understand the seriousness of this matter, however, I hope the court will show some leniency and give the lowest sentence possible.

    Bernie Curran has always been an upright character in my family, and has always been there for friends and family, especially for his children and their welfare. He does put friends and family before himself. He is consistently considerate of others, and willing to go the extra step to help them if they should need it. He has the biggest amount of love and laughter, that he shares with everyone he encounters, which is very rare to find these days. He is great mentor to all the children he coaches in soccer, football etc., and is looked up to.

    Unfortunately, he may have made some bad decisions resulting in this case. While I am surprised to hear of this, it does not surprise me that he accepts responsibility for his actions. I do believe that moving forward, he will emerge an even better person.

    It is my sincere hope that my letter is taken into consideration at the time of sentencing. Despite this case, I still truly believe that Bernie Curran is an outstanding individual, hardworking, loving father, as well as extraordinary human being.

Respectfully,

*Dianne Zinchini*

Dianne Zinchini
mrmoots@comcast.net
916-938-1221