PHILIP J. KEARNEY - 114978
　　PKearney@mpbf.com
THOMAS P. MAZZUCCO - 139758
　　TMazzucco@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, CA 94104-1001
Telephone:　(415) 788-1900
Facsimile:　(415) 393-8087

Attorneys for Defendant
BERNARD CURRAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BERNARD CURRAN,<br><br>　　　　Defendants. | Case No.: 3:21-cr-00453-SI<br><br>**DECLARATION OF BAY AREA BUILDERS OWNER JAMES SHANNON IN SUPPORT OF DEFENSE SENTENCING MEMORANDUM** |

I, James Shannon, declare:

1.　I am a general contractor and owner of Bay Area Builders, a construction company headquartered in Mendocino, California, that does business in the San Francisco Bay Area. I have been employed in the building trades in the United States since my emigration to this country in the 1980s. I began my career as a union carpenter in the State of New York before coming to California in 1993. Upon arrival in California, I continued to work as a carpenter until attaining my General Contractor's license in 1994. My license number is 685911.

2.　Since Mr. Bernard 'Bernie' Curran's resignation from the San Francisco Department of Building Inspections in 2020, he has been continuously employed full time by Bay Area Builders as a

- 1 -
DECLARATION OF BAY AREA BUILDERS OWNER JAMES SHANNON IN SUPPORT
OF DEFENSE SENTENCING MEMORANDUM

CASE NO.
3:21-CR-00453-SI-1

project manager for our projects located in the Bay Area. During a project, Mr. Curran is on-site daily supervising construction, managing subcontractors, consulting with property owners, and meeting, when necessary, with local officials and authorities. He is an integral part of my Team in the Bay Area and without him I could no longer take projects in this area.

2. Bay Area Builders is currently completing a project in Mendocino County and has paused operations in the Bay Area as Mr. Curran awaits sentencing. If Mr. Curran is allowed to continue to work for my Company, I have two prospective construction projects in the Bay Area with start dates in the Fall of 2023. One of these projects is a commercial project located in Alameda, California, with a contract value of approximately $850,000. The second is a residential project located in Redwood City, California, with a contract value of approximately $300,000. These two projects would provide employment for five full-time employees for a period of six to eight months. In addition, they would provide income and employment opportunities for a minimum of five subcontractors.

3. Beyond these two projects, I believe that with Mr. Curran in my employ, I could bid for new work that would keep him and his current crew employed in the foreseeable future. Mr. Curran is a trustworthy and extremely knowledgeable employee with exceptional interpersonal skills; a rare blend based on my experience. He works without complaint and keeps his team enthused and engaged. There is no one else that can manage the demands of complex job sites with me living and working in Mendocino.

4. Even more important than the critical role Mr. Curran assumes with Bay Area Builders is the one he plays in the community. His income continues to provide for his children, and his service to young student athletes and those fighting alcoholism and addiction is both important and well-chronicled.

//

5. Please contact me if I can provide more information to the Court. I have seen first-hand the shame, pain, and anguish this criminal case has already caused Mr. Curran. I believe a sentence that would allow him to continue to work and perform his other responsibilities would be just.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of July 2023 at Mendocino, California.

James Shannon
Bay Area Builders
P.O. Box 1593
Mendocino, CA. 95460
(650) 771-0985