| Exh. # | Performance Plan And Appraisal Report Year | Score Out of 3 |
|--------|--------------------------------------------|----------------|
| A | 2010-2011 | 2.75 |
| B | 2011-2012 | 2.7 |
| C | 2012-2013 | 2.7 |
| D | 2013-2014 | 2.8 |
| E | 2014 | 2.8 |
| F | 2015 | 2.8 |
| G | 2016 | 2.9 |
| H | 2017-2018 | 2.7 |
| I | 2018-2019 | 2.8 |

# EXHIBIT A



CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF HUMAN RESOURCES

# 2010

# Performance Plan and Appraisal Report

## I. EMPLOYEE IDENTIFICATION INFORMATION

| 1. LAST NAME, FIRST NAME, MIDDLE INITIAL | 2. JOB CODE NUMBER AND TITLE | 3. STATUS |
|---|---|---|
| Curran, Bernard | 6331 -- Building Inspector | ☒ Permanent (PCS) <br> ☐ Provisional (TPV) <br> ☐ Permanent Exempt (PEX) <br> ☐ Temporary Exempt (TEX) <br> ☐ Temporary Civil Service (TCS) <br> ☐ Limited Tenure (Restricted Use) (TLT) <br> ☐ Non Civil Service (Restricted Use) (NCS) |
| **4. WORK LOCATION & DIVISION** <br> Building Inspection Division <br> 1660 Mission Street, 3rd Floor <br> San Francisco, CA  94103 | **5. DEPARTMENT** <br> Department of Building Inspection | **6. REASON FOR REPORT** <br> ☒ Annual <br> ☐ Dept. Review Period <br> ☐ Probationary <br> ☐ Unscheduled |
| | **7. REVIEW PERIOD** <br> January 1 – December 31, 2010 | **8. PROBATION START AND END DATE** <br> N/A |

# II. PERFORMANCE PLAN – JOB DESCRIPTION

## REVIEW OF DUTIES & RESPONSIBILITIES BASED ON JOB DESCRIPTION

| | |
|---|---|
| 1. Reviews and approves plans, and performs inspections of permits for construction, alteration, demolition, excavation, and grading work. | **COMMENTS:** Mr. Curran is proficient in reviewing plans and performing inspections on a consistent basis. |
| 2. Responds to complaints of possible code violations, and prepares reports documenting actions taken during the investigation including notices of violations. | **COMMENTS.** Mr. Curran uses his experience and knowledge to properly investigate complaints and take the relevant action. |
| 3. Organizes and maintains extensive records related to inspections, complaint reports, violations and permits. | **COMMENTS:** Mr. Curran is very proficient at documenting his inspection records. He is consistent in submitting his reports in a timely manner. |
| 4. Responds to correspondence and communication from the public, other agencies.  Actively promotes conflict resolution. | **COMMENTS:** Mr. Curran understands the importance of responding to communication and correspondence.  He does an excellent job of resolving conflicts. |
| 5. Interacts and cooperates with other DBI Divisions, and City, State, and Federal Agencies.  Conducts inspections for Fire, Health, and Entertainment Commissions Permits. | **COMMENTS:** Mr. Curran is cooperative with other divisions and agencies in a competent manner. |
| 6. Performs enforcement activities to abate code violation including permit history research, case preparation, hearing representative. | **COMMENTS:** Mr. Curran demonstrates the ability to fully understand and document properly enforcement activities. |
| 7. Provides information to property owners, contractors, design professionals, elected officials, and representative neighborhood groups, in order to communicate code requirements, and necessary steps to resolve problems. | **COMMENTS:** Mr. Curran expresses professionalism when dealing with the public. |
| 8. Performs all of the above within Department Mandated time frames. | **COMMENTS:** Mr. Curran is able and is aware of the importance of performing his duties in department mandated time. |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# III. PERFORMANCE PLAN – KEY OBJECTIVES

| Department Goal #1: | |
|---|---|
| January 1, 2010 to December 31, 2010 | |
| 1. Provide higher levels of customer service to our stakeholders. | REVIEW OF PERFORMANCE: 2.75   Mr. Curran conducts all of his duties with a positive attitude. |
| 2. Provide consistent fair and timely inspection services to the public. | REVIEW OF PERFORMANCE: 2.75  Mr. Curran is punctual and he provides consistent and fair inspections. |

| Department Goal #2: | |
|---|---|
| January 1, 2010 to December 31, 2010 | |
| 1. Pursue and maintain additional training in Code Enforcement, computer skills, and customer service. | REVIEW OF PERFORMANCE: 2.75   Mr. Curran has attended all professional development training offered by the department. |
| 2. Implementation of key BPR Recommendations. | REVIEW OF PERFORMANCE: 2.75   Mr. Curran is agreeable to implementation of BPR recommendations as instructed by supervisory staff. |
| 3. Development, implementation, and communication of the updated Special Inspection Program. | REVIEW OF PERFORMANCE: 2.75   Mr. Curran advises DBI customers in regards to the Special Inspection Program. |
| 4. Maintain ICC Certification in required categories. Obtain ICC Certifications in additional categories. | REVIEW OF PERFORMANCE: 2.75   Mr. Curran maintains his required certifications and is encouraged to obtain additional certificates. |

| Departmental Goal #1: | |
|---|---|
| January 1 –December 31, 2011 | |
| 1. Statement of Incompatible Activities: Fully comply with the department's Statement of Incompatible Activities as approved by the Ethics Commission. Compliance includes, but is not limited to: Restrictions on Incompatible Activities; Restrictions on Use of City Resources, City Work-Product and Prestige; and Prohibition on Gifts for Assistance with City Services. | REVIEW OF PERFORMANCE: |
| 2. Use of City and County Property for Business Purposes Only: All City equipment, devices, and materials (i.e., photocopier, telephones, computers, vehicles, stationery, fax machines, etc.) must be used only for conducting City business. | REVIEW OF PERFORMANCE: |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

| | |
|---|---|
| **3. DSW Preparedness:** Take all necessary steps to prepare yourself for an emergency, in your capacity as a Disaster Service Workers; provide updated personal contact information to your department so that you can be contacted in the event of an emergency; report in and respond promptly to instructions by the City and/or your department in the event of an emergency; participate in any drills or emergency exercises as notified; and carry out disaster-related work assignments as required. | REVIEW OF PERFORMANCE: |
| **4. DSW Training:** Complete DSW and Personal Preparedness training.  Complete NIMS training as assigned. | REVIEW OF PERFORMANCE: |
| **5. Attendance:**  Regular and prompt attendance is an essential requirement of your job.  As such, all employees are to report to work at their scheduled work time. | REVIEW OF PERFORMANCE: |
| **6. Recording of Work Time:**  All employees are required to account for their daily time.  Time records are to accurately reflect the time you start to work and the amount of hours you work every work day. · | REVIEW OF PERFORMANCE: |
| **7. Customer Service:**   All employees are to acknowledge telephone calls and emails within one business day or as specified by deadlines.  When a response requires time exceeding this timeframe, there should be regular updates on the status and expected completion time of pending requests.  Further, all employees are to provide service and guidance to all customers with courtesy, respect, and dignity. | REVIEW OF PERFORMANCE: |
| **8. Office Ethics and Etiquette:**  All employees are to maintain the highest standards of professional ethics.  All employees are to treat one another with courtesy, respect and dignity. | REVIEW OF PERFORMANCE: |
| **9. Building Space and Work Space:**  All employees are to maintain clean, organized and professional work spaces.  All employees are to contribute to keeping meeting spaces, common spaces and public spaces clean and professional. | REVIEW OF PERFORMANCE: |

## Division Goal #2:

January 1, 2011 to December 31, 2011

| | |
|---|---|
| 1.  Provide higher levels of customer service to our stakeholders. | REVIEW OF PERFORMANCE: |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

| | |
|---|---|
| 2. Provide consistent fair and timely inspection services to the public. | **REVIEW OF PERFORMANCE:** |

**Division Goal #3:**
January 1, 2011 to December 31, 2011

| | |
|---|---|
| 1. Pursue and maintain additional training in Code Enforcement, computer skills, and customer service. | **REVIEW OF PERFORMANCE:** |
| 2. Implementation of key BPR Recommendations. | **REVIEW OF PERFORMANCE:** |
| 3. Development, implementation, and communication of the updated Special Inspection Program. | **REVIEW OF PERFORMANCE:** |
| 4. Maintain ICC Certification in required categories. Obtain ICC Certifications in additional categories. | **REVIEW OF PERFORMANCE:** |

# IV. APPRAISAL REPORT SUMMARY
## A. OVERALL PERFORMANCE RATING

The appraisal report on overall performance should include a consideration of all items in the Job Description, Departmental policies and procedures, and the Performance Plan's Key Objectives for the review period. Circle the appropriate number on the continuum.

| Did Not Meet Expectations | Met Expectations | Exceeded Expectations |
|---|---|---|
| Performance of job duties needs improvement; did not meet many or majority of objectives. | Performed job duties competently and effectively; met the objectives. (Meets Competent and Effective requirement) | Performed job duties with exceptional competence and effectiveness; exceeded the objectives. |
| 1 | 2                    2.75 | 3 |

## B. COMMENTS REGARDING OVERALL PERFORMANCE

- Mr. Curran is very enthusiastic about his duties as a district inspector and he is willing to assist his coworkers in other districts. Mr. Curran's paperwork is punctual and is accurate.

- Mr. Curran is punctual and he works well with others.

- Mr. Curran has a vast understanding of his job due to his experience as a licensed general contractor.

- Mr. Curran is encouraged to obtain additional certifications.

- Mr. Curran is highly regarded by his coworkers and is considered to be an asset to the Building Inspection Division.

## C. EMPLOYEE GUIDELINES -- PERFORMANCE PLAN AND APPRAISAL REPORT

1. Employee should review his/her employee organization's Memorandum of Understanding with the City and County of San Francisco for information that may add to or modify the following list of guidelines.

2. Employee has the right to read the Performance Plan and Appraisal Report.

3. Employee has the right to receive a copy of the Performance Plan and Appraisal Report.

4. Employee has the right to discuss the report with the Reporting Supervisor or Manager.

5. Employee has the right to attach a rebuttal to the Performance Appraisal Plan and Report. Unless otherwise provided in the collective bargaining agreement that applies to the employee's Job Code, the rebuttal must be presented within 5 working days of the report date. The rebuttal should only address the items presented in the report. The 5 days may be extended at the discretion of the Reviewer for up to 30 days.

6. Employee may request a conference, if requested, with the Reviewer (Reporter's supervisor or manager).

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# V. SIGNATURE PAGE

PERFORMANCE PLAN

## A. Performance Plan/Key Objectives Sign-Off

| 1. REVIEWER SIGNATURE | 2. REVIEW DATE 1/27/11 | |
|---|---|---|
| 3. SUPERVISOR SIGNATURE | 4. EMPLOYEE SIGNATURE | 5. MEETING DATE 1/26/11 |

## B. Mid-Period Performance Review Meeting

| 1. SUPERVISOR SIGNATURE | 2. EMPLOYEE SIGNATURE | 3. MEETING DATE |
|---|---|---|
| | | |

## PERFORMANCE APPRAISAL REPORT

### C. Reviewer's Certification

| 1.  NAME, WORK LOCATION<br>Daniel Lowrey<br>Department of Building Inspection<br>1660 Mission Street, 3rd Fl.<br>San Francisco, CA 94103 | 2. JOB CODE NUMBER AND TITLE<br>6334 – Chief Building Inspector | |
|---|---|---|
| 3. I CERTIFY THAT I HAVE REVIEWED THIS REPORT. (Signature) | | 5. DATE 1/27/11 |

### D. Reporting Supervisor/Manager

| 2.   NAME, WORK ADDRESS<br>Thomas Venizelos<br>Department of Building Inspection<br>1660 Mission Street, 3rd Fl.<br>San Francisco, CA  94103 | 2. JOB CODE NUMBER AND TITLE<br>6333 – Senior Bldg. Inspector | |
|---|---|---|
| 3. DATE OF CONFERENCE WITH EMPLOYEE 1·26·2011 | 4. SIGNATURE | 5. DATE 1·26·11 |

### E. Employee's Statement

| 1. ☒ I AGREE WITH THIS REPORT.<br>☐ I DO NOT AGREE WITH THIS REPORT: SECT._____ NO._____<br>☐ I HAVE ATTACHED A REBUTTAL.<br>☐ I HAVE ATTACHED A REBUTTAL AND REQUEST A CONFERENCE WITH THE REVIEWER. | 2. CONFERENCE DATE 1-26-11 |
|---|---|
| | 3. SIGNATURE CERTIFIES I HAVE READ THE REPORT<br>☐ DECLINED TO SIGN.   DATE: 1-26-11 |

# EXHIBIT B



CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF HUMAN RESOURCES

# 2011

# Performance Plan
# and
# Appraisal Report

## I. EMPLOYEE IDENTIFICATION INFORMATION

| 1. LAST NAME, FIRST NAME, MIDDLE INITIAL | 2. JOB CODE NUMBER AND TITLE | 3. STATUS |
|---|---|---|
| Curran Bernie | 6331 – Building Inspection | ☒ Permanent (PCS)<br>☐ Provisional (TPV)<br>☐ Permanent Exempt (PEX)<br>☐ Temporary Exempt (TEX)<br>☐ Temporary Civil Service (TCS)<br>☐ Limited Tenure (Restricted Use) (TLT)<br>☐ Non Civil Service (Restricted Use) (NCS) |
| 4. WORK LOCATION & DIVISION<br><br>Building Inspection Division<br>1660 Mission Street, 3rd Floor<br>San Francisco, CA  94103 | 5. DEPARTMENT<br><br>Department of Building Inspection | 6. REASON FOR REPORT<br>☒ Annual<br>☐ Dept. Review Period<br>☐ Probationary<br>☐ Unscheduled |
| | 7. REVIEW PERIOD<br>Jan. 1, 2011 – Dec. 31, 2011 | 8. PROBATION START AND END DATE<br>N/A |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

## II. PERFORMANCE PLAN – JOB DESCRIPTION

### REVIEW OF DUTIES & RESPONSIBILITIES BASED ON JOB DESCRIPTION

FUNCTIONAL/WORKING TITLE:   6331 -- Building Inspector
January 1, 2011 to December 31, 2011

| | |
|---|---|
| 1. Reviews and approves plans.  Performs inspections of permits for construction, alteration, demolition, excavation and grading work. | COMMENTS: Bernie  consistently inspects buildings in a very professional and thorough manner |
| 2. Responds to complaint of possible code violations and prepares reports documenting actions taken during the investigation including notices of violations and correction notices. | COMMENTS: Bernie is very thorough while investigating complaints .While also understanding the difficult situations that this type of work can create. |
| 3. Organizes and maintains extensive records related to inspections, complaints, violations and building permits. | COMMENTS: Bernie record keeping related to inspections have improved greatly and he documents complaint and violations in a clear manner. |
| 4. Responds to correspondence and communication from the public and other agencies.  Actively promotes conflict resolution. | COMMENTS: Bernie provides excellent communication to other agencies. His calm demeanor when dealing with people is to be admired. |
| 5. Interacts and cooperates with other DBI Divisions, City, State, and Federal Agencies.  Conducts inspections for Condo Conversion, fire damage and complaint investigation. | COMMENTS: Bernie co-operates fully with other divisions and agencies and is aware of the important task. He also interacts very well with other inspection |
| 6. Performs enforcement activities to abate code violation including permit history research. | COMMENTS: Bernie has shown that he is very capable of handling enforcement activities including permit history research. |
| 7. Provides information to property owners, contractors, design professionals, elected officials, and representative neighborhood groups.  This maintains communication of code requirements and the necessary steps to resolve problems. | COMMENTS: Bernie uses his knowledge and experience to help the public resolve code issues that arise on a daily basis. In this regard Bernie has a common sense approach which is very helpful in |
| 8. Performs all of the above within Department mandated time frames. | COMMENTS: Bernie is a very consistent building inspector who performs his duties in a very capable |
| 9. Statement of Incompatible Activities: Fully comply with the department's Statement of Incompatible Activities as approved by the Ethics Commission. Compliance includes, but is not limited to: Restrictions on Incompatible Activities; Restrictions on Use of City Resources, City Work-Product and Prestige; and Prohibition on Gifts for Assistance with City Services. | COMMENTS: Bernie is very mindful of and compliant with the ethics requirements. |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

| | |
|---|---|
| **10. Use of City and County Property for Business Purposes Only:** All City equipment, devices, and materials (i.e., photocopier, telephones, computers, vehicles, stationery, fax machines, etc.) must be used only for conducting City business. | **COMMENTS:** Mr. Curran fully complies with these requirements. |
| **11. DSW Preparedness:** Take all necessary steps to prepare yourself for an emergency, in your capacity as a Disaster Service Worker; provide updated personal contact information to your department so that you can be contacted in the event of an emergency; report in and respond promptly to instructions by the City and/or your department in the event of an emergency; participate in any drills or emergency exercises as notified; and carry out disaster-related work assignments as required. | **COMMENTS:** Bernie understands emergency response scenarios. Maintains Disaster Service Certification and promptly responds when contacted. |
| **12. DSW Training:** Complete DSW and Personal Preparedness training.  Complete NIMS training as assigned. | **COMMENTS:** Additional NIMS training can be pursued online. |
| **13. Attendance:** Regular and prompt attendance is required for your job. All planned absences must be requested and approved in advance. For illness, emergencies or other unplanned and unforeseeable absences, notify your supervisor as soon as possible, but no later than the beginning of the work day on the first day of the absence. | **COMMENTS:** Bernie is punctual and dependable. |
| **14. Compliance with all Departmental Rules, Policies and Procedures:** Fully comply with all rules, policies and procedures as defined by your Department. | **COMMENTS:** Inspector Curran follows all Departmental rules, policies and procedures. |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# III. PERFORMANCE PLAN – KEY OBJECTIVES

## Departmental Goal #1: (specify)
**January 1, 2012 to December 31, 2012**

| | |
|---|---|
| 1. Provide higher levels of customer service to our stakeholders. | **REVIEW OF PERFORMANCE:** |
| 2. Provide consistent fair and timely inspection services to the public. | **REVIEW OF PERFORMANCE:** |

## Departmental Goal #2: (specify)
**January 1, 2012 to December 31, 2012**

| | |
|---|---|
| 1. Pursue and maintain additional training in Code Enforcement, computer skills, and customer service. | **REVIEW OF PERFORMANCE:** |
| 2. Communicate and share skills with our less experienced inspectors. | **REVIEW OF PERFORMANCE:** |

## Departmental Goal #3: (specify)
**January 1, 2012 to December 31, 2012**

| | |
|---|---|
| 1. Development, implementation, and communication of the updated Special Inspection Program. | **REVIEW OF PERFORMANCE:** |
| 2. Maintain ICC Certification in required categories. Obtain ICC Certifications in additional categories. | **REVIEW OF PERFORMANCE:** |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# IV. APPRAISAL REPORT SUMMARY

## A. OVERALL PERFORMANCE RATING

The appraisal report on overall performance should include a consideration of all items in the Job Description, Departmental policies and procedures, and the Performance Plan's Key Objectives for the review period. Circle the appropriate number on the continuum.

| Did Not Meet Expectations | Met Expectations | Exceeded Expectations |
|---|---|---|
| Performance of job duties needs improvement; did not meet many or majority of objectives. | Performed job duties competently and effectively; met the objectives. (Meets Competent and Effective requirement) | Performed job duties with exceptional competence and effectiveness; exceeded the objectives. |
| 1 | 2          2.7 | 3 |

## B. COMMENTS REGARDING OVERALL PERFORMANCE

May be attachment.

A. Facts/Specific Performance Documentation:
- Bernie is prompt with daily activity reports.
- Bernie effectively researches code questions and issues with available resources.
- Bernie is experienced ,reliable and consistent Inspector
- Bernie is very thorough in researching his assignments and judgment calls.

B. Employee Strengths:
- Has a great desire to further his knowledge about the codes.
- Bernie displays a good knowledge of code requirements in the various types of construction .
- Bernie is an asset to the Department of Building Inspection.

C. Work Plan for Next Report Period:
- Continue with job related training.
- Obtain training in regards to Title 24 Energy Standards as applied to commercial and residential buildings.

D. Recommendations:  Take advantage of training opportunities.

## C. EMPLOYEE GUIDELINES -- PERFORMANCE PLAN AND APPRAISAL REPORT

1. Employee should review his/her employee organization's Memorandum of Understanding with the City and County of San Francisco for information that may add to or modify the following list of guidelines.
2. Employee has the right to read the Performance Plan and Appraisal Report.
3. Employee has the right to receive a copy of the Performance Plan and Appraisal Report.
4. Employee has the right to discuss the report with the Reporting Supervisor or Manager.
5. Employee has the right to attach a rebuttal to the Performance Appraisal Plan and Report. The rebuttal must be presented within 30 working days of the report date. The rebuttal should only address the items presented in the report.
6. Employee may request a conference, if requested, with the Reviewer (Reporter's supervisor or manager).

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# V. SIGNATURE PAGE

## PERFORMANCE PLAN

### A. Performance Plan/Key Objectives Sign-Off

| 1. REVIEWER SIGNATURE | 2. REVIEW DATE 1/31/12 | |
|---|---|---|
| 3. SUPERVISOR SIGNATURE *Joseph Duffy* | 4. EMPLOYEE SIGNATURE | 5. MEETING DATE 1/31/12 |

### B. Mid-Period Performance Review Meeting

| 1. SUPERVISOR SIGNATURE | 2. EMPLOYEE SIGNATURE | 3. MEETING DATE |
|---|---|---|
| | | |

## PERFORMANCE APPRAISAL REPORT

### C. Reviewer's Certification

| 1. NAME, WORK LOCATION Daniel Lowrey DBI/BID 1660 Mission Street, 3rd Floor San Francisco, CA 94103 | 2. JOB CODE NUMBER AND TITLE 6334 – Chief Bldg. Inspector | |
|---|---|---|
| 3. I CERTIFY THAT I HAVE REVIEWED THIS REPORT. (Signature) | | 5. DATE 1/31/12 |

### D. Reporting Supervisor/Manager

| 2. NAME, WORK ADDRESS *Joseph Duffy* | 2. JOB CODE NUMBER AND TITLE 6333 – Sr. Bldg. Inspector | |
|---|---|---|
| 3. DATE OF CONFERENCE WITH EMPLOYEE 1/31/12 | 4. SIGNATURE *Joseph Duffy* | 5. DATE 1/31/12 |

### E. Employee's Statement

| 1. ☑ I AGREE WITH THIS REPORT. ☐ I DO NOT AGREE WITH THIS REPORT: SECT._____ NO._____ ☐ I HAVE ATTACHED A REBUTTAL. ☐ I HAVE ATTACHED A REBUTTAL AND REQUEST A CONFERENCE WITH THE REVIEWER. | 2. CONFERENCE DATE 1-31-12 3. SIGNATURE CERTIFIES I HAVE READ THE REPORT ☐ DECLINED TO SIGN.   DATE: |
|---|---|

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# VI. EXPLANATIONS OF SECTIONS

I.  **EMPLOYEE IDENTIFICATION INFORMATION** — Basic information about the employee, his/her status, and the review period.

II. **PERFORMANCE PLAN: JOB DESCRIPTION** — A list of the duties and responsibilities based on the job description. Comments may include clarification of job description items, address mid-year progress, and appraise the performance of the duties and responsibilities. If appropriate, the job description may be a source of Key Objectives for the review period.

III. **PERFORMANCE PLAN: KEY OBJECTIVES** – Most important objectives for the review period and comments regarding the appraisal of the performance of the objectives.

IV. **APPRAISAL REPORT SUMMARY**

    **A. Overall Performance Rating** — Reporting Supervisor's/Manager's rating of the employee's overall performance over the appraisal review period.

    **B. Comments Regarding Overall Performance** — Narrative explanation of the rating of overall performance during the appraisal report review period.

- Demonstration of Dept values
- Overall Performance of Job Description
- Results of Performance Objectives
- Knowledge Of Job
- Employee's Strengths
- Achievements

- Attendance And Punctuality
- Quantity Of Work Performed
- Quality Of Work Performed
- Adaptability To The Work Situation

- Effectiveness Of Working With Others
- Use Of Materials And Equipment
- Safety
- Performance Plans

In addition to the areas above, the following areas may be addressed for supervisors/managers:

- Communication
- Directing and Motivating Staff

- Planning
- Training and Developing Staff

- Decision Making

    **C. Employee Guidelines** — Guidelines for employees regarding the Performance Plan and Appraisal Report.

V. **SIGNATURE PAGE**

    **A. Performance Plan/Key Objectives Sign-Off** — Signatures of the supervisor and the employee, the date they met to finalize the plan, the signature of the reviewer, and the date of the review.

    **B. Mid-Period Performance Review Meeting** — Signatures of the supervisor and the employee and the date they met to review progress on the plan.

    **C. Reviewer's Certification** — Information regarding the reviewer of the report. This is the person who directly supervises the reporting supervisor/manager.

    **D. Reporting Supervisor/Manager** –Information regarding the reporting supervisor/manager of the report. This is the person who directly supervises the employee's performance.

    **E. Employee's Statement** – Employee's opportunity to respond to the PPA Report using a checklist, signature and date. Signing the report only certifies that the employee has read it. It does not indicate, unless marked, that the employee agrees with the report.

VI. **EXPLANATION OF SECTIONS** — Basic information about what should be included in each section of the Performance Plan and Appraisal Report.

EXHIBIT C



CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF HUMAN RESOURCES

# 2012

# Performance Plan and Appraisal Report

## I. EMPLOYEE IDENTIFICATION INFORMATION

| 1. LAST NAME, FIRST NAME, MIDDLE INITIAL<br>Curran Bernie | 2. JOB CODE NUMBER AND TITLE<br><br>6331 – Building Inspection | 3. STATUS<br>☒ Permanent (PCS)<br>☐ Provisional (TPV)<br>☐ Permanent Exempt (PEX)<br>☐ Temporary Exempt (TEX)<br>☐ Temporary Civil Service (TCS)<br>☐ Limited Tenure (Restricted Use) (TLT)<br>☐ Non Civil Service (Restricted Use) (NCS) |
|---|---|---|
| 4. WORK LOCATION & DIVISION<br><br>Building Inspection Division<br>1660 Mission Street, 3rd Floor<br>San Francisco, CA  94103 | 5. DEPARTMENT<br><br>Department of Building Inspection | 6. REASON FOR REPORT<br>☒ Annual<br>☐ Dept. Review Period<br>☐ Probationary<br>☐ Unscheduled |
| | 7. REVIEW PERIOD<br>Jan. 1, 2012 – Dec. 31, 2012 | 8. PROBATION START AND END DATE<br>N/A |


POSTED
MA 2/8/13

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

## II. PERFORMANCE PLAN – JOB DESCRIPTION

REVIEW OF DUTIES & RESPONSIBILITIES BASED ON JOB DESCRIPTION

**FUNCTIONAL/WORKING TITLE:  6331 -- Building Inspector**

January 1, 2012 to December 31, 2012

| | |
|---|---|
| 1. Reviews and approves plans.  Performs inspections of permits for construction, alteration, demolition, excavation and grading work. | **COMMENTS:** Bernie  consistently inspects buildings in a very professional and thorough manner |
| 2. Responds to complaint of possible code violations and prepares reports documenting actions taken during the investigation including notices of violations and correction notices. | **COMMENTS:** Bernie is very thorough while investigating complaints .While also understanding the difficult situations that this type of work can create. |
| 3. Organizes and maintains extensive records related to inspections, complaints, violations and building permits. | **COMMENTS:** Bernie record keeping related to inspections have improved greatly and he documents complaint and violations in a clear manner. |
| 4. Responds to correspondence and communication from the public and other agencies.  Actively promotes conflict resolution. | **COMMENTS:** Bernie provides excellent communication to other agencies. His calm demeanor when dealing with people is to be admired. |
| 5. Interacts and cooperates with other DBI Divisions, City, State, and Federal Agencies.  Conducts inspections for Condo Conversion, fire damage and complaint investigation. | **COMMENTS:** Bernie co-operates fully with other divisions and agencies and is aware of the important task. He also interacts very well with other inspection |
| 6. Performs enforcement activities to abate code violation including permit history research. | **COMMENTS:** Bernie has shown that he is very capable of handling enforcement activities including permit history research. |
| 7. Provides information to property owners, contractors, design professionals, elected officials, and representative neighborhood groups.  This maintains communication of code requirements and the necessary steps to resolve problems. | **COMMENTS:** Bernie uses his knowledge and experience to help the public resolve code issues that arise on a daily basis. In this regard Bernie has a common sense approach which is very helpful in |
| 8. Performs all of the above within Department mandated time frames. | **COMMENTS:** Bernie is a very consistent building inspector who performs his duties in a very capable |
| 9. Statement of Incompatible Activities: Fully comply with the department's Statement of Incompatible Activities as approved by the Ethics Commission. Compliance includes, but is not limited to: Restrictions on Incompatible Activities; Restrictions on Use of City Resources, City Work-Product and Prestige; and Prohibition on Gifts for Assistance with City Services. | **COMMENTS:** Bernie is very mindful of and compliant with the ethics requirements. |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

| | |
|---|---|
| **10. Use of City and County Property for Business Purposes Only:** All City equipment, devices, and materials (i.e., photocopier, telephones, computers, vehicles, stationery, fax machines, etc.) must be used only for conducting City business. | **COMMENTS:** Mr. Curran fully complies with these requirements. |
| **11. DSW Preparedness:** Take all necessary steps to prepare yourself for an emergency, in your capacity as a Disaster Service Worker; provide updated personal contact information to your department so that you can be contacted in the event of an emergency; report in and respond promptly to instructions by the City and/or your department in the event of an emergency; participate in any drills or emergency exercises as notified; and carry out disaster-related work assignments as required. | **COMMENTS:** Bernie understands emergency response scenarios. Maintains Disaster Service Certification and promptly responds when contacted. |
| **12. DSW Training:** Complete DSW and Personal Preparedness training.  Complete NIMS training as assigned. | **COMMENTS:** Additional NIMS training can be pursued online. |
| **13. Attendance:** Regular and prompt attendance is required for your job. All planned absences must be requested and approved in advance. For illness, emergencies or other unplanned and unforeseeable absences, notify your supervisor as soon as possible, but no later than the beginning of the work day on the first day of the absence. | **COMMENTS:** Bernie is punctual and dependable. |
| **14. Compliance with all Departmental Rules, Policies and Procedures:** Fully comply with all rules, policies and procedures as defined by your Department. | **COMMENTS:** Inspector Curran follows all Departmental rules, policies and procedures. |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# III. PERFORMANCE PLAN – KEY OBJECTIVES

| Departmental Goal #1: (specify)<br>January 1, 2013 to December 31, 2013 | |
|---|---|
| 1.  Provide higher levels of customer service to our stakeholders. | REVIEW OF PERFORMANCE: |
| 2.  Provide consistent fair and timely inspection services to the public. | REVIEW OF PERFORMANCE: |

| Departmental Goal #2: (specify)<br>January 1, 2013 to December 31, 2013 | |
|---|---|
| 1.  Pursue and maintain additional training in Code Enforcement, computer skills, and customer service. | REVIEW OF PERFORMANCE: |
| 2.  Communicate and share skills with our less experienced inspectors. | REVIEW OF PERFORMANCE: |

| Departmental Goal #3: (specify)<br>January 1, 2013 to December 31, 2013 | |
|---|---|
| 1.  Development, implementation, and communication of the updated Special Inspection Program. | REVIEW OF PERFORMANCE: |
| 2.  Maintain ICC Certification in required categories. Obtain ICC Certifications in additional categories. | REVIEW OF PERFORMANCE: |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# IV. APPRAISAL REPORT SUMMARY

## A. OVERALL PERFORMANCE RATING

The appraisal report on overall performance should include a consideration of all items in the Job Description, Departmental policies and procedures, and the Performance Plan's Key Objectives for the review period. Circle the appropriate number on the continuum.

| Did Not Meet Expectations | Met Expectations | Exceeded Expectations |
|---|---|---|
| Performance of job duties needs improvement; did not meet many or majority of objectives. | Performed job duties competently and effectively; met the objectives. (Meets Competent and Effective requirement) | Performed job duties with exceptional competence and effectiveness; exceeded the objectives. |
| 1 | 2                    2.7 | 3 |

## B. COMMENTS REGARDING OVERALL PERFORMANCE

**May be attachment.**

A. Facts/Specific Performance Documentation:
- Bernie is prompt with daily activity reports.
- Bernie effectively researches code questions and issues with available resources.
- Bernie  is experienced ,reliable and consistent Inspector
- Bernie is very thorough in researching his assignments and judgment calls.

B. Employee Strengths:
- Has a great desire to further his knowledge about the codes.
- Bernie displays a good knowledge of code requirements in the various types of construction .
- Bernie  is an asset to the Department of Building Inspection.

C. Work Plan for Next Report Period:
- Continue with job related training.
- Obtain training in regards to Title 24 Energy Standards as applied to commercial and residential buildings.

D. Recommendations: Take advantage of training opportunities.

## C. EMPLOYEE GUIDELINES -- PERFORMANCE PLAN AND APPRAISAL REPORT

1. Employee should review his/her employee organization's Memorandum of Understanding with the City and County of San Francisco for information that may add to or modify the following list of guidelines.

2. Employee has the right to read the Performance Plan and Appraisal Report.

3. Employee has the right to receive a copy of the Performance Plan and Appraisal Report.

4. Employee has the right to discuss the report with the Reporting Supervisor or Manager.

5. Employee has the right to attach a rebuttal to the Performance Appraisal Plan and Report. The rebuttal must be presented within 30 working days of the report date. The rebuttal should only address the items presented in the report.

6. Employee may request a conference, if requested, with the Reviewer (Reporter's supervisor or manager).

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# V. SIGNATURE PAGE

## PERFORMANCE PLAN

### A. Performance Plan/Key Objectives Sign-Off

| 1. REVIEWER SIGNATURE | 2. REVIEW DATE | |
|---|---|---|
| 3. SUPERVISOR SIGNATURE | 4. EMPLOYEE SIGNATURE | 5. MEETING DATE 1/31/13 |

### B. Mid-Period Performance Review Meeting

| 1. SUPERVISOR SIGNATURE | 2. EMPLOYEE SIGNATURE | 3. MEETING DATE |
|---|---|---|
| | | |

## PERFORMANCE APPRAISAL REPORT

### C. Reviewer's Certification

| 1.   NAME, WORK LOCATION<br>Daniel Lowrey<br>DBI/BID<br>1660 Mission Street, 3rd Floor<br>San Francisco, CA  94103 | 2. JOB CODE NUMBER AND TITLE<br><br>0953 – Acting Deputy Director | |
|---|---|---|
| 3. I CERTIFY THAT I HAVE REVIEWED THIS REPORT. (Signature) | | 5. DATE 2/4/13 |

### D. Reporting Supervisor/Manager

| 2.   NAME, WORK ADDRESS<br>Joe Duffy<br>DBI/BID<br>1660 Mission St., 3rd Floor<br>San Francisco, CA  94103 | 2. JOB CODE NUMBER AND TITLE<br><br>6333 – Sr. Bldg. Inspector | |
|---|---|---|
| 3. DATE OR CONFERENCE WITH EMPLOYEE 1/13/13 | 4. SIGNATURE | 5. DATE 1/31/13 |

### E. Employee's Statement

| 1. ☒ I AGREE WITH THIS REPORT.<br>☐ I DO NOT AGREE WITH THIS REPORT: SECT.____ NO.____<br>☐ I HAVE ATTACHED A REBUTTAL.<br>☐ I HAVE ATTACHED A REBUTTAL AND REQUEST A CONFERENCE WITH THE REVIEWER. | 2. CONFERENCE DATE 1/31/13<br>3. SIGNATURE CERTIFIES I HAVE READ THE REPORT<br>☐ DECLINED TO SIGN   DATE: 1/31/13 |
|---|---|

EXHIBIT D



CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF HUMAN RESOURCES

# 2013

# Performance Plan
# and
# Appraisal Report

## I. EMPLOYEE IDENTIFICATION INFORMATION

| 1. LAST NAME, FIRST NAME, MIDDLE INITIAL<br><br>Curran, Bernie | 2. JOB CODE NUMBER AND TITLE<br><br>**6333 – Sr. Building Inspector** | 3. STATUS<br>☒ Permanent (PCS)<br>☐ Provisional (TPV)<br>☐ Permanent Exempt (PEX)<br>☐ Temporary Exempt (TEX)<br>☐ Temporary Civil Service (TCS)<br>☐ Limited Tenure (Restricted Use) (TLT)<br>☐ Non Civil Service (Restricted Use) (NCS) |
|---|---|---|
| 4. WORK LOCATION & DIVISION<br><br>**Building Inspection Division<br>1660 Mission Street, 3rd Floor<br>San Francisco, CA  94103** | 5. DEPARTMENT<br><br>**Department of Building Inspection** | 6. REASON FOR REPORT<br>☒ Annual<br>☐ Dept. Review Period<br>☐ Probationary<br>☐ Unscheduled |
| | 7. REVIEW PERIOD<br>* Jan. 1, 2013 – Dec. 31, 2013 | 8. PROBATION START AND END DATE<br>9/30/2013 to 3/28/2014 |



CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

## II. PERFORMANCE PLAN – JOB DESCRIPTION

REVIEW OF DUTIES & RESPONSIBILITIES BASED ON JOB DESCRIPTION

| FUNCTIONAL/WORKING TITLE:  6333 – Senior Building Inspector |
|---|
| **January 1, 2013 to December 31, 2013** |

| | |
|---|---|
| 1.  Reviews and approves plans.  Performs inspections of permits for construction, alteration, demolition, excavation and grading work. | **COMMENTS:** Demonstrates an exceptional level of skill, competency and professionalism. |
| 2.  Respond to complaint of possible code violations and prepares reports documenting actions taken during the investigation including notices of violations and correction notices. | **COMMENTS:** Thoroughly investigates and responds appropriately to all complaints. |
| 3.  Organizes and maintains extensive records related to inspections, complaints, violations and building permits. | **COMMENTS:** Documents, maintains and provides easy access to all records. |
| 4.  Responds to correspondence and communication from the public and other agencies.  Actively promotes conflict resolution. | **COMMENTS:** Actively promotes trust and respect with timely and accurate direction. |
| 5.  Interacts and cooperates with other DBI Divisions, City, State, and Federal Agencies.  Conducts inspections for condo conversion, fire damage and complaint investigation. | **COMMENTS:** Bernie has exceptional skills in communicating with other Departments and agencies. |
| 6.  Performs enforcement activities to abate code violation including permit history research. | **COMMENTS:** Documents and justifies all actions for resolution and update of Code Enforcement cases. |
| 7.  Provides information to property owners, contractors, design professionals, elected officials, and representative neighborhood groups.  Maintains communication of code requirements and the necessary steps to resolve problems. | **COMMENTS:** Mr. Curran is an experienced professional who finds resolution to problems. He is a very valuable asset to this Department. |
| 8.  Performs all of the above within Department mandated time frames. | **COMMENTS:** Demonstrates exceptional time management. |
| 9.  **Statement of Incompatible Activities:** Fully comply with the department's Statement of Incompatible Activities as approved by the Ethics Commission. Compliance includes, but is not limited to: Restrictions on Incompatible Activities; Restrictions on Use of City Resources, City Work-Product and Prestige; and Prohibition on Gifts for Assistance with City Services. | **COMMENTS:** Bernie is very mindful of and is compliant with the ethics requirements. |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

| | |
|---|---|
| **10. Use of City and County Property for Business Purposes Only:** All City equipment, devices, and materials (i.e., photocopier, telephones, computers, vehicles, stationery, fax machines, etc.) must be used only for conducting City business. | **COMMENTS:** Bernie complies with all these requirements. |
| **11. DSW Preparedness:** Take all necessary steps to prepare yourself for an emergency, in your capacity as a Disaster Service Worker; provide updated personal contact information to your department so that you can be contacted in the event of an emergency; report in and respond promptly to instructions by the City and/or your department in the event of an emergency; participate in any drills or emergency exercises as notified; and carry out disaster-related work assignments as required. | **COMMENTS:** He complies with the requirements relative to Emergency response scenarios. Mr. Curran promptly responds when contacted. |
| **12. DSW Training:** Complete DSW and Personal Preparedness training.  Complete NIMS training as assigned. | **COMMENTS:** Additional training for DSW, NIMS and Disaster Preparedness can be performed online. |
| **13. Attendance:** Regular and prompt attendance is required for your job. All planned absences must be requested and approved in advance. For illness, emergencies or other unplanned and unforeseeable absences, notify your supervisor as soon as possible, but no later than the beginning of the work day on the first day of the absence. | **COMMENTS:** Bernie is punctual and dependable. |
| **14. Compliance with all Departmental Rules, Policies and Procedures:** Fully comply with all rules, policies and procedures as defined by your Department. | **COMMENTS:** Senior Inspector Curran follows all Departmental rules, policies and procedures. |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# III. PERFORMANCE PLAN – KEY OBJECTIVES

## Departmental Goal #1: (specify)
### January 1, 2014 to December 31, 2014

| | |
|---|---|
| 1.   Provide a higher level of customer service to our stakeholders. | REVIEW OF PERFORMANCE: |
| 2.   Provide consistent fair and timely inspection services to the public. | REVIEW OF PERFORMANCE: |

## Departmental Goal #2: (specify)
### January 1, 2014 to December 31, 2014

| | |
|---|---|
| 1.   Pursue additional training in DBI related computer skills. | REVIEW OF PERFORMANCE: |
| 2   Pursue additional training in Disabled Access (CASP training). | REVIEW OF PERFORMANCE: |

## Departmental Goal #3: (specify)
### January 1, 2014 to December 31, 2014

| | |
|---|---|
| 1.   Development, implementation and use of our new technological tools including Accela. | REVIEW OF PERFORMANCE: |
| 2.   Communicate and share computer skills with our less experienced inspectors and subordinates. | REVIEW OF PERFORMANCE: |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# IV. APPRAISAL REPORT SUMMARY

## A. OVERALL PERFORMANCE RATING

The appraisal report on overall performance should include a consideration of all items in the Job Description, Departmental policies and procedures, and the Performance Plan's Key Objectives for the review period. Circle the appropriate number on the continuum.

| Did Not Meet Expectations | Met Expectations | Exceeded Expectations |
|---|---|---|
| Performance of job duties needs improvement; did not meet many or majority of objectives. | Performed job duties competently and effectively; met the objectives. (Meets Competent and Effective requirement) | Performed job duties with exceptional competence and effectiveness; exceeded the objectives. |
| 1 | 2 | **2.8**   3 |

## B. COMMENTS REGARDING OVERALL PERFORMANCE

**May be attachment.**

**Facts/Specific Performance Documentation:**

- \* Annual review period for Bernie includes his role as Building Inspector and subsequently Senior Building Inspector to which he was promoted to on September 30, 2013.
- Bernie has the professional and technical skills to interact well with design professionals, contractors and others related disciplines such as electrical, plumbing, fire, and health.
- Mr. Curran has excellent organizational skills. His institutional knowledge is a great asset to this Department.
- He is conscientious and fair in the enforcement of life safety, accessibility and fire rated requirements.
- He has consistently demonstrated his willingness to help others.
- Mr. Curran displays industriousness, conscientiousness and dependability in performing tasks.
- Bernie is proactive in promoting Disabled Access compliance in San Francisco.
- Mr. Curran is consistent, dependable and efficient in carrying out his responsibilities to a successful conclusion.

**Employee Strengths:**

- He has a background in the construction and inspection of large complex projects.
- Mr. Curran has a calm, professionalism that diffuses conflict and facilitates resolution. He is a mentor to other staff.

**Work Plan for Next Report Period:**

- Continue present high level of performance and customer service.

**Recommendations:**

- Obtain training for 2013 Codes as applicable to residential and commercial projects.
- Continue to obtain ICCC certifications.
- Take advantage of all promotional opportunities.

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

## C. EMPLOYEE GUIDELINES -- PERFORMANCE PLAN AND APPRAISAL REPORT

1. Employee should review his/her employee organization's Memorandum of Understanding with the City and County of San Francisco for information that may add to or modify the following list of guidelines.

2. Employee has the right to read the Performance Plan and Appraisal Report.

3. Employee has the right to receive a copy of the Performance Plan and Appraisal Report.

4. Employee has the right to discuss the report with the Reporting Supervisor or Manager.

5. Employee has the right to attach a rebuttal to the Performance Appraisal Plan and Report. The rebuttal must be presented within 30 working days of the report date. The rebuttal should only address the items presented in the report.

6. Employee may request a conference, if requested, with the Reviewer (Reporter's supervisor or manager).

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# V. SIGNATURE PAGE

## PERFORMANCE PLAN

### A. Performance Plan/Key Objectives Sign-Off

| 1. REVIEWER SIGNATURE | 2. REVIEW DATE | |
|---|---|---|
| 3. SUPERVISOR SIGNATURE | 4. EMPLOYEE SIGNATURE | 5. MEETING DATE 1/29/2014 |

### B. Mid-Period Performance Review Meeting

| 1. SUPERVISOR SIGNATURE | 2. EMPLOYEE SIGNATURE | 3. MEETING DATE |
|---|---|---|

## PERFORMANCE APPRAISAL REPORT

### C. Reviewer's Certification

| 1.   NAME, WORK LOCATION<br>Daniel Lowrey<br>DBI/BID<br>1660 Mission Street, 3rd Floor<br>San Francisco, CA  94103 | 2. JOB CODE NUMBER AND TITLE<br>0953 – Deputy Director | |
|---|---|---|
| 3. I CERTIFY THAT I HAVE REVIEWED THIS REPORT. (Signature) | | 5. DATE 1/31/14 |

### D. Reporting Supervisor/Manager

| 2.   NAME, WORK ADDRESS<br>Patrick O'Riordan<br>DBI / BID<br>1660 Mission Street, 3rd Fl.<br>San Francisco, CA  94103 | 2. JOB CODE NUMBER AND TITLE<br>6334 – Chief Bldg. Inspector | |
|---|---|---|
| 3. DATE OF CONFERENCE WITH EMPLOYEE 1/29/2014 | 4. SIGNATURE | 5. DATE 1/29/2014 |

### E. Employee's Statement

| 1. ☑ I AGREE WITH THIS REPORT.<br>☐ I DO NOT AGREE WITH THIS REPORT: SECT._____ NO._____<br>☐ I HAVE ATTACHED A REBUTTAL.<br>☐ I HAVE ATTACHED A REBUTTAL AND REQUEST A CONFERENCE WITH THE REVIEWER. | 2. CONFERENCE DATE |
|---|---|
| | 3. SIGNATURE CERTIFIES I HAVE READ THE REPORT |
| | ☐ DECLINED TO SIGN.  DATE: |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# VI. EXPLANATIONS OF SECTIONS

I. **EMPLOYEE IDENTIFICATION INFORMATION** — Basic information about the employee, his/her status, and the review period.

II. **PERFORMANCE PLAN: JOB DESCRIPTION** — A list of the duties and responsibilities based on the job description. Comments may include clarification of job description items, address mid-year progress, and appraise the performance of the duties and responsibilities. If appropriate, the job description may be a source of Key Objectives for the review period.

III. **PERFORMANCE PLAN: KEY OBJECTIVES** – Most important objectives for the review period and comments regarding the appraisal of the performance of the objectives.

IV. **APPRAISAL REPORT SUMMARY**

    A. **Overall Performance Rating** — Reporting Supervisor's/Manager's rating of the employee's overall performance over the appraisal review period.

    B. **Comments Regarding Overall Performance** — Narrative explanation of the rating of overall performance during the appraisal report review period.

- Demonstration of Dept values
- Overall Performance of Job Description
- Results of Performance Objectives
- Knowledge Of Job
- Employee's Strengths
- Achievements

- Attendance And Punctuality
- Quantity Of Work Performed
- Quality Of Work Performed
- Adaptability To The Work Situation

- Effectiveness Of Working With Others
- Use Of Materials And Equipment
- Safety
- Performance Plans

    In addition to the areas above, the following areas may be addressed for supervisors/managers:

- Communication
- Directing and Motivating Staff

- Planning
- Training and Developing Staff

- Decision Making

    C. **Employee Guidelines** — Guidelines for employees regarding the Performance Plan and Appraisal Report.

V. **SIGNATURE PAGE**

    A. **Performance Plan/Key Objectives Sign-Off** — Signatures of the supervisor and the employee, the date they met to finalize the plan, the signature of the reviewer, and the date of the review.

    B. **Mid-Period Performance Review Meeting** — Signatures of the supervisor and the employee and the date they met to review progress on the plan.

    C. **Reviewer's Certification** — Information regarding the reviewer of the report. This is the person who directly supervises the reporting supervisor/manager.

    D. **Reporting Supervisor/Manager** --Information regarding the reporting supervisor/manager of the report. This is the person who directly supervises the employee's performance.

    E. **Employee's Statement** – Employee's opportunity to respond to the PPA Report using a checklist, signature and date. Signing the report only certifies that the employee has read it. It does not indicate, unless marked, that the employee agrees with the report.

VI. **EXPLANATION OF SECTIONS** — Basic information about what should be included in each section of the Performance Plan and Appraisal Report.

# EXHIBIT E



CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF HUMAN RESOURCES

# 2014

# Performance Plan and Appraisal Report

## I. EMPLOYEE IDENTIFICATION INFORMATION

| 1. LAST NAME, FIRST NAME, MIDDLE INITIAL | 2. JOB CODE NUMBER AND TITLE | 3. STATUS |
|---|---|---|
| Curran, Bernie | 6333 – Sr. Building Inspector | ☒ Permanent (PCS)<br>☐ Provisional (TPV)<br>☐ Permanent Exempt (PEX)<br>☐ Temporary Exempt (TEX)<br>☐ Temporary Civil Service (TCS)<br>☐ Limited Tenure (Restricted Use) (TLT)<br>☐ Non Civil Service (Restricted Use) (NCS) |
| 4. WORK LOCATION & DIVISION<br>Building Inspection Division<br>1660 Mission Street, 3rd Floor<br>San Francisco, CA 94103 | 5. DEPARTMENT<br>Department of Building Inspection | 6. REASON FOR REPORT<br>☒ Annual<br>☐ Dept. Review Period<br>☐ Probationary<br>☐ Unscheduled |
| | 7. REVIEW PERIOD<br>Jan. 1, 2014 – Dec. 31, 2014 | 8. PROBATION START AND END DATE<br>N/A |


POSTED
09 2 25 15

CITY & COUNTY OF SAN FRANCISCO – DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

## II. PERFORMANCE PLAN – JOB DESCRIPTION

### REVIEW OF DUTIES & RESPONSIBILITIES BASED ON JOB DESCRIPTION

**FUNCTIONAL/WORKING TITLE:   6333 – Senior Building Inspector**

**January 1, 2014 to December 31, 2014**

| | |
|---|---|
| 1. Reviews and approves plans.  Performs inspections of permits for construction, alteration, demolition, excavation and grading work. | COMMENTS: Mr. Curran demonstrates an exceptional level of skill, competency and professionalism. |
| 2. Responds to complaint of possible code violations and prepares reports documenting actions taken during the investigation including notices of violations and correction notices. | COMMENTS: Bernie investigates and responds to all complaints. |
| 3. Organizes and maintains extensive records related to inspections, complaints, violations and building permits. | COMMENTS: Senior Inspector Curran documents, maintains and provides easy access to all records. |
| 4. Responds to correspondence and communication from the public and other agencies.  Actively promotes conflict resolution. | COMMENTS: He promotes trust and respect with timely and accurate direction in resolving conflict. |
| 5. Interacts and cooperates with other DBI Divisions, City, State, and Federal Agencies.  Conducts inspections for condo conversion, fire damage and complaint investigation. | COMMENTS: Bernie has exceptional skills in communicating with other Departments and agencies. |
| 6. Performs enforcement activities to abate code violation including permit history research. | COMMENTS: Mr. Curran researches, documents and justifies all actions for resolution and updates of Code Enforcement cases. |
| 7. Provides information to property owners, contractors, design professionals, elected officials, and representative neighborhood groups.  Maintains communication of code requirements and the necessary steps to resolve problems. | COMMENTS: Bernie is an experienced professional who generally finds resolution to problems. He clearly communicates information to the stakeholders of DBI.  He is a valuable asset to this Department. |
| 8. Performs all of the above within Department mandated time frames. | COMMENTS: He demonstrates exceptional time management. |
| 9. **Statement of Incompatible Activities:** Fully comply with the department's Statement of Incompatible Activities as approved by the Ethics Commission. Compliance includes, but is not limited to: Restrictions on Incompatible Activities; Restrictions on the use of City Resources, City Work-Product and Prestige; and Prohibition on Gifts for Assistance with City Services. | COMMENTS: Mr. Curran is very mindful of and compliant with the City's ethics requirements. |

CITY & COUNTY OF SAN FRANCISCO – DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

| | |
|---|---|
| **10. Use of City and County Resources for Business Purposes Only:** All City equipment, devices, and materials (i.e., photocopiers, telephones, computers, vehicles, stationery, fax machines, email accounts, etc.) must be used only for conducting City business. | **COMMENTS:** Senior Inspector Curran complies with these requirements. |
| **11. DSW Preparedness:** Take all necessary steps to prepare yourself for an emergency, in your capacity as a Disaster Service Worker; provide updated personal contact information to your department so that you can be contacted in the event of an emergency; report in and respond promptly to instructions by the City and/or your department in the event of an emergency; participate in any drills or emergency exercises as notified; and carry out disaster-related work assignments as required. | **COMMENTS:** Bernie is attentive to the requirements of Emergency response scenarios.  He is very responsive when contacted. |
| **12. DSW Training:** Complete DSW and Personal Preparedness training.  Complete NIMS training as assigned. | **COMMENTS:** Obtain/maintain Safety Assessment Program certification by online training and exam for renewal as needed. |
| **13. Customer Service:** As a representative of the City, be efficient, professional, accountable, and courteous in your interactions with the public, fellow employees, and external business partners. | **COMMENTS:** Mr. Curran has exceptional communication skills and is efficient courteous and accountable in his work.  He works well with both employees and stakeholders of DBI. |
| **14. Attendance:** Regular and prompt attendance is required for your job. All planned absences must be requested and approved in advance. For illness, emergencies or other unplanned and unforeseeable absences, notify your supervisor as soon as possible, but no later than the beginning of the work day on the first day of the absence. | **COMMENTS:** Bernie is dependable and punctual. He is mindful of the need for notification of any unforeseen absences. |
| **15. Compliance with Rules, Policies and Procedures:** Fully comply with all Departmental rules, policies and procedures. Also comply with City rules and policies in the Employee Handbook including, but not limited to: Policy on Equal Employment Opportunity; Policy on Equal Opportunity and Reasonable Accommodation for Individuals with Disabilities; Policy Prohibiting Harassment; Policy Prohibiting Employee Violence in the Workplace; Policy Regarding the Treatment of Co-Workers and Members of the Public; Responsibility for Responding to and Reporting Discrimination, Retaliation and Harassment; Reporting and Responding to Workforce Violence; etc. | **COMMENTS:** Senior Inspector Curran follows all Departmental policies and procedures. |

CITY & COUNTY OF SAN FRANCISCO — DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# III. PERFORMANCE PLAN – KEY OBJECTIVES

## Departmental Goal #1: (specify)
**January 1, 2015 to December 31, 2015**

| | |
|---|---|
| 1. Provide the highest level of customer service including timely response and action to all stakeholder requests. | REVIEW OF PERFORMANCE: |
| 2. Provide consistent and fair inspection and complaint response service to the stakeholders of DBI. Clearly document results of all inspection and complaint actions. | REVIEW OF PERFORMANCE: |

## Departmental Goal #2: (specify)
**January 1, 2015 to December 31, 2015**

| | |
|---|---|
| 1. Pursue additional training in computer skills. | REVIEW OF PERFORMANCE: |
| 2 Pursue additional training in Disabled Access including CASp. | REVIEW OF PERFORMANCE: |

## Departmental Goal #3: (specify)
**January 1, 2015 to December 31, 2015**

| | |
|---|---|
| 1. Development, implementation and use of the new database tools including Accela. | REVIEW OF PERFORMANCE: |
| 2. Communicate, mentor, motivate and share skills with less experienced inspectors and subordinates. | REVIEW OF PERFORMANCE: |

CITY & COUNTY OF SAN FRANCISCO - DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# IV. APPRAISAL REPORT SUMMARY

## A. OVERALL PERFORMANCE RATING

The appraisal report on overall performance should include a consideration of all items in the Job Description, Departmental policies and procedures, and the Performance Plan's Key Objectives for the review period. Circle the appropriate number on the continuum.

| Did Not Meet Expectations | Met Expectations | Exceeded Expectations |
|---|---|---|
| Performance of job duties needs improvement; did not meet many or majority of objectives. | Performed job duties competently and effectively; met the objectives. (Meets Competent and Effective requirement) | Performed job duties with exceptional competence and effectiveness; exceeded the objectives. |
| 1 | 2 | **2.8**    3 |

## B. COMMENTS REGARDING OVERALL PERFORMANCE

May be attachment.

**Facts/Specific Performance Documentation:**

- Bernie has the professional and technical skills to interact well with design professionals, contractors and other inspection disciplines such as electrical, plumbing, fire, and health.
- Mr. Curran has vast institutional knowledge in construction and is a great asset to the Department.
- He is conscientious and fair in the enforcement of life safety, accessibility and fire rating requirements.
- He has consistently demonstrated his willingness to help others.
- Mr. Curran displays industriousness, conscientiousness and dependability in performing tasks.
- Bernie is proactive in promoting Disabled Access compliance in San Francisco.
- Mr. Curran is consistent, dependable and efficient in carrying out his responsibilities to a successful conclusion.

**Employee Strengths:**

- He has a background in the construction as well as the inspection of larger complex projects.
- Mr. Curran has a professionalism that diffuses conflict and facilitates resolution. He is a mentor and motivator to subordinates and other staff alike.

**Work Plan for Next Report Period:**

- Continue a high level of performance and service to the stakeholders of DBI.

**Recommendations:**

- Obtain training in the 2013 Energy and Green Building Codes as applicable to residential and commercial projects.
- Continue to obtain ICC certifications.
- Take advantage of all promotional opportunities.

CITY & COUNTY OF SAN FRANCISCO - DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

## C. EMPLOYEE GUIDELINES -- PERFORMANCE PLAN AND APPRAISAL REPORT

1. Employee should review his/her employee organization's Memorandum of Understanding with the City and County of San Francisco for information that may add to or modify the following list of guidelines.

2. Employee has the right to read the Performance Plan and Appraisal Report.

3. Employee has the right to receive a copy of the Performance Plan and Appraisal Report.

4. Employee has the right to discuss the report with the Reporting Supervisor or Manager.

5. Employee has the right to attach a rebuttal to the Performance Appraisal Plan and Report. The rebuttal must be presented within 30 working days of the report date. The rebuttal should only address the items presented in the report.

6. Employee may request a conference, if requested, with the Reviewer (Reporter's supervisor or manager).

CITY & COUNTY OF SAN FRANCISCO - DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# V. SIGNATURE PAGE

## PERFORMANCE PLAN

### A. Performance Plan/Key Objectives Sign-Off

| 1. REVIEWER SIGNATURE | 2. REVIEW DATE | |
|---|---|---|
| 3. SUPERVISOR SIGNATURE | 4. EMPLOYEE SIGNATURE | 5. MEETING DATE 1/30/15 |

### B. Mid-Period Performance Review Meeting

| 1. SUPERVISOR SIGNATURE | 2. EMPLOYEE SIGNATURE | 3. MEETING DATE 1/30/15 |
|---|---|---|

## PERFORMANCE APPRAISAL REPORT

### C. Reviewer's Certification

| 1. NAME, WORK LOCATION<br>Daniel Lowrey<br>DBI/BID<br>1660 Mission Street, 3rd Floor<br>San Francisco, CA 94103 | 2. JOB CODE NUMBER AND TITLE<br>0953 – Deputy Director | |
|---|---|---|
| 3. I CERTIFY THAT I HAVE REVIEWED THIS REPORT. (Signature) | | 5. DATE 1/30/15 |

### D. Reporting Supervisor/Manager

| 1.  NAME, WORK ADDRESS<br>Patrick O'Riordan<br>DBI / BID<br>1660 Mission Street, 3rd Fl.<br>San Francisco, CA 94103 | 2. JOB CODE NUMBER AND TITLE<br>6334 – Chief Bldg. Inspector | |
|---|---|---|
| 3. DATE OF CONFERENCE WITH EMPLOYEE 1/30/15 | 4. SIGNATURE | 5. DATE 1/30/15 |

### E. Employee's Statement

| 1. ☑ I AGREE WITH THIS REPORT.<br>☐ I DO NOT AGREE WITH THIS REPORT: SECT._____ NO._____<br>☐ I HAVE ATTACHED A REBUTTAL.<br>☐ I HAVE ATTACHED A REBUTTAL AND REQUEST A CONFERENCE WITH THE REVIEWER. | 2. CONFERENCE DATE 1/30/15 |
|---|---|
| | 3. SIGNATURE CERTIFIES I HAVE READ THE REPORT 1/30/15<br>☐ DECLINED TO SIGN.  DATE: |

# VI. EXPLANATIONS OF SECTIONS

I. **EMPLOYEE IDENTIFICATION INFORMATION** — Basic information about the employee, his/her status, and the review period.

II. **PERFORMANCE PLAN: JOB DESCRIPTION** —  A list of the duties and responsibilities based on the job description. Comments may include clarification of job description items, address mid-year progress, and appraise the performance of the duties and responsibilities. If appropriate, the job description may be a source of Key Objectives for the review period.

III. **PERFORMANCE PLAN: KEY OBJECTIVES** – Most important objectives for the review period and comments regarding the appraisal of the performance of the objectives.

IV. **APPRAISAL REPORT SUMMARY**

    A. **Overall Performance Rating** — Reporting Supervisor's/Manager's rating of the employee's overall performance over the appraisal review period.

    B. **Comments Regarding Overall Performance** — Narrative explanation of the rating of overall performance during the appraisal report review period.

| | | |
|---|---|---|
| ◆ Demonstration of Dept values | ◆ Attendance And Punctuality | ◆ Effectiveness Of Working With Others |
| ◆ Overall Performance of Job Description | ◆ Quantity Of Work Performed | ◆ Use Of Materials And Equipment |
| ◆ Results of Performance Objectives | ◆ Quality Of Work Performed | ◆ Safety |
| ◆ Knowledge Of Job | ◆ Adaptability To The Work Situation | ◆ Performance Plans |
| ◆ Employee's Strengths | | |
| ◆ Achievements | | |

    In addition to the areas above, the following areas may be addressed for supervisors/managers:

| | | |
|---|---|---|
| ◆ Communication | ◆ Planning | ◆ Decision Making |
| ◆ Directing and Motivating Staff | ◆ Training and Developing Staff | |

    C. **Employee Guidelines** — Guidelines for employees regarding the Performance Plan and Appraisal Report.

V. **SIGNATURE PAGE**

    A. **Performance Plan/Key Objectives Sign-Off** — Signatures of the supervisor and the employee, the date they met to finalize the plan, the signature of the reviewer, and the date of the review.

    B. **Mid-Period Performance Review Meeting** — Signatures of the supervisor and the employee and the date they met to review progress on the plan.

    C. **Reviewer's Certification** — Information regarding the reviewer of the report. This is the person who directly supervises the reporting supervisor/manager.

    D. **Reporting Supervisor/Manager** –Information regarding the reporting supervisor/manager of the report. This is the person who directly supervises the employee's performance.

    E. **Employee's Statement** – Employee's opportunity to respond to the PPA Report using a checklist, signature and date. Signing the report only certifies that the employee has read it. It does not indicate, unless marked, that the employee agrees with the report.

VI. **EXPLANATION OF SECTIONS** — Basic information about what should be included in each section of the Performance Plan and Appraisal Report.

EXHIBIT F



CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF HUMAN RESOURCES

# 2015

# Performance Plan and Appraisal Report

## I. EMPLOYEE IDENTIFICATION INFORMATION

| 1. LAST NAME, FIRST NAME, MIDDLE INITIAL | 2. JOB CODE NUMBER AND TITLE | 3. STATUS |
|---|---|---|
| Curran, Bernie | 6333 – Sr. Building Inspector | ☒ Permanent (PCS)<br>☐ Provisional (TPV)<br>☐ Permanent Exempt (PEX)<br>☐ Temporary Exempt (TEX)<br>☐ Temporary Civil Service (TCS)<br>☐ Limited Tenure (Restricted Use) (TLT)<br>☐ Non Civil Service (Restricted Use) (NCS) |
| 4. WORK LOCATION & DIVISION<br><br>Building Inspection Division<br>1660 Mission Street, 3rd Floor<br>San Francisco, CA  94103 | 5. DEPARTMENT<br><br>Department of Building Inspection | 6. REASON FOR REPORT<br>☒ Annual<br>☐ Dept. Review Period<br>☐ Probationary<br>☐ Unscheduled |
| | 7. REVIEW PERIOD<br>Jan. 1, 2015 – Dec. 31, 2015 | 8. PROBATION START AND END DATE<br>N/A |



## II. PERFORMANCE PLAN – JOB DESCRIPTION

### REVIEW OF DUTIES & RESPONSIBILITIES BASED ON JOB DESCRIPTION

| FUNCTIONAL/WORKING TITLE:  6333 – Senior Building Inspector<br>January 1, 2015 to December 31, 2015 | |
|---|---|
| 1.  Reviews and approves plans.  Performs inspections of permits for construction, alteration, demolition, excavation and grading work. | **COMMENTS:** Mr. Curran demonstrates an exceptional level of skill, competency and professionalism. |
| 2.  Responds to complaints of possible code violations and prepares reports documenting actions taken during the investigation including notices of violations and correction notices. | **COMMENTS:** Bernie investigates and responds to all complaints. |
| 3.  Organizes and maintains extensive records related to inspections, complaints, violations and building permits. | **COMMENTS:** Senior Inspector Curran documents, maintains and provides easy access to all records. |
| 4.  Responds to correspondence and communication from the public and other agencies.  Actively promotes conflict resolution. | **COMMENTS:** He promotes trust and respect in giving direction with resolving conflicts. |
| 5.  Interacts and cooperates with other DBI Divisions, City, State, and Federal Agencies.  Conducts inspections for condo conversion, fire damage and complaint investigation. | **COMMENTS:** Bernie is skilled in communicating with other Departments and agencies. |
| 6.  Performs enforcement activities to abate code violation including permit history research. | **COMMENTS:** Mr. Curran researches, documents and justifies actions for resolution and updates of Code Enforcement cases. |
| 7.  Provides information to property owners, contractors, design professionals, elected officials, and representative neighborhood groups.  Maintains communication of code requirements and the necessary steps to resolve problems. | **COMMENTS:** Bernie is an experienced professional who generally finds resolution to problems. He clearly communicates information to the stakeholders of DBI.  He is a valuable asset to the Department. |
| 8.  Performs all of the above within Department mandated time frames. | **COMMENTS:** He demonstrates exceptional time management. |
| 9.  **Statement of Incompatible Activities:** Fully comply with the department's Statement of Incompatible Activities as approved by the Ethics Commission. Compliance includes, but is not limited to: Restrictions on Incompatible Activities; Restrictions on the use of City Resources, City Work-Product and Prestige; and Prohibition on Gifts for Assistance with City Services. | **COMMENTS:** Mr. Curran is mindful of and compliant with the City's ethics requirements. |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

| | |
|---|---|
| **10. Use of City and County Resources for Business Purposes Only:** All City equipment, devices, and materials (i.e., photocopiers, telephones, computers, vehicles, stationery, fax machines, email accounts, etc.) must be used only for conducting City business. | **COMMENTS:** Senior Inspector Curran complies with these requirements. |
| **11. DSW Preparedness:** Take all necessary steps to prepare yourself for an emergency, in your capacity as a Disaster Service Worker; provide updated personal contact information to your department so that you can be contacted in the event of an emergency; report in and respond promptly to instructions by the City and/or your department in the event of an emergency; participate in any drills or emergency exercises as notified; and carry out disaster-related work assignments as required. | **COMMENTS:** Bernie is attentive to the requirements of Emergency response scenarios.  He is very responsive when contacted. |
| **12. DSW Training:** Complete DSW and Personal Preparedness training.  Complete NIMS training as assigned. | **COMMENTS:** Obtain/maintain Safety Assessment Program certification by online training and exam for renewal as needed. |
| **13. Customer Service:** As a representative of the City, be efficient, professional, accountable, and courteous in your interactions with the public, fellow employees, and external business partners. | **COMMENTS:** Mr. Curran has exceptional communication skills and is efficient courteous and accountable in his work.  He works well with both employees and stakeholders of DBI. |
| **14. Attendance:** Regular and prompt attendance is required for your job. All planned absences must be requested and approved in advance. For illness, emergencies or other unplanned and unforeseeable absences, notify your supervisor as soon as possible, but no later than the beginning of the work day on the first day of the absence. | **COMMENTS:** Bernie is dependable and punctual. He is mindful of the need for notification of any unforeseen absences. |
| **15. Compliance with Rules, Policies and Procedures:** Fully comply with all Departmental rules, policies and procedures. Also comply with City rules and policies in the Employee Handbook including, but not limited to: Policy on Equal Employment Opportunity; Policy on Equal Opportunity and Reasonable Accommodation for Individuals with Disabilities; Policy Prohibiting Harassment; Policy Prohibiting Employee Violence in the Workplace; Policy Regarding the Treatment of Co-Workers and Members of the Public; Responsibility for Responding to and Reporting Discrimination, Retaliation and Harassment; Reporting and Responding to Workforce Violence; etc. | **COMMENTS:** Senior Inspector Curran follows all Departmental policies and procedures. |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# III. PERFORMANCE PLAN – KEY OBJECTIVES

## Departmental Goal #1: (specify)
### January 1, 2016 to December 31, 2016

| | |
|---|---|
| 1. Provide the highest level of customer service including timely response and action to all stakeholder requests. | REVIEW OF PERFORMANCE: |
| 2. Provide consistent and fair inspection and complaint response service to the stakeholders of DBI. Clearly document results of all inspection and complaint actions. Document all actions. | REVIEW OF PERFORMANCE: |

## Departmental Goal #2: (specify)
### January 1, 2016 to December 31, 2016

| | |
|---|---|
| 1 Pursue additional training in Microsoft word, excel and outlook (email). | REVIEW OF PERFORMANCE: |
| 2 Continue to enhance writing skills by using and modifying existing templates for best results. | REVIEW OF PERFORMANCE: |

## Departmental Goal #3: (specify)
### January 1, 2016 to December 31, 2016

| | |
|---|---|
| 1. Engage in the development, implementation and use of all new database tools including Accela. | REVIEW OF PERFORMANCE: |
| 2. Communicate, mentor, motivate and share skills with subordinates. | REVIEW OF PERFORMANCE: |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# IV. APPRAISAL REPORT SUMMARY

## A. OVERALL PERFORMANCE RATING

The appraisal report on overall performance should include a consideration of all items in the Job Description, Departmental policies and procedures, and the Performance Plan's Key Objectives for the review period. Circle the appropriate number on the continuum.

| Did Not Meet Expectations | Met Expectations | Exceeded Expectations |
|---|---|---|
| Performance of job duties needs improvement; did not meet many or majority of objectives. | Performed job duties competently and effectively; met the objectives. (Meets Competent and Effective requirement) | Performed job duties with exceptional competence and effectiveness; exceeded the objectives. |
| 1 | 2 | 2.8       3 |

## B. COMMENTS REGARDING OVERALL PERFORMANCE

**May be attachment.**

**Facts/Specific Performance Documentation:**

- Bernie has the professional and technical skills to interact well with design professionals, contractors and other inspection disciplines such as electrical, plumbing, fire, and health.

- Mr. Curran has vast institutional knowledge in construction and is a great asset to the Department.

- He is conscientious and fair in the enforcement of life safety, accessibility and fire rating requirements.

- He has consistently demonstrated his willingness to help others.

- Mr. Curran displays industriousness, conscientiousness and dependability in performing tasks.

- Bernie is proactive in promoting Disabled Access compliance in San Francisco.

- Mr. Curran is consistent, dependable and efficient in carrying out his responsibilities.

**Employee Strengths:**

- He has a background in the construction as well as the inspection.

- Mr. Curran has a professionalism that diffuses conflict and facilitates resolution.  He is a mentor and motivator to subordinates and other staff alike.

**Work Plan for Next Report Period:**

- Continue to enhance skills in documenting actions.

**Recommendations:**

- Obtain training in the 2013 Energy and Green Building Codes as applicable to residential and commercial projects.

- Continue to obtain ICC certifications.

- Take advantage of all promotional opportunities.

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

## C. EMPLOYEE GUIDELINES -- PERFORMANCE PLAN AND APPRAISAL REPORT

1.  Employee should review his/her employee organization's Memorandum of Understanding with the City and County of San Francisco for information that may add to or modify the following list of guidelines.

2.  Employee has the right to read the Performance Plan and Appraisal Report.

3.  Employee has the right to receive a copy of the Performance Plan and Appraisal Report.

4.  Employee has the right to discuss the report with the Reporting Supervisor or Manager.

5.  Employee has the right to attach a rebuttal to the Performance Appraisal Plan and Report. The rebuttal must be presented within 30 working days of the report date. The rebuttal should only address the items presented in the report.

6.  Employee may request a conference, if requested, with the Reviewer (Reporter's supervisor or manager).

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# V. SIGNATURE PAGE

## PERFORMANCE PLAN

### A. Performance Plan/Key Objectives Sign-Off

| 1. REVIEWER SIGNATURE | 2. REVIEW DATE | |
|---|---|---|
| | 2/8/16 | |
| 3. SUPERVISOR SIGNATURE | 4. EMPLOYEE SIGNATURE | 5. MEETING DATE |
| | | 2/2/16 |

### B. Mid-Period Performance Review Meeting

| 1. SUPERVISOR SIGNATURE | 2. EMPLOYEE SIGNATURE | 3. MEETING DATE |
|---|---|---|
| | | |

## PERFORMANCE APPRAISAL REPORT

### C. Reviewer's Certification

| 2. NAME, WORK LOCATION | 2. JOB CODE NUMBER AND TITLE |
|---|---|
| Daniel Lowrey | 0953 – Deputy Director |
| DBI/BID | |
| 1660 Mission Street, 3rd Floor | |
| San Francisco, CA 94103 | |

| 3. I CERTIFY THAT I HAVE REVIEWED THIS REPORT. (Signature) | 5. DATE |
|---|---|
| | 2/2/16. |

### D. Reporting Supervisor/Manager

| 1. NAME, WORK ADDRESS | 2. JOB CODE NUMBER AND TITLE |
|---|---|
| Patrick O'Riordan | 6334 – Chief Bldg. Inspector |
| DBI / BID | |
| 1660 Mission Street, 3rd Fl. | |
| San Francisco, CA 94103 | |

| 3. DATE OF CONFERENCE WITH EMPLOYEE | 4. SIGNATURE | 5. DATE |
|---|---|---|
| 2/2/16 | | 2/2/16 |

### E. Employee's Statement

| 1. ☒ AGREE WITH THIS REPORT. | 2. CONFERENCE DATE |
|---|---|
| ☐ I DO NOT AGREE WITH THIS REPORT: SECT.____ NO.____ | 2/2/16. |
| ☐ I HAVE ATTACHED A REBUTTAL. | 3. SIGNATURE CERTIFIES I HAVE READ THE REPORT |
| ☐ I HAVE ATTACHED A REBUTTAL AND REQUEST A CONFERENCE WITH THE REVIEWER. | ☐ DECLINED TO SIGN.   DATE: |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# VI. EXPLANATIONS OF SECTIONS

**I.  EMPLOYEE IDENTIFICATION INFORMATION** — Basic information about the employee, his/her status, and the review period.

**II. PERFORMANCE PLAN: JOB DESCRIPTION** — A list of the duties and responsibilities based on the job description. Comments may include clarification of job description items, address mid-year progress, and appraise the performance of the duties and responsibilities. If appropriate, the job description may be a source of Key Objectives for the review period.

**III. PERFORMANCE PLAN: KEY OBJECTIVES** – Most important objectives for the review period and comments regarding the appraisal of the performance of the objectives.

**IV. APPRAISAL REPORT SUMMARY**

    **A. Overall Performance Rating** — Reporting Supervisor's/Manager's rating of the employee's overall performance over the appraisal review period.

    **B. Comments Regarding Overall Performance** — Narrative explanation of the rating of overall performance during the appraisal report review period.

| | | |
|---|---|---|
| ♦ Demonstration of Dept values | ♦ Attendance And Punctuality | ♦ Effectiveness Of Working With Others |
| ♦ Overall Performance of Job Description | ♦ Quantity Of Work Performed | ♦ Use Of Materials And Equipment |
| ♦ Results of Performance Objectives | ♦ Quality Of Work Performed | ♦ Safety |
| ♦ Knowledge Of Job | ♦ Adaptability To The Work Situation | ♦ Performance Plans |
| ♦ Employee's Strengths | | |
| ♦ Achievements | | |

    In addition to the areas above, the following areas may be addressed for supervisors/managers:

| | | |
|---|---|---|
| ♦ Communication | ♦ Planning | ♦ Decision Making |
| ♦ Directing and Motivating Staff | ♦ Training and Developing Staff | |

    **C. Employee Guidelines** — Guidelines for employees regarding the Performance Plan and Appraisal Report.

**V. SIGNATURE PAGE**

    **A. Performance Plan/Key Objectives Sign-Off** — Signatures of the supervisor and the employee, the date they met to finalize the plan, the signature of the reviewer, and the date of the review.

    **B. Mid-Period Performance Review Meeting** — Signatures of the supervisor and the employee and the date they met to review progress on the plan.

    **C. Reviewer's Certification** — Information regarding the reviewer of the report. This is the person who directly supervises the reporting supervisor/manager.

    **D. Reporting Supervisor/Manager** –-Information regarding the reporting supervisor/manager of the report. This is the person who directly supervises the employee's performance.

    **E. Employee's Statement** – Employee's opportunity to respond to the PPA Report using a checklist, signature and date. Signing the report only certifies that the employee has read it. It does not indicate, unless marked, that the employee agrees with the report.

**VI. EXPLANATION OF SECTIONS** — Basic information about what should be included in each section of the Performance Plan and Appraisal Report.

EXHIBIT G



CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF HUMAN RESOURCES

# 2016

# Performance Plan
# and
# Appraisal Report

## I. EMPLOYEE IDENTIFICATION INFORMATION

| 1. LAST NAME, FIRST NAME, MIDDLE INITIAL<br><br>Curran, Bernie | 2. JOB CODE NUMBER AND TITLE<br><br>6333 – Sr. Building Inspector | 3. STATUS<br>☒ Permanent (PCS)<br>☐ Provisional (TPV)<br>☐ Permanent Exempt (PEX)<br>☐ Temporary Exempt (TEX)<br>☐ Temporary Civil Service (TCS)<br>☐ Limited Tenure (Restricted Use) (TLT)<br>☐ Non Civil Service (Restricted Use) (NCS) |
|---|---|---|
| 4. WORK LOCATION & DIVISION<br><br>Building Inspection Division<br>1660 Mission Street, 3rd Floor<br>San Francisco, CA 94103 | 5. DEPARTMENT<br><br>Department of Building Inspection | 6. REASON FOR REPORT<br>☒ Annual<br>☐ Dept. Review Period<br>☐ Probationary<br>☐ Unscheduled |
| | 7. REVIEW PERIOD<br>Jan. 1, 2016 – Dec. 31, 2016 | 8. PROBATION START AND END DATE<br>N/A |

POSTED

CITY & COUNTY OF SAN FRANCISCO · DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

## II. PERFORMANCE PLAN – JOB DESCRIPTION

### REVIEW OF DUTIES & RESPONSIBILITIES BASED ON JOB DESCRIPTION

| FUNCTIONAL/WORKING TITLE:   6333 – Senior Building Inspector | |
|---|---|
| January 1, 2016 to December 31, 2016 | |
| 1.  Reviews and approves plans. Performs inspections of permits for construction, alteration, demolition, excavation and grading work. | **COMMENTS:** Mr. Curran demonstrates an exceptional level of skill, competency and professionalism. |
| 2.  Responds to complaint of possible code violations and prepares reports documenting actions taken during the investigation including notices of violations and correction notices. | **COMMENTS:** Bernie investigates and responds to complaints. |
| 3.  Organizes and maintains extensive records related to inspections, complaints, violations and building permits. | **COMMENTS:** Senior Inspector Curran documents, maintains and provides easy access to all records. |
| 4.  Responds to correspondence and communication from the public and other agencies.  Actively promotes conflict resolution. | **COMMENTS:** He promotes trust and respect with timely and accurate direction in conflict resolution. |
| 5.  Interacts and cooperates with other DBI Divisions, City, State, and Federal Agencies.  Conducts inspections for condo conversion, fire damage and complaint investigation. | **COMMENTS:** Bernie is very skilled in communicating with other Departments/Divisions and agencies. |
| 6.  Performs enforcement activities to abate code violation including permit history research. | **COMMENTS:** Mr. Curran researches, documents and justifies all actions for resolution and updates of Code Enforcement cases. |
| 7.  Provides information to property owners, contractors, design professionals, elected officials, and representative neighborhood groups.  Maintains communication of code requirements and the necessary steps to resolve problems. | **COMMENTS:** Bernie is an experienced professional who typically finds resolution to problems. He clearly communicates information to the stakeholders of DBI. He is a valuable asset to this Department. |
| 8.  Performs all of the above within Department mandated time frames. | **COMMENTS:** He is mindful of scheduling obligations. |
| 9. **Equity and Inclusiveness:** Fully comply with all Departmental and City rules and policies including: Discrimination, Harassment, Retaliation-Free Workplace Policy; equal employment opportunity; reasonable accommodation for individuals with disabilities; practices to ensure fairness, diversity, and inclusiveness; completion of required implicit bias awareness training. | **COMMENTS:** Bernie follows all City and Departmental rules, policies, is respectful to others and has completed all mandated trainings |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

| | |
|---|---|
| **10. Use of City and County Resources for Business Purposes Only:** All City equipment, devices, and materials (i.e., photocopiers, telephones, computers, vehicles, stationery, fax machines, email accounts, etc.) must be used only for conducting City business. | **COMMENTS:** Senior Inspector Curran complies with these requirements. |
| **11. DSW Preparedness:** Take all necessary steps to prepare yourself for an emergency, in your capacity as a Disaster Service Worker; provide updated personal contact information to your department so that you can be contacted in the event of an emergency; report in and respond promptly to instructions by the City and/or your department in the event of an emergency; participate in any drills or emergency exercises as notified; and carry out disaster-related work assignments as required; complete all required disaster-related trainings. | **COMMENTS:** Bernie is attentive to the requirements of the Emergency response protocols. He is very responsive when contacted. |
| **12. Customer Service:** As a representative of the City, be efficient, professional, accountable, and courteous in your interactions with the public, fellow employees, and external business partners. Respond to requests for assistance and/or requests for information in a timely manner as specified by your department. | **COMMENTS:** Mr. Curran has exceptional communication skills and is efficient courteous and accountable in his work. He works well with both the employees and stakeholders of DBI |
| **13. Attendance:** Regular and prompt attendance is required for your job. All planned absences must be requested and approved in advance. For illness, emergencies or other unplanned and unforeseeable absences, notify your supervisor as soon as possible, but no later than the beginning of the work day on the first day of the absence. | **COMMENTS:** Bernie is dependable and punctual. He is mindful of the need for notification of any unforeseen absences. |
| **14. Compliance with Rules, Policies and Procedures:** Fully comply with all Departmental rules, policies and procedures. Also comply with City rules and policies in the Employee Handbook including, but not limited to: Department's Statement of Incompatible Activities; Policy Prohibiting Employee Violence in the Workplace; Policy Regarding the Treatment of Co-Workers and Members of the Public; Reporting and Responding to Workforce Violence; etc. | **COMMENTS:** Senior Inspector Curran follows all Departmental policies and procedures. |

# III. PERFORMANCE PLAN – KEY OBJECTIVES

### Departmental Goal #1: (specify)
**January 1, 2017 to December 31, 2017**

| | |
|---|---|
| 1. Provide the highest level of customer service including timely response and action to all stakeholder requests whether it be counter, telephone, email of at the job-site. | **REVIEW OF PERFORMANCE:** |
| 2. Provide consistent and fair inspection and complaint response service to the stakeholders of DBI. Clearly document results of all inspection and complaint actions. | **REVIEW OF PERFORMANCE:** |

### Departmental Goal #2: (specify)
**January 1, 2017 to December 31, 2017**

| | |
|---|---|
| 1. Pursue additional training in computer and phone/tablet skills. | **REVIEW OF PERFORMANCE:** |
| 2 Pursue additional training in Disabled Access including CASp. | **REVIEW OF PERFORMANCE:** |

### Departmental Goal #3: (specify)
**January 1, 2017 to December 31, 2017**

| | |
|---|---|
| 1. Development, implementation, testing and use of all new database tools to facilitate a more efficient process. | **REVIEW OF PERFORMANCE:** |
| 2. Communicate, mentor, motivate and share skills with less experienced inspectors and subordinates. | **REVIEW OF PERFORMANCE:** |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# IV. APPRAISAL REPORT SUMMARY

## A. OVERALL PERFORMANCE RATING

The appraisal report on overall performance should include a consideration of all items in the Job Description, Departmental policies and procedures, and the Performance Plan's Key Objectives for the review period. Circle the appropriate number on the continuum.

| Did Not Meet Expectations | Met Expectations | Exceeded Expectations |
|---|---|---|
| Performance of job duties needs improvement; did not meet many or majority of objectives. | Performed job duties competently and effectively; met the objectives. (Meets Competent and Effective requirement) | Performed job duties with exceptional competence and effectiveness; exceeded the objectives. |
| 1 | 2 | 2.9    3 |

## B. COMMENTS REGARDING OVERALL PERFORMANCE

May be attachment.

Facts/Specific Performance Documentation:

- Bernie has the professional and technical skills necessary to interact well with design professionals, contractors and other inspection disciplines such as electrical, plumbing, fire, and health.
- Mr. Curran has vast institutional knowledge in construction and is a great asset to the Department.
- He is conscientious and fair in the enforcement of life safety, accessibility and fire rating requirements.
- He consistently demonstrates his willingness to help others.
- Mr. Curran displays industriousness, conscientiousness and dependability in performing his duties.
- Bernie is proactive in promoting Disabled Access compliance in San Francisco.
- Mr. Curran is consistent, dependable and efficient in carrying out his responsibilities to a successful conclusion.

Employee Strengths:

- He has a background in the construction as well as the inspection of complex projects.
- Mr. Curran has a professionalism that diffuses conflict and facilitates resolution. He is a mentor and motivator to subordinates and other staff alike.

Work Plan for Next Report Period:

- Continue a high level of performance and service to the stakeholders of DBI.

Recommendations:

- Obtain training in the 2016 Building, Mechanical, Energy and Green Building Codes as applicable to residential and commercial projects.
- Continue to obtain ICC certifications.
- Take advantage of all promotional opportunities.

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

## C. EMPLOYEE GUIDELINES -- PERFORMANCE PLAN AND APPRAISAL REPORT

1. Employee should review his/her employee organization's Memorandum of Understanding with the City and County of San Francisco for information that may add to or modify the following list of guidelines.

2. Employee has the right to read the Performance Plan and Appraisal Report.

3. Employee has the right to receive a copy of the Performance Plan and Appraisal Report.

4. Employee has the right to discuss the report with the Reporting Supervisor or Manager.

5. Employee has the right to attach a rebuttal to the Performance Appraisal Plan and Report. The rebuttal must be presented within 30 working days of the report date. The rebuttal should only address the items presented in the report.

6. Employee may request a conference, if requested, with the Reviewer (Reporter's supervisor or manager).

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# V. SIGNATURE PAGE

## PERFORMANCE PLAN

### A. Performance Plan/Key Objectives Sign-Off

| 1. REVIEWER SIGNATURE | 2. REVIEW DATE | |
|---|---|---|
| 3. SUPERVISOR SIGNATURE | 4. EMPLOYEE SIGNATURE | 5. MEETING DATE  1/19/17 |

### B. Mid-Period Performance Review Meeting

| 1. SUPERVISOR SIGNATURE | 2. EMPLOYEE SIGNATURE | 3. MEETING DATE |
|---|---|---|
| | | |

## PERFORMANCE APPRAISAL REPORT

### C. Reviewer's Certification

| 1. NAME, WORK LOCATION  Daniel Lowrey  DBI/BID  1660 Mission Street, 3rd Floor  San Francisco, CA  94103 | 2. JOB CODE NUMBER AND TITLE  0953 – Deputy Director | |
|---|---|---|
| 3. I CERTIFY THAT I HAVE REVIEWED THIS REPORT. (Signature) | | 4. DATE  1/25/17 |

### D. Reporting Supervisor/Manager

| 1. NAME, WORK ADDRESS  Patrick O'Riordan  DBI / BID  1660 Mission Street, 3rd Fl.  San Francisco, CA  94103 | 2. JOB CODE NUMBER AND TITLE  6334 – Chief Bldg. Inspector | |
|---|---|---|
| 3. DATE OF CONFERENCE WITH EMPLOYEE  1/19/17 | 4. SIGNATURE | 5. DATE  1/19/17 |

### E. Employee's Statement

| 1. ☒ I AGREE WITH THIS REPORT.  ☐ I DO NOT AGREE WITH THIS REPORT: SECT.____ NO.____  ☐ I HAVE ATTACHED A REBUTTAL.  ☐ I HAVE ATTACHED A REBUTTAL AND REQUEST A CONFERENCE WITH THE REVIEWER. | 2. CONFERENCE DATE  1/19/17 |
|---|---|
| | 3. SIGNATURE CERTIFIES I HAVE READ THE REPORT  ☐ DECLINED TO SIGN  DATE: |

# VI. EXPLANATIONS OF SECTIONS

**I. EMPLOYEE IDENTIFICATION INFORMATION** — Basic information about the employee, his/her status, and the review period.

**II. PERFORMANCE PLAN: JOB DESCRIPTION** — A list of the duties and responsibilities based on the job description. Comments may include clarification of job description items, address mid-year progress, and appraise the performance of the duties and responsibilities. If appropriate, the job description may be a source of Key Objectives for the review period.

**III. PERFORMANCE PLAN: KEY OBJECTIVES** – Most important objectives for the review period and comments regarding the appraisal of the performance of the objectives.

**IV. APPRAISAL REPORT SUMMARY**

  **A. Overall Performance Rating** — Reporting Supervisor's/Manager's rating of the employee's overall performance over the appraisal review period.

  **B. Comments Regarding Overall Performance** — Narrative explanation of the rating of overall performance during the appraisal report review period.

  - Demonstration of Dept values
  - Overall Performance of Job Description
  - Results of Performance Objectives
  - Knowledge Of Job
  - Employee's Strengths
  - Achievements
  - Attendance And Punctuality
  - Quantity Of Work Performed
  - Quality Of Work Performed
  - Adaptability To The Work Situation
  - Effectiveness Of Working With Others
  - Use Of Materials And Equipment
  - Safety
  - Performance Plans

  In addition to the areas above, the following areas may be addressed for supervisors/managers:

  - Communication
  - Directing and Motivating Staff
  - Planning
  - Training and Developing Staff
  - Decision Making

  **C. Employee Guidelines** — Guidelines for employees regarding the Performance Plan and Appraisal Report.

**V. SIGNATURE PAGE**

  **A. Performance Plan/Key Objectives Sign-Off** — Signatures of the supervisor and the employee, the date they met to finalize the plan, the signature of the reviewer, and the date of the review.

  **B. Mid-Period Performance Review Meeting** — Signatures of the supervisor and the employee and the date they met to review progress on the plan.

  **C. Reviewer's Certification** — Information regarding the reviewer of the report. This is the person who directly supervises the reporting supervisor/manager.

  **D. Reporting Supervisor/Manager** --Information regarding the reporting supervisor/manager of the report. This is the person who directly supervises the employee's performance.

  **E. Employee's Statement** – Employee's opportunity to respond to the PPA Report using a checklist, signature and date. Signing the report only certifies that the employee has read it. It does not indicate, unless marked, that the employee agrees with the report.

**VI. EXPLANATION OF SECTIONS** — Basic information about what should be included in each section of the Performance Plan and Appraisal Report.

EXHIBIT H



CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF HUMAN RESOURCES

# 2017-2018

# Performance Plan
# and
# Appraisal Report

## I. EMPLOYEE IDENTIFICATION INFORMATION

| 1. LAST NAME, FIRST NAME, MIDDLE INITIAL<br><br>Curran, Bernie | 2. JOB CODE NUMBER AND TITLE<br><br>6333 – Sr. Building Inspector | 3. STATUS<br>☒ Permanent (PCS)<br>☐ Provisional (TPV)<br>☐ Permanent Exempt (PEX)<br>☐ Temporary Exempt (TEX)<br>☐ Temporary Civil Service (TCS)<br>☐ Limited Tenure (Restricted Use) (TLT)<br>☐ Non Civil Service (Restricted Use) (NCS) |
|---|---|---|
| 4. WORK LOCATION & DIVISION<br><br>Building Inspection Division<br>1660 Mission Street, 3rd Floor<br>San Francisco, CA  94103 | 5. DEPARTMENT<br><br>Department of Building Inspection | 6. REASON FOR REPORT<br>☐ Annual<br>☒ Dept. Review Period<br>☐ Probationary<br>☐ Unscheduled |
| | 7. REVIEW PERIOD<br>July 1, 2017 – June 30, 2018 | 8. PROBATION START AND END DATE<br>N/A |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

## II. PERFORMANCE PLAN – JOB DESCRIPTION

REVIEW OF DUTIES & RESPONSIBILITIES BASED ON JOB DESCRIPTION

| FUNCTIONAL/WORKING TITLE: 6333 – Senior Building Inspector<br>July 1, 2017 to June 30, 2018 | |
|---|---|
| 1. Reviews and approves plans. Performs inspections of permits for construction, alteration, demolition, excavation and grading work. | **COMMENTS:** Mr. Curran demonstrates an exceptional level of skill, competency and professionalism. |
| 2. Responds to complaint of possible code violations and prepares reports documenting actions taken during the investigation including notices of violations and correction notices. | **COMMENTS:** Bernie investigates and responds to complaints. |
| 3. Organizes and maintains extensive records related to inspections, complaints, violations and building permits. | **COMMENTS:** Senior Inspector Curran documents, maintains and provides easy access to all records. |
| 4. Responds to correspondence and communication from the public and other agencies.  Actively promotes conflict resolution. | **COMMENTS:** He promotes trust and respect with timely and accurate direction in conflict resolution. |
| 5. Interacts and cooperates with other DBI Divisions, City, State, and Federal Agencies.  Conducts inspections for condo conversion, fire damage and complaint investigation. | **COMMENTS:** Bernie is skilled in communicating with other Departments/Divisions and agencies. |
| 6. Performs enforcement activities to abate code violation including permit history research. | **COMMENTS:** Mr. Curran researches, documents and justifies all actions for resolution and updates of Code Enforcement cases. |
| 7. Provides information to property owners, contractors, design professionals, elected officials, and representative neighborhood groups.  Maintains communication of code requirements and the necessary steps to resolve problems. | **COMMENTS:** Bernie is an experienced professional who typically finds resolution to problems. He clearly communicates information to the stakeholders of DBI. He is a valuable asset to this Department. |
| 8. Performs all of the above within Department mandated time frames. | **COMMENTS:** He is mindful of scheduling obligations. |
| 9. Equity and Inclusiveness: Fully comply with all Departmental and City rules and policies including: Discrimination, Harassment, Retaliation-Free Workplace Policy; equal employment opportunity; reasonable accommodation for individuals with disabilities; practices to ensure fairness, diversity, and inclusiveness; completion of required implicit bias awareness training. | **COMMENTS:** Bernie follows all City and Departmental rules, policies, is respectful to others and has completed all mandated trainings |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

| | |
|---|---|
| **10. Use of City and County Resources for Business Purposes Only:** All City equipment, devices, and materials (i.e., photocopiers, telephones, computers, vehicles, stationery, fax machines, email accounts, etc.) must be used only for conducting City business. | **COMMENTS:** Senior Inspector Curran complies with these requirements. |
| **11. DSW Preparedness:** Take all necessary steps to prepare yourself for an emergency, in your capacity as a Disaster Service Worker; provide updated personal contact information to your department so that you can be contacted in the event of an emergency; report in and respond promptly to instructions by the City and/or your department in the event of an emergency; participate in any drills or emergency exercises as notified; and carry out disaster-related work assignments as required; complete all required disaster-related trainings. | **COMMENTS:** Bernie is attentive to the requirements of the Emergency response protocols. He is very responsive when contacted. |
| **12. Customer Service:** As a representative of the City, be efficient, professional, accountable, and courteous in your interactions with the public, fellow employees, and external business partners. Respond to requests for assistance and/or requests for information in a timely manner as specified by your department. | **COMMENTS:** Mr. Curran has exceptional communication skills and is efficient courteous and accountable in his work. He works well with both the employees and stakeholders of DBI |
| **13. Attendance:** Regular and prompt attendance is required for your job. All planned absences must be requested and approved in advance. For illness, emergencies or other unplanned and unforeseeable absences, notify your supervisor as soon as possible, but no later than the beginning of the work day on the first day of the absence. | **COMMENTS:** Bernie is dependable and punctual. He is mindful of the need for notification of any unforeseen absences. |
| **14. Compliance with Rules, Policies and Procedures:** Fully comply with all Departmental rules, policies and procedures. Also comply with City rules and policies in the Employee Handbook including, but not limited to: Department's Statement of Incompatible Activities; Policy Prohibiting Employee Violence in the Workplace; Policy Regarding the Treatment of Co-Workers and Members of the Public; Reporting and Responding to Workforce Violence; etc. | **COMMENTS:** Senior Inspector Curran follows all Departmental policies and procedures. He is familiar with Departmental and City policy documents. |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# III. PERFORMANCE PLAN – KEY OBJECTIVES

| Departmental Goal #1: (specify) July 1, 2018 to June 30, 2019 | |
|---|---|
| 1. Provide the highest level of customer service including timely response and action on all stakeholder requests whether it be counter, telephone, email of at the job-site. | REVIEW OF PERFORMANCE: |
| 2. Provide consistent and fair inspection and complaint response to the stakeholders of DBI. Clearly document results of all inspection and complaint findings/actions. | REVIEW OF PERFORMANCE: |

| Departmental Goal #2: (specify) July 1, 2018 to June 30, 2019 | |
|---|---|
| 1. Pursue additional training in computer skills. | REVIEW OF PERFORMANCE: |
| 2 Pursue additional training including obtaining additional certifications. | REVIEW OF PERFORMANCE: |

| Departmental Goal #3: (specify) July 1, 2018 to June 30, 2019 | |
|---|---|
| 1. Development, implementation, testing and use of all new database utilities to facilitate a more efficient process. | REVIEW OF PERFORMANCE: |
| 2. Communicate, mentor, motivate and share skills with less experienced staff and subordinates. | REVIEW OF PERFORMANCE: |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# IV. APPRAISAL REPORT SUMMARY

## A. OVERALL PERFORMANCE RATING

The appraisal report on overall performance should include a consideration of all items in the Job Description, Departmental policies and procedures, and the Performance Plan's Key Objectives for the review period. Circle the appropriate number on the continuum.

| Did Not Meet Expectations | Met Expectations | Exceeded Expectations |
|---|---|---|
| Performance of job duties needs improvement; did not meet many or majority of objectives. | Performed job duties competently and effectively; met the objectives. (Meets Competent and Effective requirement) | Performed job duties with exceptional competence and effectiveness; exceeded the objectives. |
| 1 | 2 | 2.7    3 |

## B. COMMENTS REGARDING OVERALL PERFORMANCE

May be attachment.

Facts/Specific Performance Documentation:
- Bernie has the professional and technical skills necessary to interact well with design professionals, contractors and other inspection disciplines such as electrical, plumbing, fire, and health.
- Mr. Curran has vast institutional knowledge in construction and is a great asset to the Department.
- He is conscientious and fair in the enforcement of life safety, accessibility and fire rating requirements.
- He consistently demonstrates his willingness to help others.
- Mr. Curran displays industriousness, conscientiousness and dependability in performing his duties.
- Bernie is proactive in promoting Disabled Access compliance in San Francisco.
- Mr. Curran is consistent, dependable and efficient in carrying out his responsibilities to a successful conclusion.

Employee Strengths:
- He has a background in the construction as well as the inspection of complex projects.
- Mr. Curran has a professionalism that diffuses conflict and facilitates resolution. He is a mentor and motivator to subordinates and other staff alike.

Work Plan for Next Report Period:
- Continue a high level of performance and service to the stakeholders of DBI.

Recommendations:
- Obtain training in the 2016 Building, Mechanical, Energy and Green Building Codes as applicable to residential and commercial projects.
- Continue to obtain ICC certifications.
- Take advantage of all promotional opportunities.

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

## C. EMPLOYEE GUIDELINES -- PERFORMANCE PLAN AND APPRAISAL REPORT

1. Employee should review his/her employee organization's Memorandum of Understanding with the City and County of San Francisco for information that may add to or modify the following list of guidelines.

2. Employee has the right to read the Performance Plan and Appraisal Report.

3. Employee has the right to receive a copy of the Performance Plan and Appraisal Report.

4. Employee has the right to discuss the report with the Reporting Supervisor or Manager.

5. Employee has the right to attach a rebuttal to the Performance Appraisal Plan and Report. The rebuttal must be presented within 30 working days of the report date. The rebuttal should only address the items presented in the report.

6. Employee may request a conference, if requested, with the Reviewer (Reporter's supervisor or manager).

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# V. SIGNATURE PAGE

## PERFORMANCE PLAN

### A. Performance Plan/Key Objectives Sign-Off

| 1. REVIEWER SIGNATURE | 2. REVIEW DATE 9·26·18 | |
|---|---|---|
| 3. SUPERVISOR SIGNATURE | 4. EMPLOYEE SIGNATURE | 5. MEETING DATE 9/24/18 |

### B. Mid-Period Performance Review Meeting

| 1. SUPERVISOR SIGNATURE | 2. EMPLOYEE SIGNATURE | 3. MEETING DATE |
|---|---|---|
| | | |

## PERFORMANCE APPRAISAL REPORT

### C. Reviewer's Certification

| 1. NAME, WORK LOCATION<br>Edward Sweeney<br>DBI/BID<br>1660 Mission Street, 3rd Floor<br>San Francisco, CA 94103 | 2. JOB CODE NUMBER AND TITLE<br><br>0953 – Deputy Director |
|---|---|
| 3. I CERTIFY THAT I HAVE REVIEWED THIS REPORT. (Signature) | 4. DATE 9-26-18 |

### D. Reporting Supervisor/Manager

| 1. NAME, WORK ADDRESS<br>Patrick O'Riordan<br>DBI / BID<br>1660 Mission Street, 3rd Fl.<br>San Francisco, CA 94103 | 2. JOB CODE NUMBER AND TITLE<br><br>6334 – Chief Bldg. Inspector | |
|---|---|---|
| 3. DATE OF CONFERENCE WITH EMPLOYEE 9/24/18 | 4. SIGNATURE | 5. DATE 9/24/18 |

### E. Employee's Statement

| 1. ☑ I AGREE WITH THIS REPORT.<br>☐ I DO NOT AGREE WITH THIS REPORT: SECT._____ NO._____<br>☐ I HAVE ATTACHED A REBUTTAL.<br>☐ I HAVE ATTACHED A REBUTTAL AND REQUEST A CONFERENCE WITH THE REVIEWER. | 2. CONFERENCE DATE 9/24/18 |
|---|---|
| | 3. SIGNATURE CERTIFIES I HAVE READ THE REPORT |
| | ☐ DECLINED TO SIGN   DATE: 9/24/18 |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# VI. EXPLANATIONS OF SECTIONS

**I. EMPLOYEE IDENTIFICATION INFORMATION** — Basic information about the employee, his/her status, and the review period.

**II. PERFORMANCE PLAN: JOB DESCRIPTION** — A list of the duties and responsibilities based on the job description. Comments may include clarification of job description items, address mid-year progress, and appraise the performance of the duties and responsibilities. If appropriate, the job description may be a source of Key Objectives for the review period.

**III. PERFORMANCE PLAN: KEY OBJECTIVES** – Most important objectives for the review period and comments regarding the appraisal of the performance of the objectives.

**IV. APPRAISAL REPORT SUMMARY**

    **A. Overall Performance Rating** — Reporting Supervisor's/Manager's rating of the employee's overall performance over the appraisal review period.

    **B. Comments Regarding Overall Performance** — Narrative explanation of the rating of overall performance during the appraisal report review period.

| | | |
|---|---|---|
| ♦ Demonstration of Dept values | ♦ Attendance And Punctuality | ♦ Effectiveness Of Working With Others |
| ♦ Overall Performance of Job Description | ♦ Quantity Of Work Performed | ♦ Use Of Materials And Equipment |
| ♦ Results of Performance Objectives | ♦ Quality Of Work Performed | ♦ Safety |
| ♦ Knowledge Of Job | ♦ Adaptability To The Work Situation | ♦ Performance Plans |
| ♦ Employee's Strengths | | |
| ♦ Achievements | | |

    In addition to the areas above, the following areas may be addressed for supervisors/managers:

| | | |
|---|---|---|
| ♦ Communication | ♦ Planning | ♦ Decision Making |
| ♦ Directing and Motivating Staff | ♦ Training and Developing Staff | |

    **C. Employee Guidelines** — Guidelines for employees regarding the Performance Plan and Appraisal Report.

**V. SIGNATURE PAGE**

    **A. Performance Plan/Key Objectives Sign-Off** — Signatures of the supervisor and the employee, the date they met to finalize the plan, the signature of the reviewer, and the date of the review.

    **B. Mid-Period Performance Review Meeting** — Signatures of the supervisor and the employee and the date they met to review progress on the plan.

    **C. Reviewer's Certification** — Information regarding the reviewer of the report. This is the person who directly supervises the reporting supervisor/manager.

    **D. Reporting Supervisor/Manager** --Information regarding the reporting supervisor/manager of the report. This is the person who directly supervises the employee's performance.

    **E. Employee's Statement** — Employee's opportunity to respond to the PPA Report using a checklist, signature and date. Signing the report only certifies that the employee has read it. It does not indicate, unless marked, that the employee agrees with the report.

**VI. EXPLANATION OF SECTIONS** — Basic information about what should be included in each section of the Performance Plan and Appraisal Report.

EXHIBIT I

CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF HUMAN RESOURCES

# 2018-2019

# Performance Plan
# and
# Appraisal Report

## I. EMPLOYEE IDENTIFICATION INFORMATION



| 1. LAST NAME, FIRST NAME, MIDDLE INITIAL | 2. JOB CODE NUMBER AND TITLE | 3. STATUS |
|---|---|---|
| Curran, Bernie | 6333 – Sr. Building Inspector | ☒ Permanent (PCS)<br>☐ Provisional (TPV)<br>☐ Permanent Exempt (PEX)<br>☐ Temporary Exempt (TEX)<br>☐ Temporary Civil Service (TCS)<br>☐ Limited Tenure (Restricted Use) (TLT)<br>☐ Non Civil Service (Restricted Use) (NCS) |
| 4. WORK LOCATION & DIVISION<br>Building Inspection Division<br>1660 Mission Street, 3rd Floor<br>San Francisco, CA  94103 | 5. DEPARTMENT<br>Department of Building Inspection | 6. REASON FOR REPORT<br>☐ Annual<br>☒ Dept. Review Period<br>☐ Probationary<br>☐ Unscheduled |
| | 7. REVIEW PERIOD<br>July 1, 2018 – June 30, 2019 | 8. PROBATION START AND END DATE<br>N/A |



## II. PERFORMANCE PLAN – JOB DESCRIPTION

REVIEW OF DUTIES & RESPONSIBILITIES BASED ON JOB DESCRIPTION

| FUNCTIONAL/WORKING TITLE:   6333 – Senior Building Inspector | |
|---|---|
| July 1, 2018 to June 30, 2019 | |
| 1. Reviews and approves plans. Performs inspections of permits for construction, alteration, demolition, excavation and grading work. | **COMMENTS:** Mr. Curran demonstrates a high level of skill, competency and professionalism. |
| 2. Responds to complaint of possible code violations and prepares reports documenting actions taken during the investigation including notices of violations and correction notices. | **COMMENTS:** Bernie investigates and responds to complaints. |
| 3. Organizes and maintains extensive records related to inspections, complaints, violations and building permits. | **COMMENTS:** Senior Inspector Curran documents, maintains and provides easy access to all records. |
| 4. Responds to correspondence and communication from the public and other agencies.  Actively promotes conflict resolution. | **COMMENTS:** He promotes trust and respect with timely and accurate direction in conflict resolution. |
| 5. Interacts and cooperates with other DBI Divisions, City, State, and Federal Agencies.  Conducts inspections for condo conversion, fire damage and complaint investigation. | **COMMENTS:** Bernie is skilled in communicating with other Departments, Divisions and agencies. |
| 6. Performs enforcement activities to abate code violation including permit history research. | **COMMENTS:** Mr. Curran researches, documents and justifies all actions for resolution and updates of Code Enforcement cases. |
| 7. Provides information to property owners, contractors, design professionals, elected officials, and representative neighborhood groups.  Maintains communication of code requirements and the necessary steps to resolve problems. | **COMMENTS:** Bernie is an experienced professional who typically finds resolution to problems. He clearly communicates information to the stakeholders of DBI. He is a valuable asset to this Department. |
| 8. Performs all of the above within Department mandated time frames. | **COMMENTS:** He is mindful of scheduling obligations. |
| 9. Equity and Inclusiveness: Fully comply with all Departmental and City rules and policies including: Discrimination, Harassment, Retaliation-Free Workplace Policy; equal employment opportunity; reasonable accommodation for individuals with disabilities; practices to ensure fairness, diversity, and inclusiveness; completion of required implicit bias awareness training. | **COMMENTS:** Bernie follows all City and Departmental rules, policies, is respectful to others and has completed all mandated trainings |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

| | |
|---|---|
| **10. Use of City and County Resources for Business Purposes Only:** All City equipment, devices, and materials (i.e., photocopiers, telephones, computers, vehicles, stationery, fax machines, email accounts, etc.) must be used only for conducting City business. | **COMMENTS:** Senior Inspector Curran complies with these requirements. |
| **11. DSW Preparedness:** Take all necessary steps to prepare yourself for an emergency, in your capacity as a Disaster Service Worker; provide updated personal contact information to your department so that you can be contacted in the event of an emergency; report in and respond promptly to instructions by the City and/or your department in the event of an emergency; participate in any drills or emergency exercises as notified; and carry out disaster-related work assignments as required; complete all required disaster-related trainings. | **COMMENTS:** Bernie is attentive to the requirements of the Emergency response protocols.  He is very responsive when contacted. |
| **12. Customer Service:** As a representative of the City, be efficient, professional, accountable, and courteous in your interactions with the public, fellow employees, and external business partners. Respond to requests for assistance and/or requests for information in a timely manner as specified by your department. | **COMMENTS:** Mr. Curran has exceptional communication skills and is efficient courteous and accountable in his work.  He works well with both the employees and stakeholders of DBI |
| **13. Attendance:** Regular and prompt attendance is required for your job. All planned absences must be requested and approved in advance. For illness, emergencies or other unplanned and unforeseeable absences, notify your supervisor as soon as possible, but no later than the beginning of the work day on the first day of the absence. | **COMMENTS:** Bernie is dependable and punctual.  He is mindful of the need for notification of any unforeseen absences. |
| **14. Compliance with Rules, Policies and Procedures:** Fully comply with all Departmental rules, policies and procedures. Also comply with City rules and policies in the Employee Handbook including, but not limited to: Department's Statement of Incompatible Activities; Policy Prohibiting Employee Violence in the Workplace; Policy Regarding the Treatment of Co-Workers and Members of the Public; Reporting and Responding to Workforce Violence; etc. | **COMMENTS:** Senior Inspector Curran follows all Departmental policies and procedures. He is familiar with Departmental and City policy documents. |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# III. PERFORMANCE PLAN – KEY OBJECTIVES

| Departmental Goal #1: (specify) | |
|---|---|
| July 1, 2019 to June 30, 2020 | |
| 1.   Provide the highest level of customer service including timely response and action on all stakeholder requests whether it be counter, telephone, email of at the job-site. | **REVIEW OF PERFORMANCE:** |
| 2.   Provide consistent and fair inspection and complaint response to the stakeholders of DBI. Clearly document results of all inspection and complaint findings/actions. | **REVIEW OF PERFORMANCE:** |

| Departmental Goal #2: (specify) | |
|---|---|
| July 1, 2019 to June 30, 2020 | |
| 1.   Pursue additional training in computer skills. | **REVIEW OF PERFORMANCE:** |
| 2   Pursue additional training including obtaining additional  ICC certifications. | **REVIEW OF PERFORMANCE:** |

| Departmental Goal #3: (specify) | |
|---|---|
| July 1, 2019 to June 30, 2020 | |
| 1.   Development, implementation, testing and use of all new technology to facilitate a more efficient process. | **REVIEW OF PERFORMANCE:** |
| 2.   Communicate, mentor, motivate and share skills with less experienced staff and subordinates. | **REVIEW OF PERFORMANCE:** |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# IV. APPRAISAL REPORT SUMMARY

## A. OVERALL PERFORMANCE RATING

The appraisal report on overall performance should include a consideration of all items in the Job Description, Departmental policies and procedures, and the Performance Plan's Key Objectives for the review period. Circle the appropriate number on the continuum.

| Did Not Meet Expectations | Met Expectations | Exceeded Expectations |
|---|---|---|
| Performance of job duties needs improvement; did not meet many or majority of objectives. | Performed job duties competently and effectively; met the objectives. (Meets Competent and Effective requirement) | Performed job duties with exceptional competence and effectiveness; exceeded the objectives. |
| 1 | 2 | 2.8        3 |

## B. COMMENTS REGARDING OVERALL PERFORMANCE

May be attachment.

**Facts/Specific Performance Documentation:**

- Bernie has the professional and technical skills necessary to interact well with design professionals, contractors and other inspection disciplines such as electrical, plumbing, fire, and health.
- Mr. Curran has vast institutional knowledge in construction and is a great asset to the Department.
- He is conscientious and fair in the enforcement of life safety, accessibility and fire rating requirements.
- He consistently demonstrates his willingness to help others.
- Mr. Curran displays industriousness, conscientiousness and dependability in performing his duties.
- Bernie is proactive in promoting Disabled Access compliance in San Francisco.
- Mr. Curran is consistent, dependable and efficient in carrying out his responsibilities to a successful conclusion.

**Employee Strengths:**

- He has an extensive background in the construction as well as the inspection of complex projects.
- Mr. Curran has a professionalism that diffuses conflict and facilitates resolution. He is a mentor and motivator to subordinates and other staff alike.

**Work Plan for Next Report Period:**

- Continue a high level of performance and service to the stakeholders of DBI.

**Recommendations:**

- Obtain training in the 2019 Building, Mechanical, Energy and Green Building Codes as applicable to residential and commercial projects.
- Continue to obtain ICC certifications.
- Take advantage of all promotional opportunities.

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

## C. EMPLOYEE GUIDELINES -- PERFORMANCE PLAN AND APPRAISAL REPORT

1. Employee should review his/her employee organization's Memorandum of Understanding with the City and County of San Francisco for information that may add to or modify the following list of guidelines.

2. Employee has the right to read the Performance Plan and Appraisal Report.

3. Employee has the right to receive a copy of the Performance Plan and Appraisal Report.

4. Employee has the right to discuss the report with the Reporting Supervisor or Manager.

5. Employee has the right to attach a rebuttal to the Performance Appraisal Plan and Report. The rebuttal must be presented within 30 working days of the report date. The rebuttal should only address the items presented in the report.

6. Employee may request a conference, if requested, with the Reviewer (Reporter's supervisor or manager).

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# V. SIGNATURE PAGE

## PERFORMANCE PLAN

### A. Performance Plan/Key Objectives Sign-Off

| 1. REVIEWER SIGNATURE | 2. REVIEW DATE 8·15·19 | |
|---|---|---|
| 3. SUPERVISOR SIGNATURE | 4. EMPLOYEE SIGNATURE | 5. MEETING DATE 8/15/19 |

### B. Mid-Period Performance Review Meeting

| 1. SUPERVISOR SIGNATURE | 2. EMPLOYEE SIGNATURE | 3. MEETING DATE |
|---|---|---|
| | | |

## PERFORMANCE APPRAISAL REPORT

### C. Reviewer's Certification

| 1. NAME, WORK LOCATION<br>Edward Sweeney<br>DBI/BID<br>1660 Mission Street, 3rd Floor<br>San Francisco, CA  94103 | 2. JOB CODE NUMBER AND TITLE<br><br>0953 – Deputy Director | |
|---|---|---|
| 3. I CERTIFY THAT I HAVE REVIEWED THIS REPORT. (Signature) | | 4. DATE 8·19·19 |

### D. Reporting Supervisor/Manager

| 1. NAME, WORK ADDRESS<br>Patrick O'Riordan<br>DBI / BID<br>1660 Mission Street, 3rd Fl.<br>San Francisco, CA  94103 | 2. JOB CODE NUMBER AND TITLE<br><br>6334 – Chief Bldg. Inspector | |
|---|---|---|
| 3. DATE OF CONFERENCE WITH EMPLOYEE 8/15/19 | 4. SIGNATURE | 5. DATE 8/15/19 |

### E. Employee's Statement

| 1. ☒ I AGREE WITH THIS REPORT.<br>☐ I DO NOT AGREE WITH THIS REPORT: SECT.____ NO.____<br>☐ I HAVE ATTACHED A REBUTTAL.<br>☐ I HAVE ATTACHED A REBUTTAL AND REQUEST A CONFERENCE WITH THE REVIEWER. | 2. CONFERENCE DATE 8/15/19 |
|---|---|
| | 3. SIGNATURE CERTIFIES I HAVE READ THE REPORT<br>☐ DECLINED TO SIGN.  DATE: 8/15/19 |

CITY & COUNTY OF SAN FRANCISCO • DEPARTMENT OF HUMAN RESOURCES
PERFORMANCE PLAN AND APPRAISAL REPORT

# VI. EXPLANATIONS OF SECTIONS

**I. EMPLOYEE IDENTIFICATION INFORMATION** — Basic information about the employee, his/her status, and the review period.

**II. PERFORMANCE PLAN: JOB DESCRIPTION** — A list of the duties and responsibilities based on the job description. Comments may include clarification of job description items, address mid-year progress, and appraise the performance of the duties and responsibilities. If appropriate, the job description may be a source of Key Objectives for the review period.

**III. PERFORMANCE PLAN: KEY OBJECTIVES** – Most important objectives for the review period and comments regarding the appraisal of the performance of the objectives.

**IV. APPRAISAL REPORT SUMMARY**

**A. Overall Performance Rating** — Reporting Supervisor's/Manager's rating of the employee's overall performance over the appraisal review period.

**B. Comments Regarding Overall Performance** — Narrative explanation of the rating of overall performance during the appraisal report review period.

- Demonstration of Dept values
- Overall Performance of Job Description
- Results of Performance Objectives
- Knowledge Of Job
- Employee's Strengths
- Achievements

- Attendance And Punctuality
- Quantity Of Work Performed
- Quality Of Work Performed
- Adaptability To The Work Situation

- Effectiveness Of Working With Others
- Use Of Materials And Equipment
- Safety
- Performance Plans

In addition to the areas above, the following areas may be addressed for supervisors/managers:

- Communication
- Directing and Motivating Staff

- Planning
- Training and Developing Staff

- Decision Making

**C. Employee Guidelines** — Guidelines for employees regarding the Performance Plan and Appraisal Report.

**V. SIGNATURE PAGE**

**A. Performance Plan/Key Objectives Sign-Off** — Signatures of the supervisor and the employee, the date they met to finalize the plan, the signature of the reviewer, and the date of the review.

**B. Mid-Period Performance Review Meeting** — Signatures of the supervisor and the employee and the date they met to review progress on the plan.

**C. Reviewer's Certification** — Information regarding the reviewer of the report. This is the person who directly supervises the reporting supervisor/manager.

**D. Reporting Supervisor/Manager** — Information regarding the reporting supervisor/manager of the report. This is the person who directly supervises the employee's performance.

**E. Employee's Statement** – Employee's opportunity to respond to the PPA Report using a checklist, signature and date. Signing the report only certifies that the employee has read it. It does not indicate, unless marked, that the employee agrees with the report.

**VI. EXPLANATION OF SECTIONS** — Basic information about what should be included in each section of the Performance Plan and Appraisal Report.