EXHIBIT B

Katharine Wright
411 N Kingston St.
San Mateo, CA 94401

Northern District
California District Court Judge Hon. Susan Illston,
450 Golden Gate Avenue,
Courtroom 1, 17th Floor,
SF, CA. 94102.

October 2, 2023

To Hon Judge Illston,

I am writing to express my opinion and concern, as a citizen and resident of California, about the proposed punishments to be imposed on Mr. Bernie Curran in his case U.S. v. Bernie Curran, Case # CR 21-00453-001 SI.

I am a social acquaintance of Mr. Curran. I have never had any business dealings with him, either in person or through his job as a building inspector. But as I watched this case unfold and heard about some the proposed punishments and consequences the prosecutor is seeking, I felt outrage.

Mr. Curran is not a criminal. He may have made some bad decisions, in violation of the law, but he does not have criminal mind-set. He is fundamentally a good person.

I do not presume to know all the facts or truth of this case. However, I know what I have read and what I have been told. Bernie may have taken an illegal loan and received some financial benefit from it - $30,000 loan forgiveness on a $250,000 loan. But: he repaid the loan. He did not steal from anybody, as others connected to this San Francisco City Hall scandal did. He did not commit tax evasion or bribery or money laundering. He did not deposit client's checks into his personal account. I have no idea if he approved or permitted any projects that should not have been approved or permitted. But from what I know of Bernie's construction work-ethics, I am certain he would not have approved any work if there was any risk of harm to persons or danger of the quality of the workmanship putting people or properties at risk.

Bernie has already been sentenced to spend a year in jail: a huge punishment for any human being. During that time, he will have no source of income, and will be away from his young adult children.  I also was told that his pension has been taken away, so that after he has served his sentence, he will have no resources or financial support for his future. I also hear there is a proposal by the prosecution to charge him $1 million dollars, on top of the above, to pay for the cost of the investigation! In addition, I have heard rumors of garnishing his wages. Basically: it seems the intent is to destroy his financial future.

What possible benefit will come from ruining this man's financial life, and causing harm to his family and his future? Does it create "restitution" for anyone? Who lost money in this situation? Who was harmed, other than the Public Trust?  While that is important and must be preserved, was Mr. Curran really the bad-actor here? Will the Public Trust be restored if Mr. Curran is made a scapegoat in a scandal involving so many other much more powerful, wealthy, politically

connected, and prominent residents, some of whom so far have not been sentenced, or in some cases, not even charged? Is the San Francisco community of developers, the Building Department, and the judicial system so intertwined and corrupt that this will hold water?

My outrage is summed up as follows: Imposing huge financial penalties on Mr. Curran, on top of a year of jail time, would, in my opinion, be a grossly unfair over-reach of power by the prosecutor, a miscarriage of justice by the court, and a far cry from the notion in a fair judicial system which purports to hold to the idea that the punishment should fit the crime. This does not.

I hope reason and humane ethics will prevail in the end. If not, I, for one, will feel yet another layer of hope in humanity has vanished from this city. I will be more inclined to follow up on my family's desire to move away from a corrupted and decaying community. I truly hope it does not come to that. I truly hope some human values will prevail in the prosecution's goals and in your court. It remains to be seen.

Sincerely,


Katharine Wright

cc: Philip J. Kearney; Bernie Curran