PHILIP J. KEARNEY - 114978
    PKearney@mpbf.com
THOMAS P. MAZZUCCO - 139758
    TMazzucco@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, CA 94104-1001
Telephone:    (415) 788-1900
Facsimile:    (415) 393-8087

Attorneys for Defendant
BERNARD CURRAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD CURRAN and RODRIGO SANTOS,<br><br>Defendants. | Case No.: 3:21-cr-00453-SI 1&2<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING AND EXTENDING SURRENDER DATE TO NOVEMBER 3, 2023** |

Defendant Bernard Curran was previously order to self-surrender to the custody of the Bureau of Prisons no later than October 12, 2023. (Doc. 71). However, the restitution hearing ("Hearing") previously scheduled for October 6, 2023, was continued pursuant to Court Order until October 27, 2023. (Doc. 91). To allow Mr. Curran to participate in the re-scheduled Hearing, the parties hereby agree to stipulate to continue his self-surrender date to no later than November 3, 2023. Mr. Curran agrees to the continuance of the Hearing and consents to a final determination on restitution occurring more than 90 days after the date of sentencing.

| | |
|---|---|
| 1 | Dated: October 6, 2023 |
| 2 | MURPHY, PEARSON, BRADLEY & FEENEY |

By    /s/
Philip J. Kearney
Thomas P. Mazzucco
Attorneys for Defendant
BERNARD CURRAN

Dated: October 6, 2023

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF CALIFORNIA

By    /s/
Casey Boome
Assistant United States Attorney

**[PROPOSED] ORDER**

Based on the stipulation of the parties and for the reasons stated above, the Court HEREBY ORDERS that the current October 12, 2023, self-surrender date for Defendant Bernard Curran is VACATED. Defendant Curran shall self-surrender to the previously selected facility of the Bureau of Prisons no later than November 3, 2023.

IT IS SO ORDERED.

DATED: __October 10, 2023__

_____
HON. SUSAN ILLSTON
United States District Judge

AGM.4726722.docx