UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD CURRAN and RODRIGO SANTOS,<br><br>Defendants. | Case No. 21-cr-00453-SI<br><br>**ORDER RE: RESTITUTION FOR THE SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION** |

Before the Court is a request for restitution made by the San Francisco Department of Building Inspection ("DBI") under the Mandatory Victims Restitution Act. The Court held a restitution hearing on November 2, 2023. Having carefully considered multiple rounds of briefing and the parties' arguments, the Court hereby awards the following restitution for DBI to compensate DBI for actual losses caused to date by defendants' criminal conduct, pursuant to 18 U.S.C. § 3663A:

**Mr. Santos:**

$18,518.76 joint and several restitution

$95,299.95 individual restitution

**Mr. Curran:**

$18,518.76 joint and several restitution

$122,033.73 individual restitution

The judgments will be amended accordingly.

**IT IS SO ORDERED**.

Dated: November 28, 2023

SUSAN ILLSTON
United States District Judge